AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of MASSACHUSETTS

STEPHAN COWANS

V.

CITY OF BOSTON, et. al.

**SUMMONS IN A CIVIL CASE**

## 05  11574 RGS

CASE **NUMBER:**

TO: ( NAME AND ADDRESS OF DEFENDANT)
Boston Police Department
Boston Police Headquarters
One Schroeder Plaza
Boston, MA 02120-2014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Savage, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts  02109

an answer to the complaint which is served on you with this summons, within    20           days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUL 27 2005

CLERK                                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JULY 28, 2005 |
| NAME OF SERVER *(PRINT)*<br>RICHARD HARDY. | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ONE SCHROEDER PLAZA, BOSTON, MA, IN HAND TO MS. CATHY TEAHAN. PARALEGAL AND DULY AUTHORIZED AGENT.

☐ Left copies thereof at the defendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$12. | SERVICES<br>$25. | TOTAL<br>$47. |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___JULY 28, 2005___　　　*[signature]*
　　　　　　　　Date　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　357 CAMBRIDGE STREET, CAMBRIDGE, MA
　　　　　　　　　　　　　　*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.