# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

STEPHAN COWANS

V.

CITY OF BOSTON, et. al.

SUMMONS IN A CIVIL CASE

## 05-11574 RGS

CASE NUMBER:

TO: (Name and address of Defendant)
Donald L. Devine, Deputy Superintendent of the Bureau of Investigative Services of the Boston Police Department,
Boston Police Headquarters
One Schroeder Plaza
Boston, MA 02120-2014

YOU ARE **HEREBY** SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph Savage, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 27 2005

CLERK                                        DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUGUST 4, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ROBERT R. REARDON, JR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

XX  Served personally upon the third-party defendant. Place where served: 61 DEEP HOLE ROAD, HARWICH PORT, MA.

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $135 .00 | $25. | $160. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUGUST 4, 2005     _[signature]_
                Date                              Signature of Server

357 CAMBRIDGE STREET, CAMBRIDGE MA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.