AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____
MASSACHUSETTS

STEPHAN COWANS

V.

CITY OF BOSTON, et. al.

SUMMONS IN A CIVIL CASE

05  11574 RGS

CASE NUMBER:

TO: (NAME AND ADDRESS OF DEFENDANT)
Herbert L. Spellman,
Boston Police Headquarters
One Schroeder Plaza
Boston, MA 02120-2014

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph Savage, Esq.
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   JUL 27 2005
_____     _____
CLERK                                               DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>AUGUST 3, 2005 |
| NAME OF SERVER (PRINT)<br>ROBERT R. REARDON, JR. | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the detendat's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: MS. BARBARA SPELLMAN, WIFE AT 21 CHILTON AVENUE, KINGSTON, MA.

☐ Returned unexecuted: _____

P Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$31. | SERVICES<br>$25. | TOTAL<br>$56. |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUGUST 3, 2005          *[signature: Robert R Reardon]*
                Date                                    Signature of Server

                                        357 CAMBRIDGE STREET, CAMBRIDGE, MA
                                                    Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.