UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

STEPHAN COWANS.,
    Plaintiffs,

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLOUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10
    Defendants.

**ASSENTED TO MOTION OF DEFENDANTS CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, AND HERBERT L. SPELLMAN**

**TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

Now come the Defendants City of Boston, Boston Police Department, Donald L. Devine, Robert Foilb, Gregory D. Gallagher, John H. McCarthy, Paul T. Mcdonough, Herbert L. Spellman (hereinafter "Defendants"), and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file a responsive pleading to **September 9, 2005.** As grounds for their motion, the Defendants state that additional time is necessary to investigate and draft an appropriate response to the Plaintiff's Complaint. Allowing this assented to motion will not prejudice any party and permitting the City and individual Defendants additional time to file a responsive pleading will further the interests of justice.

The Plaintiff, by and through his attorney R. David Hosp, assents to this Motion.[1]

WHEREFORE:  The above-named Defendants respectfully request this Honorable Court allow their assented to motion to extend the time to file responsive pleadings, and set the date for responsive pleading to be due on or before **September 9, 2005.**

DEFENDANTS CITY OF BOSTON,
BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, HERBERT L. SPELLMAN,
Merita A. Hopkins
Corporation Counsel
By their attorneys,


S/ Stephen G. Cox
_____
Stephen G. Cox (BBO# 566943)
Thomas R. Donohue (BBO# 643483)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064  (SGC)
(617) 635-4039 (TRD)

---

[1] Although the Plaintiff assents to this Motion, he clarifies for the Court his interest in proceeding with this case expeditiously.  To that end, Plaintiff and counsel for the above-named Defendants have agreed to confer pursuant to LR 16.1(B) within seven days following the filing of the Answers on September 9, 2005, and hereby request that the Court calendar a Scheduling Conference accordingly.  (Counsel for above-named Defendants only qualifies for the Court that counsel for two Defendants, Dennis LeBlanc and Rosemary McLoughlin, are not currently known and have not been conferred with in this regard.)