UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

| |
|---|
| STEPHAN COWANS., <u>Plaintiffs,</u><br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLOUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10 <u>Defendants.</u> |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Thomas R. Donohue as attorney for the defendants, City Of Boston, Boston Police Department, Donald L. Devine, Robert Foilb, Gregory D. Gallagher, John H. McCarthy, Paul T. McDonough, and Herbert L. Spellman, in the above-captioned matter.

    Respectfully submitted,
    DEFENDANTS, CITY OF BOSTON,
    BOSTON POLICE DEPARTMENT, DONALD L.
    DEVINE, ROBERT FOILB, GREGORY D.
    GALLAGHER, JOHN H. MCCARTHY, PAUL T.
    MCDONOUGH, AND HERBERT L. SPELLMAN,
    Merita A. Hopkins, Corporation Counsel
    By their attorneys:

    <u>/s/ Thomas Donohue</u>
    Stephen G. Cox (BBO# 566943)
    Thomas Donohue (BBO# 643483)
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4064  (SGC)
    (617) 635-4039 (TD)

Case 1:05-cv-11574-RGS    Document 12    Filed 08/17/2005    Page 2 of 2