UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHAN COWANS,<br>　　Plaintiff,<br><br>v.<br><br>CITY OF BOSTON; BOSTON POLICE DEPARTMENNT; DONALD L. DEVINE, Deputy Superintendent of the Bureau of Investigative Services for the Boston Police Department, in his individual capacity; ROBERT FOLIB, Supervisor of the Boston Police Department Identification Unit, in his Individual capacity; GREGORY D. GALLAGHER, in his individual capacity; DENNIS LEBLANC, in his individual capacity; JOHN H. MCCARTHY, in his individual capacity; PAUL T. MCDONOUGH, in his individual capacity; ROSEMARY MCLAUGHLIN, in her individual capacity; HERBERT L. SPELLMAN, in his individual capacity; and DOES 1-10;<br>　　Defendants. | C.A. 05 11574 RGS |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Rosemary McLaughlin, in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*s/ Leonard H. Kesten*
　　　　　　　　　　　　　　　　　Leonard H. Kesten, BBO# 542042
　　　　　　　　　　　　　　　　　BRODY, HARDOON, PERKINS & KESTEN, LLP
　　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　617-880-7100

Dated: August 19, 2005

1