UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON; BOSTON POLICE DEPARTMENNT; DONALD L. DEVINE, Deputy Superintendent of the Bureau of Investigative Services for the Boston Police Department, in his individual capacity; ROBERT FOLIB, Supervisor of the Boston Police Department Identification Unit, in his Individual capacity; GREGORY D. GALLAGHER, in his individual capacity; DENNIS LEBLANC, in his individual capacity; JOHN H. MCCARTHY, in his individual capacity; PAUL T. MCDONOUGH, in his individual capacity; ROSEMARY MCLAUGHLIN, in her individual capacity; HERBERT L. SPELLMAN, in his individual capacity; and DOES 1-10;<br>    Defendants. | C.A. 05 11574 RGS |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

The defendants hereby ask that this Court extend the time within which the defendants must file a responsive pleading to and including September 22, 2005.

As reasons for this motion, counsel for the defendants state that he requires the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendants have not requested any previous enlargement of time in this matter and the plaintiffs assent to this motion. Although the Plaintiff assents to this Motion, he clarifies for the Court his interest in proceeding with this case expeditiously. To that end, Plaintiff and counsel for the above-named Defendant have agreed to confer pursuant to LR 16.1(B) during the week of September 12, 2005, and hereby requests that the Court calendar a Scheduling Conference accordingly.

[signatures on next page]

Respectfully submitted,
The Defendant,
Rosemary McLaughlin,
By its attorneys,


_____/s/ Leonard H. Kesten_____
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: August 19, 2005

Assented to:
Plaintiff,
By his attorney,


_____/s/ R. David Hosp_____
R. David Hosp, BBO# 634091
Joseph Savage, BBO# 443030
Erin N. Jackson, BBO# 647375
Sheryl A. Koval, BBO# 657795
Goodwin/Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Robert N. Feldman, BBO# 630734
Melissa M. Longo, BBO# 647649
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 30-6100