UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

| | |
|---|---|
| STEPHAN COWANS., <u>Plaintiffs,</u><br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLOUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10 <u>Defendants.</u> | |

**DEFENDANT HERBERT L. SPELLMAN'S ANSWER
TO THE PLAINTIFF'S COMPLAINT
WITH AFFIRMATIVE DEFENSES AND JURY DEMAND**

NOW COMES Herbert Spellman, Defendant in the above-entitled action, and hereby answers the Plaintiff's Complaint as follows:

**COMPLAINT**

**INTRODUCTION**

1.  The Defendant Herbert Spellman considers paragraph one of the Complaint as introductory only and not requiring a response. To the extent that paragraph one contains factual allegations, the Defendant admits that Stephan Cowans was convicted of numerous crimes including armed assault with intent to murder, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph one of the Complaint.

2.  The Defendant Herbert Spellman considers paragraph two of the Complaint as introductory only and not requiring a response. To the extent that paragraph two contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

3. The Defendant Herbert Spellman considers paragraph three of the Complaint as introductory only and not requiring a response. To the extent that paragraph three contains factual allegations, the Defendant admits that the Boston Police Latent Print Unit was responsible for the collection, analysis and presentation of fingerprint evidence in Mr. Cowans' case, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph three of the Complaint.

4. The Defendant Herbert Spellman considers paragraph four of the Complaint as introductory only and not requiring a response. To the extent that paragraph four contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

5. The Defendant Herbert Spellman considers paragraph five of the Complaint as introductory only and not requiring a response. To the extent that paragraph five contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph five contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

6. The Defendant Herbert Spellman considers paragraph six of the Complaint as introductory only and not requiring a response. To the extent that paragraph six contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph six contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

7. The Defendant Herbert Spellman considers paragraph seven of the Complaint as introductory only and not requiring a response. To the extent that paragraph seven contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph seven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## JURISDICTION

8. The Defendant Herbert Spellman considers paragraph eight as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in the jurisdictional statement, the same are denied.

## VENUE

9. The Defendant Herbert Spellman considers paragraph nine as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in paragraph nine, the same are denied.

## PARTIES

10. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten of the Complaint.

11. The Defendant Herbert Spellman admits the allegations contained in paragraph eleven of the Complaint.

12. The Defendant Herbert Spellman admits the allegations contained in paragraph twelve of the Complaint.

13. The Defendant Herbert Spellman admits that Donald L. Devine was a member of the Boston Police Department and Deputy Superintendent of the Bureau of Investigative Services, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirteen of the Complaint.

14. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fourteen of the Complaint.

15. The Defendant Herbert Spellman admits that Gregory D. Gallagher was a sergeant who was shot and wounded, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifteen of the Complaint.

16. The Defendant Herbert Spellman admits that Dennis LeBlanc was a member of the Boston Police Department Identification Unit and was involved in the collection and analysis of evidence regarding latent fingerprints collected at the crime scene, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph sixteen of the Complaint.

17. The Defendant Herbert Spellman admits that John McCarthy was a member of the Boston Police Department working in the Homicide Division and was involved in the investigation of the Cowans case, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph seventeen of the Complaint.

18. The Defendant Herbert Spellman admits that Paul McDonough was a member of the Boston Police Department working in the Homicide Division and was involved in the investigation of the Cowans case, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph eighteen of the Complaint.

19. The Defendant Herbert Spellman admits that Rosemary McLaughlin was a member of the Boston Police Department Identification Unit and was involved in the collection and analysis of evidence regarding latent fingerprints collected at the crime scene, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph nineteen of the Complaint.

20. The Defendant Herbert Spellman admits that he was a member of the Boston Police Department and had supervisory responsibility over the Homicide Division investigation and detectives who investigated the Cowans case, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph twenty of the Complaint.

21. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one of the Complaint.

## JURY TRIAL AND DEMAND

22. The Defendant Herbert Spellman considers paragraph twenty-two as one for which no response is required. To the extent there are factual allegations deemed inherent in paragraph twenty-two, the same are denied.

