UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

STEPHAN COWANS.,
     Plaintiffs,

v.

CITY OF BOSTON, BOSTON POLICE
DEPARTMENT, DONALD L. DEVINE,
ROBERT FOILB, GREGORY D.
GALLAGHER, DENNIS LEBLANC,
JOHN H. MCCARTHY, PAUL T.
MCDONOUGH, ROSEMARY
MCLOUGHLIN, HERBERT L.
SPELLMAN, and DOES 1-10
     Defendants.

## DEFENDANT ROBERT FOILB'S ANSWER
## TO THE PLAINTIFF'S COMPLAINT
## WITH AFFIRMATIVE DEFENSES AND JURY DEMAND

NOW COMES Robert Foilb, Defendant in the above-entitled action, and hereby answers the Plaintiff's Complaint as follows:

## COMPLAINT

## INTRODUCTION

1. The Defendant Robert Foilb considers paragraph one of the Complaint as introductory only and not requiring a response. To the extent that paragraph one contains factual allegations, the Defendant admits that Stephan Cowans was convicted of numerous crimes, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph one of the Complaint.

2. The Defendant Robert Foilb considers paragraph two of the Complaint as introductory only and not requiring a response. To the extent that paragraph two contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

3. The Defendant Robert Foilb considers paragraph three of the Complaint as introductory only and not requiring a response. To the extent that paragraph three contains factual allegations, the Defendant admits that following Mr. Cowans' exoneration and release from prison, the Boston Police Department shut down its Latent Print unit, which had been responsible for the collection, analysis and presentation of the fingerprint evidence used to convict Mr. Cowans, and commissioned an assessment of the unit. The Defendant further admits that there was an assessment performed by four renowned experts in latent fingerprint identification, each with more than twenty-five years of experience in the field, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of remaining allegations.

4. The Defendant Robert Foilb considers paragraph four of the Complaint as introductory only and not requiring a response. To the extent that paragraph four contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

5. The Defendant Robert Foilb considers paragraph five of the Complaint as introductory only and not requiring a response. To the extent that paragraph five contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph five contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

6. The Defendant Robert Foilb considers paragraph six of the Complaint as introductory only and not requiring a response. To the extent that paragraph six contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph six contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

7. The Defendant Robert Foilb considers paragraph seven of the Complaint as introductory only and not requiring a response. To the extent that paragraph seven contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph seven contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## JURISDICTION

8. The Defendant Robert Foilb considers paragraph eight as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in the jurisdictional statement, the same are denied.

## **VENUE**

9. The Defendant Robert Foilb considers paragraph nine as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in paragraph nine, the same are denied.

## **PARTIES**

10. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten of the Complaint.

11. The Defendant Robert Foilb admits the allegations contained in paragraph eleven of the Complaint.

12. The Defendant Robert Foilb admits the allegations contained in paragraph twelve of the Complaint.

13. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirteen of the Complaint.

14. The Defendant Robert Foilb admits that at all times relevant to this action he was a member of the Boston Police Department and was a shift sergeant, denies that he was in charge of the Latent Print Room, and admits the remaining allegations contained in paragraph fourteen of the Complaint.

15. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifteen of the Complaint.

16. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixteen of the Complaint.

17. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventeen of the Complaint.

18. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighteen of the Complaint.

19. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nineteen of the Complaint.

20. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty of the Complaint.

21. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one of the Complaint.

## JURY TRIAL AND DEMAND

22. The Defendant Robert Foilb considers paragraph twenty-two as one for which no response is required. To the extent there are factual allegations deemed inherent in paragraph twenty-two, the same are denied.

## FACTS

### The Crime

23. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-three of the Complaint.

24. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-four of the Complaint.

25. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-five of the Complaint.

26. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-six of the Complaint.

27. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-seven of the Complaint.

28. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-eight of the Complaint.

29. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-nine of the Complaint.

30. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty of the Complaint.

31. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-one of the Complaint.

32. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-two of the Complaint.

33. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-three of the Complaint.

34. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Complaint.

### The False Identification as Stephan Cowans' Fingerprint

35. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegation that the Boston Police Department's Identification Unit gathered fingerprints from the crime scene, and admits the remaining allegations contained in paragraph thirty-five of the Complaint.

36. The Defendant Robert Foilb denies that Officers Rosemary McLaughlin, Dennis LeBlanc and Doe Defendants collected the fingerprints at the crime scene, including those on the glass mug, under his supervision.

37. The Defendant Robert Foilb admits the allegations contained in paragraph thirty-seven of the Complaint.

38. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-eight of the Complaint.

39. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegation that, at the time of the A.F.I.S. search, Mr. Cowan's fingerprints were in the database and had been in the A.F.I.S. system since at least 1990, and admits that, had Mr. Cowan's fingerprints actually matched those taken from the mug retrieved from the Lacy residence, a match should have been identified by the A.F.I.S. database.

40. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty of the Complaint.

41. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-one of the Complaint.

42. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-two of the Complaint.

43. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-three of the Complaint.

44. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-four of the Complaint.

45. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-five of the Complaint.

46. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-six of the Complaint.

47. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-seven of the Complaint.

48. The Defendant Robert Foilb admits the allegations contained in paragraph forty-eight of the Complaint.

49. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-nine of the Complaint.

50. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty of the Complaint.

51. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-one of the Complaint.

## Mr. Cowans' Exoneration

52. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-two of the Complaint.

53. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-three of the Complaint.

54. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-four of the Complaint.

55. The Defendant Robert Foilb admits that following the discovery of DNA evidence the District Attorney's Office investigated the fingerprint that was identified as Mr. Cowans, denies that the District Attorney's Office found that the fingerprint actually belonged to Bryant McEwan and not Stephan Cowans, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-five of the Complaint.

56. The Defendant Robert Foilb admits that Mr. Cowans' conviction was vacated and the indictment dismissed, and that he spent nearly seven years in prison, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-six of the Complaint.

## The Internal Investigation of the Boston Police Department Identification Unit

57. The Defendant Robert Foilb admits that a technical and administrative assessment of the Latent Print Unit of the Boston Police Department was commissioned, and that the Boston Police Department hired Ron Smith & Associates, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-seven of the Complaint.

58. The Defendant Robert Foilb admits that Ron Smith is President of Ron Smith & Associates, Inc. and a Certified Latent Print Examiner with over twenty-five yearsw of experience, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-eight of the Complaint.

59. The Defendant Robert Foilb admits the allegations contained in paragraph fifty-nine of the Complaint.

60. The Defendant Robert Foilb admits that the allegations in paragraph sixty of the Complaint are contained in the Smith Report.

61. The Defendant Robert Foilb admits that the allegations in paragraph sixty-one of the Complaint are contained in the Smith Report.

62. The Defendant Robert Foilb admits that the allegations contained in paragraph sixty-two of the Complaint are contained in the Smith Report.

63. The Defendant Robert Foilb admits that according to the Smith Report, there were a set of handwritten instructions on the back of the enlargement of the second latent print explaining the points of comparison to make the matching identification between that print and the known print of Stephan Cowans, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph sixty-three of the Complaint.

64. The Defendant Robert Foilb admits that the Smith Report concluded that the identification of the second print on the glass mug belonging to Mr. Cowans was erroneous, and that there were multiple points of identification marked on the enlargement of the inked fingerprint that in no way coincided with the same area on the latent print, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph sixty-four of the Complaint.

65. The Defendant Robert Foilb admits that the allegations in paragraph sixty-five of the Complaint are contained in the Smith Report.

66. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-six of the Complaint.

67. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-seven of the Complaint.

68. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-eight of the Complaint.

69. The Defendant Robert Foilb admits that the tem that examined the Latent Print unit consisted of James E. Bush, Hilbert J. Mullins, Charles Richardson, and Mr. Smith, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph sixty-nine of the Complaint.

70. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy of the Complaint.

71. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegation that the Smith Report confirmed the erroneous identification, and denies that he oversaw the identification process.

### Damages

72. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-two of the Complaint.

### CLAIMS

### Count I – 42 U.S.C. §1983

73. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through seventy-two.

**A.  Fourteenth Amendment Brady Claims**

74. To the extent that paragraph seventy-four contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph seventy-four contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

75. Paragraph seventy-five contains allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent that paragraph seventy-five contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

76. Paragraph seventy-six contains allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent that paragraph seventy-six contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

77. To the extent that paragraph seventy-seven contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph seventy-seven contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

B. **Fabricating False Inculpatory Evidence**

78. To the extent that paragraph seventy-eight contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph seventy-eight contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

79. Paragraph seventy-nine contains allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent that paragraph seventy-nine contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

80. To the extent that paragraph eighty contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph eighty contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

C. **Failure to Investigate**

81. Paragraph eighty-one contains allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent that paragraph eighty-one contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**Count II – 42 U.S.C. §1983**
**Malicious Prosecution**

82. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through eighty-one.

83. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph eighty-three.

84. To the extent that paragraph eighty-four contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph eighty-four contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

85. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-five of the Complaint.

86. The Defendant Robert Foilb admits that the allegations in paragraph eighty-six of the Complaint are contained in the Smith Report.

87. To the extent that paragraph eighty-seven contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph eighty-seven contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

88. To the extent that paragraph eighty-eight contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph eighty-eight contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count III – 42 U.S.C. §1983
### Monell Claim

89-92. Paragraphs eighty-nine through ninety-two contain allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent paragraphs eighty-nine through ninety-two are construed to allege facts, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count IV – 42 U.S.C. §1983
### Supervisory Liability Claims

93. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through ninety-two.

