UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

STEPHAN COWANS.,
    <u>Plaintiffs,</u>

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLOUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10
    <u>Defendants.</u>

**<u>DEFENDANT DONALD L. DEVINE'S ANSWER
TO THE PLAINTIFF'S COMPLAINT
WITH AFFIRMATIVE DEFENSES AND JURY DEMAND</u>**

NOW COMES Donald Devine, Defendant in the above-entitled action, and hereby answers the Plaintiff's Complaint as follows:

**<u>COMPLAINT</u>**

**<u>INTRODUCTION</u>**

1. The Defendant Donald Devine considers paragraph one of the Complaint as introductory only and not requiring a response. To the extent that paragraph one contains factual allegations, the Defendant admits that Stephan Cowans was convicted of numerous crimes including armed assault with intent to murder and sentenced to 35-50 years in prison and that he was exonerated in 2004, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph one of the Complaint.

2. The Defendant Donald Devine considers paragraph two of the Complaint as introductory only and not requiring a response. To the extent that paragraph two contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

3. The Defendant Donald Devine considers paragraph three of the Complaint as introductory only and not requiring a response. To the extent that paragraph three contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

4. The Defendant Donald Devine considers paragraph four of the Complaint as introductory only and not requiring a response. To the extent that paragraph four contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

5. The Defendant Donald Devine considers paragraph five of the Complaint as introductory only and not requiring a response. To the extent that paragraph five contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph five contains factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

6. The Defendant Donald Devine considers paragraph six of the Complaint as introductory only and not requiring a response. To the extent that paragraph six contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph six contains factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

7. The Defendant Donald Devine considers paragraph seven of the Complaint as introductory only and not requiring a response. To the extent that paragraph seven contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph seven contains factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## JURISDICTION

8. The Defendant Donald Devine considers paragraph eight as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in the jurisdictional statement, the same are denied.

## VENUE

9. The Defendant Donald Devine considers paragraph nine as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in paragraph nine, the same are denied.

## **PARTIES**

10. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten of the Complaint.

11. The Defendant Donald Devine admits the allegations contained in paragraph eleven of the Complaint.

12. The Defendant Donald Devine admits the allegations contained in paragraph twelve of the Complaint.

13. The Defendant admits that beginning August 11, 1997 he had supervisory responsibility over the Latent Print Unit, admits that his actions were taken under color of the laws of the Commonwealth of Massachusetts and the City of Boston. Defendant Donald Devine denies that that at all relevant times to this action he was a member of the Boston Police Department and Deputy Superintendent of the Bureau of Investigative Services, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirteen of the Complaint.

14. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fourteen of the Complaint.

15. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifteen of the Complaint.

16. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixteen of the Complaint.

17. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventeen of the Complaint.

18. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighteen of the Complaint.

19. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nineteen of the Complaint.

20. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty of the Complaint.

21. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one of the Complaint.

## JURY TRIAL AND DEMAND

22. The Defendant Donald Devine considers paragraph twenty-two as one for which no response is required. To the extent there are factual allegations deemed inherent in paragraph twenty-two, the same are denied.

## FACTS

### The Crime

23. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-three of the Complaint.

24. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-four of the Complaint.

25. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-five of the Complaint.

26. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-six of the Complaint.

27. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-seven of the Complaint.

28. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-eight of the Complaint.

29. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-nine of the Complaint.

30. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty of the Complaint.

31. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-one of the Complaint.

32. The Defendant Donald Devine admits that the Perpetrator was described as a black male, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirty-two of the Complaint.

33. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-three of the Complaint.

34. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Complaint.

### The False Identification as Stephan Cowans' Fingerprint

35. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Complaint.

36. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-six of the Complaint.

37. The Defendant Donald Devine admits that elimination fingerprints are used to rule out the fingerprints of non-suspects and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirty-seven of the Complaint.

38. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-eight of the Complaint.

39. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-nine of the Complaint.

40. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty of the Complaint.

41. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-one of the Complaint.

42. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-two of the Complaint.

43. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-three of the Complaint.

44. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-four of the Complaint.

45. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-five of the Complaint.

46. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-six of the Complaint.

47. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-seven of the Complaint.

48. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-eight of the Complaint.

49. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-nine of the Complaint.

50. The Defendant Donald Devine admits that Mr. Cowans was convicted of armed assault with intent to murder and unlicensed possession of a firearm and was sentenced to 35-50 years, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty of the Complaint.

51. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-one of the Complaint.

### Mr. Cowans' Exoneration

52. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-two of the Complaint.

53. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-three of the Complaint.

54. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-four of the Complaint.

55. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-five of the Complaint.

56. The Defendant Donald Devine admits that Mr. Cowans was released from prison in 2004 and that his conviction was vacated and the indictment dismissed, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-six of the Complaint.

### The Internal Investigation of the Boston Police Department Identification Unit

57. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-seven of the Complaint.

58. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-eight of the Complaint.

59. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-nine of the Complaint.

60. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty of the Complaint.

61. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-one of the Complaint.

62. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-two of the Complaint.

63. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-three of the Complaint.

64. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-four of the Complaint.

65. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-five of the Complaint.

66. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-six of the Complaint.

67. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-seven of the Complaint.

68. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-eight of the Complaint.

69. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-nine of the Complaint.

70. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy of the Complaint.

71. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-one of the Complaint.

**Damages**

72. The Defendant Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-two of the Complaint.

## **CLAIMS**

### **Count I – 42 U.S.C. §1983**

73. The Defendant Donald Devine repeats and incorporates his answers to paragraphs one through seventy-two.

**A.     Fourteenth Amendment <u>Brady</u> Claims**

74-77. Paragraphs seventy-four through seventy-seven contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent that seventy-four through seventy-seven contain factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**B.     Fabricating False Inculpatory Evidence**

78-80. Paragraphs seventy-eight through eighty contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent that seventy-eight through eighty contain factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**C.     Failure to Investigate**

81. Paragraph eighty-one contains allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent that paragraph eighty-one contains factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### **Count II – 42 U.S.C. §1983**
### **Malicious Prosecution**

82-88. Paragraphs eighty-two through eighty-eight contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent that eighty-two through eighty-eight contain factual allegations against other Defendants, Donald Devine admits that the criminal action ultimately

9

terminated in Mr. Cowans' favor in 2004, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

### Count III – 42 U.S.C. §1983
### <u>Monell</u> Claim

89-92. Paragraphs eighty-nine through ninety-two contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent paragraphs eighty-nine through ninety-two are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count IV – 42 U.S.C. §1983
### Supervisory Liability Claims

93-95. Paragraphs ninety-three through ninety-five contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent paragraphs ninety-three through ninety-five are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count V – 42 U.S.C. §1983
### Conspiracy Claims

96-100. Paragraphs ninety-six through one-hundred contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent paragraphs ninety-six through one-hundred are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count VI – State Tort Law
### Malicious Prosecution and Abuse of Process

101-105. Paragraphs one-hundred and one through one-hundred and five contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required. To the extent that one-hundred and one through one-hundred and five contain factual allegations against other Defendants, Donald Devine admits that the criminal action ultimately terminated in Mr. Cowans' favor in 2004, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

### Count VIII – State Tort Law
### Negligent Infliction of Emotional Distress

106-113. Paragraphs one-hundred and six through one-hundred and thirteen contain allegations against Defendants other than Donald Devine, and therefore no response

from Donald Devine is required.  To the extent paragraphs one-hundred and six through one-hundred and thirteen are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count IX – State Tort Law
### Intentional Infliction of Emotional Distress

114-119.  Paragraphs one-hundred and fourteen through one-hundred and nineteen contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required.  To the extent paragraphs one-hundred and fourteen through one-hundred and nineteen are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count X – State Tort Law
### False Imprisonment

120-122.  Paragraphs one-hundred and twenty through one-hundred and twenty-two contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required.  To the extent paragraphs one-hundred and twenty through one-hundred and twenty-two are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count XI – State Tort Law
### Negligent Training and Supervision

123-126.  Paragraphs one-hundred twenty-three through one-hundred and twenty-six contain allegations against Defendants other than Donald Devine, and therefore no response from Donald Devine is required.  To the extent paragraphs one-hundred twenty-three through one-hundred and twenty-six are construed to allege facts, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### CLAIMS FOR DAMAGES

127.  To the extent that paragraph one-hundred and twenty-seven contains factual allegations against him, the Defendant Donald Devine denies such allegations.  To the extent that paragraph one-hundred and twenty-two contains factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

128.  To the extent that paragraph one-hundred and twenty-eight contains factual allegations against him, the Defendant Donald Devine denies such allegations.  To the extent that paragraph one-hundred and twenty-eight contains factual allegations

against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

129. To the extent that paragraph one-hundred and twenty-nine contains factual allegations against him, the Defendant Donald Devine denies such allegations. To the extent that paragraph one-hundred and twenty-nine contains factual allegations against other Defendants, Donald Devine alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## AFFIRMATIVE DEFENSES

### First Defense

Defendant Devine states that the Plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

Defendant Devine states that the injury or damage alleged in the Plaintiff's Complaint was neither caused nor proximately caused by him.

### Third Defense

Defendant Devine states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### Fourth Defense

Defendant Devine states that others for whose conduct he is not responsible caused any injury or damage suffered by the Plaintiff.

### Fifth Defense

Defendant states that Plaintiff's Brady claim fails because by itself, an officer's failure to comply with Brady does not constitute a violation of an accused's constitutional rights.

### Sixth Defense

Defendant Devine states that he is entitled to qualified immunity.

### Seventh Defense

Defendant Devine states that he is not liable for any damages to the Plaintiff, including punitive damages.

### Eighth Defense

Defendant Devine states that he was justified in his actions and that his actions were protected by legal process and that therefore the Plaintiff cannot recover.

### Ninth Defense

The Plaintiff has failed to name individuals or entities who are indispensable to the resolution of this suit.

### Jury Claim

Defendant Devine hereby demands a trial by jury on all counts and causes of action.

DEFENDANT DONALD DEVINE
Merita A. Hopkins
Corporation Counsel
By his attorneys,


S/ Stephen G. Cox
_____
Stephen G. Cox (BBO# 566943)
Thomas R. Donohue (BBO# 643483)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064  (SGC)
(617) 635-4039 (TRD)