UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

STEPHAN COWANS.,
    Plaintiffs,

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLOUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10
    Defendants.

**DEFENDANT GREGORY D. GALLAGHER'S ANSWER
TO THE PLAINTIFF'S COMPLAINT
WITH AFFIRMATIVE DEFENSES AND JURY DEMAND**

NOW COMES Gregory D. Gallagher, Defendant in the above-entitled action, and hereby answers the Plaintiff's Complaint as follows:

**COMPLAINT**

**INTRODUCTION**

1. The Defendant Gregory Gallagher considers paragraph one of the Complaint as introductory only and not requiring a response. To the extent that paragraph one contains factual allegations, the Defendant admits that Stephan Cowans was convicted of numerous crimes (including armed assault with intent to murder) and sentenced to 35-50 years, that Cowans' conviction was vacated and his indictment dismissed in February 2004; denies that he was a Sergeant; and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph one of the Complaint.

2. The Defendant Gregory Gallagher considers paragraph two of the Complaint as introductory only and not requiring a response. To the extent that paragraph two contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

3. The Defendant Gregory Gallagher considers paragraph three of the Complaint as introductory only and not requiring a response. To the extent that paragraph three contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

4. The Defendant Gregory Gallagher considers paragraph four of the Complaint as introductory only and not requiring a response. To the extent that paragraph four contains factual allegations, the Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

5. The Defendant Gregory Gallagher considers paragraph five of the Complaint as introductory only and not requiring a response. To the extent that paragraph five contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph five contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

6. The Defendant Gregory Gallagher considers paragraph six of the Complaint as introductory only and not requiring a response. To the extent that paragraph six contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph six contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

7. The Defendant Gregory Gallagher considers paragraph seven of the Complaint as introductory only and not requiring a response. To the extent that paragraph seven contains factual allegations against him, the Defendant denies such allegations. To the extent that paragraph seven contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## JURISDICTION

8. The Defendant Gregory Gallagher considers paragraph eight as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in the jurisdictional statement, the same are denied.

## VENUE

9. The Defendant Gregory Gallagher considers paragraph nine as a pure conclusion of law for which no response is required. To the extent there are factual allegations deemed inherent in paragraph nine, the same are denied.

**PARTIES**

10. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten of the Complaint.

11. The Defendant Gregory Gallagher admits the allegations contained in paragraph eleven of the Complaint.

12. The Defendant Gregory Gallagher admits the allegations contained in paragraph twelve of the Complaint.

13. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirteen of the Complaint.

14. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fourteen of the Complaint.

15. The Defendant Gregory Gallagher admits that at all times relevant to this action he was a member of the Boston Police Department, denies that at all times relevant to this action he was a sergeant detective and denies that he "misidentified" Cowans as the Perpetrator who shot and wounded him, and admits the remaining allegations contained in paragraph fifteen of the Complaint.

16. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixteen of the Complaint.

17. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventeen of the Complaint.

18. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighteen of the Complaint.

19. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nineteen of the Complaint.

20. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty of the Complaint.

21. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one of the Complaint.

## JURY TRIAL AND DEMAND

22. The Defendant Gregory Gallagher considers paragraph twenty-two as one for which no response is required. To the extent there are factual allegations deemed inherent in paragraph twenty-two, the same are denied.

## FACTS

### The Crime

23. The Defendant Gregory Gallagher admits the allegations contained in paragraph twenty-three of the Complaint.

24. The Defendant Gregory Gallagher admits the allegations contained in paragraph twenty-four of the Complaint.

25. The Defendant Gregory Gallagher admits the allegations contained in paragraph twenty-five of the Complaint.

26. The Defendant Gregory Gallagher denies that there was a pause in the struggle, and admits the remaining allegations contained in paragraph twenty-six of the Complaint.

27. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-seven of the Complaint.

28. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-eight of the Complaint.

29. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-nine of the Complaint.

30. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty of the Complaint.

31. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-one of the Complaint.

32. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-two of the Complaint.

33. The Defendant Gregory Gallagher admits that he identified the Perpetrator as in the same age range as Lacy, Bryant McEwen and Jacqueline McEwen, but alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph thirty-three of the Complaint.

34. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four of the Complaint.

### The False Identification as Stephan Cowans' Fingerprint

35. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-five of the Complaint.

36. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-six of the Complaint.

37. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-seven of the Complaint.

38. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-eight of the Complaint.

39. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-nine of the Complaint.

40. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty of the Complaint.

41. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-one of the Complaint.

