GOODWIN PROCTER LLP
Joseph Savage
R. David Hosp
Erin N. Jackson
Sheryl A. Koval
53 State Street
Boston, MA 02109
(617) 570-1000

BIRNBAUM & GODKIN, LLP
Robert N. Feldman
Melissa M. Longo
280 Summer Street
Boston, MA 02210
(617) 307-6100

*Attorneys for Plaintiff*
*Stephan Cowans*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON; BOSTON POLICE ) <br> DEPARTMENT; DONALD L. DEVINE, Deputy ) <br> Superintendent of the Bureau of Investigative ) <br> Services of the Boston Police Department, in his ) <br> individual capacity; ROBERT FOILB, Supervisor ) <br> of the Boston Police Department Identification ) <br> Unit, in his individual capacity; GREGORY D. <br> GALLAGHER, in his individual capacity; DENNIS <br> LEBLANC, in his individual capacity; JOHN H. <br> MCCARTHY, in his individual capacity; PAUL T. <br> MCDONOUGH, in his individual capacity; <br> ROSEMARY MCLAUGHLIN, in her individual <br> capacity; HERBERT L. SPELLMAN, in his <br> individual capacity; and DOES 1–10; <br> <br> Defendants. | Civil Action No: 05-11574 (RGS) |

LIBA/1587115.1

## NOTICE OF APPEARANCE OF R. DAVID HOSP

Pursuant to Local Rule 83.5.2(a), please enter the appearance of R. David Hosp of Goodwin Procter LLP as one of the counsel of record for plaintiff Stephan Cowans in the above-captioned matter.

Respectfully submitted,
RESPECTFULLY SUBMITTED,

STEPHAN COWANS

By his attorneys,


 __/s/_ R. David Hosp_____
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Erin N. Jackson (BBO# 647375)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated: September 26, 2005