GOODWIN PROCTER LLP
Joseph Savage
R. David Hosp
Erin N. Jackson
Sheryl A. Koval
53 State Street
Boston, MA 02109
(617) 570-1000

BIRNBAUM & GODKIN, LLP
Robert N. Feldman
Melissa M. Longo
280 Summer Street
Boston, MA 02210
(617) 307-6100

*Attorneys for Plaintiff*
*Stephan Cowans*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON; BOSTON POLICE ) | |
| DEPARTMENT; DONALD L. DEVINE, Deputy ) | |
| Superintendent of the Bureau of Investigative ) | |
| Services of the Boston Police Department, in his ) | |
| individual capacity; ROBERT FOILB, Supervisor ) | |
| of the Boston Police Department Identification ) | |
| Unit, in his individual capacity; GREGORY D. | |
| GALLAGHER, in his individual capacity; DENNIS | |
| LEBLANC, in his individual capacity; JOHN H. | |
| MCCARTHY, in his individual capacity; PAUL T. | |
| MCDONOUGH, in his individual capacity; | |
| ROSEMARY MCLAUGHLIN, in her individual | |
| capacity; HERBERT L. SPELLMAN, in his | |
| individual capacity; and DOES 1–10; | |
| | |
| Defendants. | |

LIBA/1403419.1

## NOTICE OF APPEARANCE OF SHERYL A. KOVAL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Sheryl A. Koval of Goodwin Procter LLP as one of the counsel of record for plaintiff Stephan Cowans in the above-captioned matter.

        Respectfully submitted,
        RESPECTFULLY SUBMITTED,

        STEPHAN COWANS

        By his attorneys,

        __/s/_Sheryl A. Koval_____
        Joseph Savage (BBO# 443030)
        R. David Hosp (BBO# 634091)
        Erin N. Jackson (BBO# 647375)
        Sheryl A. Koval (BBO# 657795)
        Goodwin | Procter LLP
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 570-1000

        Robert N. Feldman (BBO# 630734)
        Melissa M. Longo (BBO# 647649)
        Birnbaum & Godkin, LLP
        280 Summer Street
        Boston, MA 02210
        (617) 307-6100

Dated: September 26, 2005

LIBA/1403419.1