UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 2005-11574 RGS

| | |
|---|---|
| STEPHEN COWANS,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, DEPUTY SUPERINTENDENT OF THE BUREAU OF INVESTIGATIVE SERVICES OF THE BOSTON POLICE DEPARTMENT, IN HIS INDIVIDUAL CAPACITY, ROBERT FOILB, SUPERVISOR OF THE BOSTON POLICE DEPARTMENT IDENTIFICATION UNIT, IN HIS INDIVIDUAL CAPACITY, GREGORY D. GALLAGHER, IN HIS INDIVIDUAL CAPACITY, DENNIS LEBLANC, IN HIS INDIVIDUAL CAPACITY, JOHN H. MCCARTHY, IN HIS INDIVIDUAL CAPACITY, PAUL T. MCDONOUGH, IN HIS INDIVIDUAL CAPACITY, ROSEMARY MCLAUGHLIN, IN HER INDIVIDUAL CAPACITY, HERBERT L. SPELLMAN, IN HIS INDIVIDUAL CAPACITY; AND DOES 1-10,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DENNIS LEBLANC'S MOTION FOR 30 DAY EXTENSION
OF TIME WITHIN WHICH TO FILE ANSWER TO COMPLAINT**

Now comes the defendant, Dennis LeBlanc, and respectfully moves this Honorable Court for a 30 day extension of time within which to answer the Complaint in the above referenced case. As reasons herefore, the defendant states the following.

1. This case arises from an incident that occurred on or about May and June of 1997 while defendant Dennis LeBlanc was acting in his capacity as a Boston Police Officer.

2. On July 27, 2005, the plaintiff filed the Complaint in this case. Plaintiff's counsel then assented to an extension of time to answer the complaint until September 22, 2005. A copy of the letter confirming this extension of time is attached hereto.

3. On August 25, 2005, following Boston Police Department protocol, the defendant submitted a report to his commanding officer requesting representation and indemnification from the City of Boston in this lawsuit. This request was also mailed to the Legal Advisor for the Boston Police Department and the Chief of Litigation for Boston City Hall on that same date.

4. On September 21, 2005, the undersigned counsel was advised by an attorney for the City of Boston that the defendant's request for representation and indemnification had not yet been acted upon and that no decision has been made by the City of Boston as of this time as to whether or not the City will represent Officer LeBlanc or provide him with an attorney.

Wherefore, the undersigned counsel, acting on the defendant's behalf through the Boston Police Patrolmen's Association, hereby moves for an extension of 30 days for defendant Dennis LeBlanc to answer the Complaint in this case once the matter of representation has been clarified by the City of Boston.

Respectfully submitted,

Defendant,
DENNIS LEBLANC
By his Attorney,

Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617) 265-3900

DATED: September 22, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 37.1

The undersigned counsel has left two voice mails for Attorney David Hosp to obtain an extension of time in which to answer the Complaint, but was unable to speak with him to obtain his assent.

_____
Kenneth H. Anderson, Esq.

## CERTIFICATE OF SERVICE

I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **DEFENDANT DENNIS LEBLANC'S MOTION FOR 30 DAY EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER TO COMPLAINT,** by facsimile and postage prepaid, first class mail, upon the following counsel of record on September 22, 2005:

Dave Hosp, Esq.
Goodwin, Procter LLP
Exchange Place
Boston, MA 02109

Thomas Donahue, Esq.
City of Boston Law Department
Room 615, Boston City Hall
1 City Hall Plaza
Boston, MA 02201

_____
Kenneth H. Anderson, Esq.

# Finneran, Byrne & Drechsler, L.L.P.

Attorneys at Law

Eastern Harbor Office Park
50 Redfield Street
Boston, Massachusetts 02122

Telephone (617) 265-3900
Telefax (617) 265-3627

James E. Byrne
Thomas Drechsler

Of Counsel
Thomas M. Finneran

Kenneth H. Anderson
Richard P. Mazzocca
Eric S. Goldman
Samuel P. McDermott
Jonathan E. Tobin

August 19, 2005

*Via Fax To: (617) 523 - 1231*

Dave Hosp, Esq.
Goodwin, Procter LLP
Exchange Place
Boston, MA 02109

Re:   Cowans v. Dennis LeBlanc, Rosemary McLaughlin, et al.
      Our File No. 04-5668

Dear Attorney Hosp:

This is to confirm that you have given Dennis LeBlanc and Rosemary McLaughlin extensions of time up until September 22, 2005 to answer the complaint in this case. As discussed, at this time we are clarifying the issue of representation, with an understanding that a discovery conference will be held during the week of September 12, 2005 once that issue is clarified.

Thank you for your cooperation.

Very truly yours,

Kenneth H. Anderson

KHA: kk