GOODWIN PROCTER LLP
Joseph Savage
R. David Hosp
Erin N. Jackson
Sheryl A. Koval
53 State Street
Boston, MA 02109
(617) 570-1000

BIRNBAUM & GODKIN, LLP
Robert N. Feldman
Melissa M. Longo
280 Summer Street
Boston, MA 02210
(617) 307-6100

*Attorneys for Plaintiff*
*Stephan Cowans*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BOSTON; BOSTON POLICE DEPARTMENT; DONALD L. DEVINE, Deputy Superintendent of the Bureau of Investigative Services of the Boston Police Department, in his individual capacity; ROBERT FOILB, Supervisor of the Boston Police Department Identification Unit, in his individual capacity; GREGORY D. GALLAGHER, in his individual capacity; DENNIS LEBLANC, in his individual capacity; JOHN H. MCCARTHY, in his individual capacity; PAUL T. MCDONOUGH, in his individual capacity; ROSEMARY MCLAUGHLIN, in her individual capacity; HERBERT L. SPELLMAN, in his individual capacity; and DOES 1–10;<br><br>　　　　Defendants. | Civil Action No: 05-11574 (RGS) |

**PLAINTIFF'S OPPOSITION TO DENNIS LEBLANC'S MOTION FOR 30 DAY EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER TO COMPLAINT**

Plaintiff hereby opposes Defendant Dennis LeBlanc's motion for a 30 day extension of time within which to answer the Complaint in this case.

Defendant LeBlanc was served with the Complaint on July 29, 2005. He waited until August 25, 2005, nearly a month, before requesting representation from the City, also a defendant in this action who was served with the Complaint on July 28, 2005. The City was well aware of this action and that LeBlanc was also a defendant in this action since that time. Furthermore, the City, a defendant in this action, has had over one month to assess and act on defendant LeBlanc's request for representation. Instead, the City has refused to act on LeBlanc's request and is using the procedure as a means to delay this lawsuit.

As stated in defendant LeBlanc's motion, an extension has already been granted to allow defendants to coordinate representation. Any further delay in this matter would substantially prejudice Mr. Cowans. Mr. Cowans spent nearly seven years in prison for crimes he did not commit. While he was imprisoned Mr. Cowans was forced to endure the deprivation of his liberty, was forced to forgo the basic enjoyments of freedom, was incarcerated in a maximum security prison and was denied basic protections granted to all citizens. Mr. Cowans was released based on actual innocence in January 2004. Since his release, Mr. Cowans has minimal financial resources and can barely support himself. Mr. Cowans' life has already been sidetracked for over eight years. Resolution of this suit and compensation for the acts of the defendants must occur in a timely manner to ensure that Mr. Cowans can move forward in his life.

For the foregoing reasons, Plaintiff respectfully submits that defendant LeBlanc's motion to extend time to answer the Complaint in this matter should be denied. However, should this Court grant defendant LeBlanc's motion, Plaintiff requests

that this Court also enter an order requiring the City to act on defendant LeBlanc's request for representation by October 5, 2005 so as to ensure that there will be no further delays.

          RESPECTFULLY SUBMITTED,

          STEPHAN COWANS

          By his attorneys,

          /s/ Sheryl A. Koval
          Joseph Savage (BBO# 443030)
          R. David Hosp (BBO# 634091)
          Erin N. Jackson (BBO# 647375)
          Sheryl A. Koval (BBO# 657795)
          Goodwin | Procter LLP
          Exchange Place
          53 State Street
          Boston, MA 02109
          (617) 570-1000

          Robert N. Feldman (BBO# 630734)
          Melissa M. Longo (BBO# 647649)
          Birnbaum & Godkin, LLP
          280 Summer Street
          Boston, MA 02210
          (617) 307-6100

Dated: September 26, 2005

## CERTIFICATE OF SERVICE

I, Sheryl A. Koval, counsel for plaintiff Stephan Cowans, hereby certify that on September 26, 2005 I caused true copies of the foregoing PLAINTIFF'S OPPOSITION TO DENNIS LEBLANC'S MOTION FOR 30 DAY EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER TO COMPLAINT, to be served upon the following counsel of record in this action:

BY MAIL AND FACSIMILE:

Kenneth H. Anderson
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

*Attorney for Defendant LeBlanc*

Thomas Donahue
City of Boston Law Department
City Hall Plaza
Boston, MA 02201

*Attorneys for defendants City of Boston, Boston Police Department, Devine, Gallagher, McCarthy, McDonough and Spellman*

Leonard H. Kesten
Brody, Hardoon, Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02210

*Attorney for Defendant McLaughlin*

_____
Sheryl A. Koval