IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,            )<br>                             )<br>       Plaintiff,           )<br>                             )<br>  v.                         )<br>                             )<br> CITY OF BOSTON; BOSTON POLICE )<br> DEPARTMENT; DONALD L. DEVINE, Deputy )<br> Superintendent of the Bureau of Investigative )<br> Services of the Boston Police Department, in his )<br> individual capacity; ROBERT FOILB, Supervisor )<br> of the Boston Police Department Identification )<br> Unit, in his individual capacity; GREGORY D. )<br> GALLAGHER, in his individual capacity; DENNIS )<br> LEBLANC, in his individual capacity; JOHN H. )<br> MCCARTHY, in his individual capacity; PAUL T. )<br> MCDONOUGH, in his individual capacity; )<br> ROSEMARY MCLAUGHLIN, in her individual )<br> capacity; HERBERT L. SPELLMAN, in his )<br> individual capacity; and DOES 1–10; )<br>                             )<br>       Defendants.           )<br>                             ) | Civil Action No: 05-11574 RGS |

**JOINT 26(f)/16.1(D) REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), a telephonic conference was held on September 14, 2005 by R. David Hosp, Esq. of Goodwin Procter LLP, counsel for Plaintiff Stephan Cowans; Thomas Donahue, Esq. and Stephen Cox, Esq. of the City of Boston Law Department, counsel for defendants City of Boston, Boston Police Department, Devine, Gallagher, McCarthy, McDonough, and Spellman; and, Leonard H. Kesten of Brody, Hardoon, Perkins & Kesten, LLP, counsel for defendant McLaughlin. The parties[1] state as follows:

1.   The plaintiff proposes to the Court the following:

---

[1] There is currently no attorney of record for Defendant Dennis LeBlanc.

1

    a.    The plaintiff does not request a conference with the Court before entry of the scheduling order.

    b.    The parties shall exchange initial disclosures under Rule 26(a) on or before October 7, 2005.

    c.    All non-expert discovery will be completed by April 1, 2006.

    d.    Reports from retained experts under Rule 26(a)(2) are due:
From plaintiff by April 29, 2006; From defendant by May 31, 2006.

    e.    Expert depositions, if any, to be concluded by June 30, 2006.

    f.    All potentially dispositive motions shall be filed by August 15, 2005.

    g.    The case should be ready for trial by October 15, 2006.

2.    The defendants City of Boston, Boston Police Department, Devine, Gallagher, McCarthy, McDonough, and Spellman propose to the Court the following discovery plan:

    a.    The defendants request a conference with the Court before entry of the scheduling order.

    b.    The parties shall exchange initial disclosures under Rule 26(a) on or before October 21, 2005.

    c.    All non-expert discovery will be completed by October 1, 2006.

    d.    Reports from retained experts under Rule 26(a)(2) are due:
From plaintiff by August 29, 2006; From defendant by September 31, 2006.

    e.    Expert depositions, if any, to be concluded by October 30, 2006.

    f.    All potentially dispositive motions shall be filed by January 15, 2007.

    g.    The case should be ready for trial by February 15, 2007.

3.    The parties have conferred regarding each of the above matters, conferred regarding costs and expenses of litigation and have considered the option of alternative dispute resolution.

Respectfully submitted,

| | |
|---|---|
| __/s/_R. David Hosp_____ | __/s/_Stephen Cox_____ |
| Joseph Savage (BBO# 443030) | Thomas Donahue (BBO#        ) |
| R. David Hosp (BBO# 634091) | Stephen Cox (BBO#     ) |
| Erin N. Jackson (BBO# 647375) | City of Boston Law Department |
| Sheryl A. Koval (BBO# 657795) | City Hall Plaza |
| Goodwin | Procter LLP | Boston, MA 02201 |
| Exchange Place | (617) 635-4064 |
| 53 State Street | *Attorneys for defendants City of Boston, Boston Police Department, Devine, Gallagher, McCarthy, McDonough, and Spellman* |
| Boston, MA 02109 | |
| (617) 570-1000 | |

| | |
|---|---|
| Robert N. Feldman (BBO# 630734) | _/s/_Leonard Kesten_____ |
| Melissa M. Longo (BBO# 647649) | Leonard H. Kesten (BBO#     ) |
| Birnbaum & Godkin, LLP | Brody, Hardoon, Perkins & Kesten LLP |
| 280 Summer Street | One Exeter Plaza |
| Boston, MA 02210 | Boston, MA 02110 |
| (617) 307-6100 | (617) 880-7100 |
| *Attorneys for Plaintiff* | *Attorney for defendant McLaughlin* |

Date: October 12, 2005