## FACTS

### The Crime

23. The Defendant Herbert Spellman admits that according to police reports Sergeant Gregory Gallagher was on duty as a patrol supervisor for the Boston Police Department on the date he was shot, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph twenty-three of the Complaint.

24. The Defendant Herbert Spellman admits that according to police reports Gallagher observed a man staring at two young girls sitting on the steps of a home, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph twenty-four of the Complaint.

25. The Defendant Herbert Spellman admits the allegations in paragraph twenty-five of the Complaint.

26. The Defendant Herbert Spellman admits that accordingly to police reports Gallagher ultimately chased the perpetrator and was shot twice – once in the buttocks, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-six of the Complaint.

4

27. The Defendant Herbert Spellman admits the allegations contained in paragraph twenty-seven of the Complaint.

28. The Defendant Herbert Spellman admits the allegations contained in paragraph twenty-eight of the Complaint.

29. The Defendant Herbert Spellman admits that accordingly to police reports and eyewitness accounts the perpetrator remained in the Lacy home for a period of time and Bonnie Lacy, Bryant McEwen and Jacqueline McEwen were in proximity to the perpetrator, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph twenty-nine of the Complaint.

30. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty of the Complaint.

31. The Defendant Herbert Spellman admits the allegations contained in paragraph thirty-one of the Complaint.

32. The Defendant Herbert Spellman admits that accordingly to police reports the perpetrator left the Lacy home, leaving a sweatshirt and Gallagher's firearm behind, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirty-two of the Complaint.

33. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-three of the Complaint.

34. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Complaint.

### The False Identification as Stephan Cowans' Fingerprint

35. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations that accordingly to police reports the second latent fingerprint was the only viable fingerprint found at the crime scene that allegedly belonged to the perpetrator. The Defendant admits the remaining allegations contained in paragraph thirty-five of the Complaint.

36. The Defendant Herbert Spellman admits that accordingly to police reports Officers Rosemary McLaughlin and Dennis LeBlanc collected fingerprints at the crime scene, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirty-six of the Complaint.

37. The Defendant Herbert Spellman admits the allegations contained in paragraph thirty-seven of the Complaint but states that John F. Callahan's rank was detective.

38. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-eight of the Complaint.

39. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-nine of the Complaint.

40. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty of the Complaint.

41. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-one of the Complaint.

42. The Defendant Herbert Spellman admits that he supervised the investigation of the Sergeant Gallagher shooting but denies the remaining allegations contained in paragraph forty-two of the Complaint.

43. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-three of the Complaint.

44. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-four of the Complaint.

45. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-five of the Complaint.

46. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-six of the Complaint.

47. The Defendant Herbert Spellman admits that accordingly to police reports neither Bonnie Lacy, Bryant McEwen nor Jacqueline McEwen identified anyone in a line-up as the perpetrator, denies that Detective McCarthy oversaw the line-up in which Mr. Cowans was placed, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph forty-seven of the Complaint.

48. The Defendant Herbert Spellman admits the allegations contained in paragraph forty-eight of the Complaint.

49. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-nine of the Complaint.

50. The Defendant Herbert Spellman admits that Mr. Cowans was convicted of armed assault with intent to murder and unlicensed possession of a firearm, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty of the Complaint.

51. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-one of the Complaint.

**Mr. Cowans' Exoneration**

52. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-two of the Complaint.

53. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-three of the Complaint.

54. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-four of the Complaint.

55. The Defendant Herbert Spellman denies that it was scientifically proven that Stephan Cowans did not shoot Gallagher and did not invade the Lacy home, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-five of the Complaint.

56. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-six of the Complaint.

7

**The Internal Investigation of the Boston Police Department Identification Unit**

57. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-seven of the Complaint.

58. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-eight of the Complaint.

59. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-nine of the Complaint.

60. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty of the Complaint.

61. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-one of the Complaint.

62. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-two of the Complaint.

63. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-three of the Complaint.

64. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-four of the Complaint.

65. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-five of the Complaint.

66. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-six of the Complaint.

67. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-seven of the Complaint.

68. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-eight of the Complaint.

69. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-nine of the Complaint.

70. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy of the Complaint.

71. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-one of the Complaint.

## Damages

72. The Defendant Herbert Spellman denies he acted in an unconstitutional manner and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-two of the Complaint.

## CLAIMS

## Count I – 42 U.S.C. §1983

73. The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through seventy-two.

**A.    Fourteenth Amendment Brady Claims**

74. Paragraph seventy-four contains allegations against Defendants other than Herbert Spellman, and therefore no response from him is required. To the extent that paragraph seventy-four contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

75. To the extent that paragraph seventy-five contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph seventy-seven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

76. Paragraph seventy-six contains allegations against Defendants other than Herbert Spellman, and therefore no response from him is required. To the extent that paragraph seventy-four contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

77. To the extent that paragraph seventy-seven contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph seventy-seven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**B.    Fabricating False Inculpatory Evidence**

78. Paragraph seventy-eight contains allegations against Defendants other than Herbert Spellman, and therefore no response from Herbert Spellman is required. To the extent that paragraph seventy-eight contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

79. Paragraph seventy-nine contains allegations against Defendants other than Herbert Spellman, and therefore no response from Herbert Spellman is required. To the extent that paragraph seventy-eight contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

80. Paragraph eighty contains allegations against Defendants other than Herbert Spellman, and therefore no response from Herbert Spellman is required. To the extent that paragraph eighty contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**C.    Failure to Investigate**

81. To the extent that paragraph eighty-one contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph eighty-one contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count II – 42 U.S.C. §1983
### Malicious Prosecution

82. The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through eighty-one.

83. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph eighty-three.

84. To the extent that paragraph eighty-four contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph eighty-four contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

85. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-five of the Complaint.

86. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-six of the Complaint.

87. To the extent that paragraph eighty-seven contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph eighty-seven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

88. To the extent that paragraph eighty-eight contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph eighty-eight contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count III – 42 U.S.C. §1983
## Monell Claim

89-92. Paragraphs eighty-nine through ninety-two contain allegations against Defendants other than Herbert Spellman, and therefore no response from Herbert Spellman is required. To the extent paragraphs eighty-nine through ninety-two are construed to allege facts, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

## Count IV – 42 U.S.C. §1983
## Supervisory Liability Claims

93. The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through ninety-three.

94. To the extent that paragraph ninety-four contains factual allegations against him, the Defendant Herbert Spellman denies such allegations.  To the extent that paragraph ninety-four contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

95. To the extent that paragraph ninety-five contains factual allegations against him, the Defendant Herbert Spellman denies such allegations.  To the extent that paragraph ninety-five contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**Count V – 42 U.S.C. §1983**
**Conspiracy Claims**

96. The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through ninety-five.

97. To the extent that paragraph ninety-seven contains factual allegations against him, the Defendant Herbert Spellman denies such allegations.  To the extent that paragraph ninety-seven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

98. To the extent that paragraph ninety-eight contains factual allegations against him, the Defendant Herbert Spellman denies such allegations.  To the extent that paragraph ninety-eight contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

99. To the extent that paragraph ninety-nine, including subparts (A) through (C), of the Complaint, contains factual allegations against him, the Defendant Herbert Spellman denies such allegations.  To the extent that paragraph ninety-nine, including subparts (A) through (C), contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

100. To the extent that paragraph one hundred contains factual allegations against him, the Defendant Herbert Spellman denies such allegations.  To the extent that paragraph one hundred contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count VI – State Tort Law
### Malicious Prosecution and Abuse of Process

101.  The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through one-hundred.

102.  To the extent that paragraph one-hundred two contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred two contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

103.  The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred three of the Complaint.

104.  The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred four of the Complaint.

105.  To the extent that paragraph one-hundred five contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred five contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count VIII – State Tort Law
### Negligent Infliction of Emotional Distress

106.  The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through one-hundred five. Further, pursuant to M.G.L.A. c. 258 § 2, Herbert Spellman cannot be held liable for any claims of negligence and will move to dismiss this count.