94. To the extent that paragraph ninety-four contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph ninety-four contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

95. To the extent that paragraph ninety-five contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph ninety-five contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count V – 42 U.S.C. §1983
## Conspiracy Claims

96. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through ninety-five.

97. To the extent that paragraph ninety-seven contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph ninety-seven contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

98. To the extent that paragraph ninety-eight contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph ninety-eight contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

99. To the extent that paragraph ninety-nine, including subparts (A) through (C), of the Complaint, contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph ninety-nine, including subparts (A) through (C), contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

100. To the extent that paragraph one hundred contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one hundred contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count VI – State Tort Law
## Malicious Prosecution and Abuse of Process

101. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through one-hundred.

102. To the extent that paragraph one-hundred and two contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and two contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

103. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and three of the Complaint.

104. The Defendant Robert Foilb admits that the allegations in paragraph one-hundred and four of the Complaint are contained in the Smith Report.

105. To the extent that paragraph one-hundred and five contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and five contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count VIII – State Tort Law
### Negligent Infliction of Emotional Distress

106. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through one-hundred and five. Further, pursuant to M.G.L.A. c. 258 § 2, Robert Foilb cannot be held liable for any claims of negligence and will move to dismiss this count.

107. To the extent that paragraph one-hundred and seven contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and seven contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

108. To the extent that paragraph one-hundred and eight contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and eight contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

109. Paragraph one-hundred and nine contains allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent paragraph one-hundred and nine is construed to allege facts, Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

110. Paragraph one-hundred and ten contains allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent paragraph one-hundred and ten is construed to allege facts, Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

111. To the extent that paragraph one-hundred and eleven contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and eleven contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

112. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and twelve of the Complaint.

113. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and thirteen of the Complaint.

**Count IX – State Tort Law**
**Intentional Infliction of Emotional Distress**

114. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through one-hundred and fourteen.

115. To the extent that paragraph one-hundred and fifteen contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and fifteen contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

116. To the extent that paragraph one-hundred and sixteen contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and sixteen contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

117. To the extent that paragraph one-hundred and seventeen contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and seventeen contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

118. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and eighteen of the Complaint.

119. The Defendant Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and nineteen of the Complaint.

## Count X – State Tort Law
## False Imprisonment

120. The Defendant Robert Foilb repeats and incorporates his answers to paragraphs one through one-hundred and nineteen.

121. To the extent that paragraph one-hundred and twenty-one contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and twenty-one contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

122. To the extent that paragraph one-hundred and twenty-two contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and twenty-two contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count XI – State Tort Law
## Negligent Training and Supervision

123-126. Paragraphs one-hundred twenty-three through one-hundred and twenty-six contain allegations against Defendants other than Robert Foilb, and therefore no response from Robert Foilb is required. To the extent paragraphs one-hundred twenty-three through one-hundred and twenty-six are construed to allege facts, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

## **CLAIMS FOR DAMAGES**

127. To the extent that paragraph one-hundred and twenty-seven contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and twenty-two contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

128. To the extent that paragraph one-hundred and twenty-eight contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and twenty-eight contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

129. To the extent that paragraph one-hundred and twenty-nine contains factual allegations against him, the Defendant Robert Foilb denies such allegations. To the extent that paragraph one-hundred and twenty-nine contains factual allegations against other Defendants, Robert Foilb alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## AFFIRMATIVE DEFENSES

### First Defense

Defendant Foilb states that the Plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

Defendant Foilb states that the injury or damage alleged in the Plaintiff's Complaint was neither caused nor proximately caused by him.

### Third Defense

Defendant Foilb states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### Fourth Defense

Defendant Foilb states that others for whose conduct he is not responsible caused any injury or damage suffered by the Plaintiff.

### Fifth Defense

Defendant states that Plaintiff's Brady claim fails because by itself, an officer's failure to comply with Brady does not constitute a violation of an accused's constitutional rights.

### Sixth Defense

Defendant Foilb states that he is entitled to qualified and absolute immunity.

### Seventh Defense

Defendant Foilb states that he is not liable for any damages to the Plaintiff, including punitive damages.

**Eighth Defense**

Defendant Foilb states that he was justified in his actions and that his actions were protected by legal process and that therefore the Plaintiff cannot recover.

**Ninth Defense**

The Plaintiff has failed to name individuals or entities who are indispensable to the resolution of this suit.

**Tenth Defense**

Defendant Foilb states that pursuant to M.G.L. c. 258 §2, a claim of negligence may only be brought against the public employer, not a public employee.

**Jury Claim**

Defendant Foilb hereby demands a trial by jury on all counts and causes of action.

DEFENDANT ROBERT FOILB
Merita A. Hopkins
Corporation Counsel
By his attorneys,


S/ Stephen G. Cox
_____
Stephen G. Cox (BBO# 566943)
Thomas R. Donohue (BBO# 643483)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064  (SGC)
(617) 635-4039 (TRD)