42. The Defendant Gregory Gallagher admits that Detectives John McCarthy, Paul McDonough, and Sergeant Detective Herbert L. Spellman investigated his shooting, but alleges that he is without knowledge or information sufficient to form a belief as

        to the truth of the remaining allegations contained in paragraph forty-two of the Complaint.

43. The Defendant Gregory Gallagher admits that as part of the investigation into his shooting, he interviewed with Sergeant Detective Kevin E. Waggett, but alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph forty-three of the Complaint.

44. The Defendant Gregory Gallagher admits that on June 17, 1997, Detectives McCarthy and McDonough showed him a photo array which contained the picture of Mr. Cowans; denies that he failed to positively identify Mr. Cowans as the Perpetrator based on this photo array; and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph forty-four of the Complaint.

45. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-five of the Complaint.

46. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-six of the Complaint.

47. The Defendant Gregory Gallagher admits that on July 2, 1997, Detective McCarthy was present at a line-up in which Mr. Cowans was placed; denies that he "falsely identified" Mr. Cowans as the perpetrator; and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph forty-seven of the Complaint.

48. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-eight of the Complaint.

49. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-nine of the Complaint.

50. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty of the Complaint.

51. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-one of the Complaint.

## Mr. Cowans' Exoneration

52. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-two of the Complaint.

53. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-three of the Complaint.

54. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-four of the Complaint.

55. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-five of the Complaint.

56. The Defendant Gregory Gallagher admits that Mr. Cowans was released from prison, and alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph fifty-six of the Complaint.

## The Internal Investigation of the Boston Police Department Identification Unit

57. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-seven of the Complaint.

58. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-eight of the Complaint.

59. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-nine of the Complaint.

60. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty of the Complaint.

61. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-one of the Complaint.

62. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-two of the Complaint.

63. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-three of the Complaint.

64. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-four of the Complaint.

65. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-five of the Complaint.

66. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-six of the Complaint.

67. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-seven of the Complaint.

68. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-eight of the Complaint.

69. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-nine of the Complaint.

70. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy of the Complaint.

71. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-one of the Complaint.

## Damages

72. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventy-two of the Complaint.

## CLAIMS

### Count I – 42 U.S.C. §1983

73. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through seventy-two.

**A.  Fourteenth Amendment <u>Brady</u> Claims**

74-75. Paragraphs seventy-four through seventy-five contain allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent that paragraphs seventy-four through seventy-five contain factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

76. The Defendant Gregory Gallagher denies the allegations contained in paragraph seventy-six of the Complaint.

77. To the extent that paragraph seventy-seven contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph seventy-seven contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**B.  Fabricating False Inculpatory Evidence**

78. Paragraph seventy-eight contains allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent that paragraph seventy-eight contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

79. The Defendant Gregory Gallagher denies the allegations contained in paragraph seventy-nine of the Complaint.

80. To the extent that paragraph eighty contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph eighty contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

**C.  Failure to Investigate**

81. Paragraph eighty-one contains allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the

extent that paragraph eighty-one contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count II – 42 U.S.C. §1983
## Malicious Prosecution

82. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through eighty-one.

83. The Defendant Gregory Gallagher denies that none of the witnesses shown the photo array, which included Mr. Cowans, could identify with certainty any of the men as the perpetrator. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph eighty-three.

84. To the extent that paragraph eighty-four contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph eighty-four contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

85. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-five of the Complaint.

86. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighty-six of the Complaint.

87. To the extent that paragraph eighty-seven contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph eighty-seven contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

88. To the extent that paragraph eighty-eight contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph eighty-eight contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count III – 42 U.S.C. §1983
### Monell Claim

89-92. Paragraphs eighty-nine through ninety-two contain allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent paragraphs eighty-nine through ninety-two are construed to allege facts, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count IV – 42 U.S.C. §1983
### Supervisory Liability Claims

93-95. Paragraphs ninety-three through ninety-five contain allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent paragraphs ninety-three through ninety-five are construed to allege facts, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### Count V – 42 U.S.C. §1983
### Conspiracy Claims

96. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through ninety-five.

97. To the extent that paragraph ninety-seven contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph ninety-seven contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

98. To the extent that paragraph ninety-eight contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph ninety-eight contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

99. To the extent that paragraph ninety-nine, including subparts (A) through (C), of the Complaint, contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph ninety-nine, including subparts (A) through (C), contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

100. To the extent that paragraph one hundred contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one hundred contains factual allegations against other Defendants, Gregory Gallagher

alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count VI – State Tort Law
## Malicious Prosecution and Abuse of Process

101. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through one-hundred.