107.  To the extent that paragraph one-hundred seven contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred seven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

108.  To the extent that paragraph one-hundred eight contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred eight contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

109. To the extent that paragraph one-hundred nine contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred nine contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

110. Paragraph one-hundred ten contains allegations against Defendants other than Herbert Spellman, and therefore no response from Herbert Spellman is required. To the extent paragraph one-hundred ten is construed to allege facts, Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

111. To the extent that paragraph one-hundred eleven contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred eleven contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

112. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred twelve of the Complaint.

113. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred thirteen of the Complaint.

## Count IX – State Tort Law
## Intentional Infliction of Emotional Distress

114. The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through one-hundred and fourteen.

115. To the extent that paragraph one-fifteen contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred fifteen contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

116. To the extent that paragraph one-hundred sixteen contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred sixteen contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

117. To the extent that paragraph one-hundred seventeen contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred seventeen contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

118. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred eighteen of the Complaint.

119. The Defendant Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and nineteen of the Complaint.

### Count X – State Tort Law
### False Imprisonment

120. The Defendant Herbert Spellman repeats and incorporates his answers to paragraphs one through one-hundred and nineteen.

121. To the extent that paragraph one-hundred and twenty-one contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred twenty-one contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

122. To the extent that paragraph one-hundred twenty-two contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred twenty-two contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count XI – State Tort Law
### Negligent Training and Supervision

123-126. Paragraphs one-hundred twenty-three through one-hundred and twenty-six contain allegations against Defendants other than Herbert Spellman, and therefore no response from Herbert Spellman is required. To the extent paragraphs one-hundred twenty-three through one-hundred and twenty-six are construed to allege facts, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

## CLAIMS FOR DAMAGES

127. To the extent that paragraph one-hundred twenty-seven contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred and twenty-two contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

128. To the extent that paragraph one-hundred twenty-eight contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred twenty-eight contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

129. To the extent that paragraph one-hundred twenty-nine contains factual allegations against him, the Defendant Herbert Spellman denies such allegations. To the extent that paragraph one-hundred twenty-nine contains factual allegations against other Defendants, Herbert Spellman alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## AFFIRMATIVE DEFENSES

### First Defense

Defendant Herbert Spellman states that the Plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

Defendant Herbert Spellman states that the injury or damage alleged in the Plaintiff's Complaint was neither caused nor proximately caused by him.

### Third Defense

Defendant Herbert Spellman states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### Fourth Defense

Defendant Herbert Spellman states that others for whose conduct he is not responsible caused any injury or damage suffered by the Plaintiff.

### Fifth Defense

Defendant Herbert Spellman states that Plaintiff's <u>Brady</u> claim fails because by itself, an officer's failure to comply with <u>Brady</u> does not constitute a violation of an accused's constitutional rights.

### Sixth Defense

Defendant Herbert Spellman states that he is entitled to qualified and absolute immunity.

### Seventh Defense

Defendant Herbert Spellman states that he is not liable for any damages to the Plaintiff, including punitive damages.

### Eighth Defense

Defendant Herbert Spellman states that he was justified in his actions and that his actions were protected by legal process and that therefore the Plaintiff cannot recover.

### Ninth Defense

Defendant Herbert Spellman states that the Plaintiff has failed to name individuals or entities who are indispensable to the resolution of this suit.

### Tenth Defense

Defendant Herbert Spellman states that pursuant to M.G.L. c. 258 §2, a claim of negligence may only be brought against the public employer, not a public employee.

### Jury Claim

Defendant Herbert Spellman hereby demands a trial by jury on all counts and causes of action.

[signature next page]

DEFENDANT HERBERT L. SPELLMAN
Merita A. Hopkins
Corporation Counsel
By his attorneys,


/s/ Thomas R. Donohue
_____
Stephen G. Cox  - BBO# 566943
Thomas R. Donohue - BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064  - Cox
(617) 635-4039 - Donohue