102. To the extent that paragraph one-hundred and two contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and two contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

103. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and three of the Complaint.

104. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and four of the Complaint.

105. To the extent that paragraph one-hundred and five contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and five contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## Count VIII – State Tort Law
## Negligent Infliction of Emotional Distress

106. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through one-hundred and five. Further, pursuant to M.G.L.A. c. 258 § 2, Gregory Gallagher cannot be held liable for any claims of negligence and will move to dismiss this count.

107. To the extent that paragraph one-hundred and seven contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and seven contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

108. Paragraph one-hundred and eight contains allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent paragraph one-hundred and eight is construed to allege facts, Defendant

      Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

109. Paragraph one-hundred and nine contains allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent paragraph one-hundred and nine is construed to allege facts, Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

110. The Defendant Gregory Gallagher denies the allegations contained in paragraph one-hundred and ten of the Complaint.

111. To the extent that paragraph one-hundred and eleven contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and eleven contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

112. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and twelve of the Complaint.

113. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and thirteen of the Complaint.

### Count IX – State Tort Law
### Intentional Infliction of Emotional Distress

114. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through one-hundred and fourteen.

115. Paragraph one-hundred and fifteen contains allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent paragraph one-hundred and fifteen is construed to allege facts, Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

116. To the extent that paragraph one-hundred and sixteen contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and sixteen contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

117. To the extent that paragraph one-hundred and seventeen contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent

       that paragraph one-hundred and seventeen contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

118. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and eighteen of the Complaint.

119. The Defendant Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph one-hundred and nineteen of the Complaint.

### Count X – State Tort Law
### False Imprisonment

120. The Defendant Gregory Gallagher repeats and incorporates his answers to paragraphs one through one-hundred and nineteen.

121. To the extent that paragraph one-hundred and twenty-one contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and twenty-one contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

122. To the extent that paragraph one-hundred and twenty-two contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and twenty-two contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

### Count XI – State Tort Law
### Negligent Training and Supervision

123-126. Paragraphs one-hundred twenty-three through one-hundred and twenty-six contain allegations against Defendants other than Gregory Gallagher, and therefore no response from Gregory Gallagher is required. To the extent paragraphs one-hundred twenty-three through one-hundred and twenty-six are construed to allege facts, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such facts.

### **CLAIMS FOR DAMAGES**

127. To the extent that paragraph one-hundred and twenty-seven contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and twenty-two contains factual allegations

against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

128. To the extent that paragraph one-hundred and twenty-eight contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and twenty-eight contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

129. To the extent that paragraph one-hundred and twenty-nine contains factual allegations against him, the Defendant Gregory Gallagher denies such allegations. To the extent that paragraph one-hundred and twenty-nine contains factual allegations against other Defendants, Gregory Gallagher alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## **AFFIRMATIVE DEFENSES**

### **First Defense**

Defendant Gallagher states that the Plaintiff has failed to state a claim upon which relief can be granted.

### **Second Defense**

Defendant Gallagher states that the injury or damage alleged in the Plaintiff's Complaint was neither caused nor proximately caused by him.

### **Third Defense**

Defendant Gallagher states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### **Fourth Defense**

Defendant Gallagher states that others for whose conduct he is not responsible caused any injury or damage suffered by the Plaintiff.

### **Fifth Defense**

Defendant states that Plaintiff's <u>Brady</u> claim fails because by itself, an officer's failure to comply with <u>Brady</u> does not constitute a violation of an accused's constitutional rights.

### **Sixth Defense**

Defendant Gallagher states that he is entitled to qualified immunity.

### Seventh Defense

Defendant Gallagher states that he is not liable for any damages to the Plaintiff, including punitive damages.

### Eighth Defense

Defendant Gallagher states that he was justified in his actions and that his actions were protected by legal process and that therefore the Plaintiff cannot recover.

### Ninth Defense

The Plaintiff has failed to name individuals or entities who are indispensable to the resolution of this suit.

### Tenth Defense

Defendant Gallagher states that pursuant to M.G.L. c. 258 §2, a claim of negligence may only be brought against the public employer, not a public employee.

### Jury Claim

Defendant Gallagher hereby demands a trial by jury on all counts and causes of action.

DEFENDANT GREGORY D. GALLAGHER
Merita A. Hopkins
Corporation Counsel
By his attorneys,


S/ Stephen G. Cox
_____
Stephen G. Cox (BBO# 566943)
Thomas R. Donohue (BBO# 643483)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064  (SGC)
(617) 635-4039 (TRD)