UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  2005-11574 RGS

| | |
|---|---|
| STEPHAN COWANS, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON, BOSTON POLICE | ) |
| DEPARTMENT, DONALD L. DEVINE, | ) |
| DEPUTY SUPERINTENDENT OF THE | ) |
| BUREAU OF INVESTIGATIVE SERVICES | ) |
| OF THE BOSTON POLICE DEPARTMENT, | ) |
| IN HIS INDIVIDUAL CAPACITY, ROBERT | ) |
| FOILB, SUPERVISOR OF THE BOSTON | ) |
| POLICE DEPARTMENT IDENTIFICATION | ) |
| UNIT, IN HIS INDIVIDUAL CAPACITY, | ) |
| GREGORY D. GALLAGHER, IN HIS | ) |
| INDIVIDUAL CAPACITY, DENNIS LEBLANC, | ) |
| IN HIS INDIVIDUAL CAPACITY, | ) |
| JOHN H. MCCARTHY, IN HIS INDIVIDUAL | ) |
| CAPACITY, PAUL T. MCDONOUGH, | ) |
| IN HIS INDIVIDUAL CAPACITY, | ) |
| ROSEMARY MCLAUGHLIN, IN HER | ) |
| INDIVIDUAL CAPACITY, HERBERT L. | ) |
| SPELLMAN, IN HIS INDIVIDUAL CAPACITY; | ) |
| AND DOES 1-10, | ) |
| Defendants | ) |

## ANSWER AND JURY CLAIM OF DEFENDANT DENNIS LEBLANC

### INTRODUCTION

The defendant contends that the Introduction is not properly part of the plaintiff's Complaint,

and therefore no response is required. Nevertheless, the defendant answers each paragraph in

sequence.

1.    The defendant admits that the plaintiff was convicted of numerous crimes, was sentenced to

      state prison, and subsequently the indictment was dismissed. The defendant denies all other

      allegations contained in paragraph 1 of the plaintiff's Complaint, and calls upon the plaintiff

      to prove the same.

2.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 2 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

3.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 3 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

4.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 4 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

5.    The defendant denies the allegations contained in paragraph 5 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

6.    The defendant denies the allegations contained in paragraph 6 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

7.    Paragraph 7 of the plaintiff's Complaint is a legal conclusion for which no response is required. Nevertheless, the defendant denies the allegations in paragraph 7 of the plaintiff's Complaint and calls upon the plaintiff to prove the same.

## JURISDICTION

8.    The defendant admits the allegations contained in paragraph 8 of the plaintiff's Complaint.

## VENUE

9.    The defendant admits the allegations contained in paragraph 9 of the plaintiff's Complaint.

## PARTIES

10.   The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 10 of the plaintiff's Complaint, and calls upon plaintiff

2

to prove the same.

11.    The defendant admits the allegations contained in paragraph 11 of the plaintiff's Complaint.

12.    Paragraph 12 of the plaintiff's Complaint is a legal conclusion for which no response is required.

13.    Paragraph 13 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

14.    Paragraph 14 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

15.    Paragraph 15 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

16.    The defendant admits the allegations in the first sentence of paragraph 16. The defendant denies the remaining allegations of paragraph 16 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

17.    Paragraph 17 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

18.    Paragraph 18 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

19.    Paragraph 19 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

20.    Paragraph 20 of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

21.    Paragraph 21of the plaintiff's Complaint does not pertain to defendant Dennis LeBlanc, and therefore no response is required.

## JURY TRIAL DEMAND

22.    The plaintiff's Complaint contains is a legal conclusion for which no response is req iired.

## FACTS

### The Crime

23.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 23 of the plaintiff's Complaint, and calls upon plair iff to prove the same.

24.    The defendant is without sufficient information or knowledge to admit or der y he allegations contained in paragraph 24 of the plaintiff's Complaint, and calls upon plair iff to prove the same.

25.    The defendant is without sufficient information or knowledge to admit or deny he allegations contained in paragraph 25 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

26.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 26 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

27.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 27 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

28.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 28 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

29.    The defendant is without sufficient information or knowledge to admit or deny the

4

allegations contained in paragraph 29 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

30.     The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 30 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

31.     The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 31 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

32.     The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 32 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

33.     The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 33 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

34.     The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 34 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

## The False Identification as Stephan Cowans' Fingerprint

35.     The police reports speak for themselves, and therefore no response is required of the defendant.

36.     The police reports speak for themselves, and therefore no response is required of the defendant. In further answering, the allegations in paragraph 36 of the plaintiff's Complaint are denied.

5

37.    The police reports speak for themselves, and therefore no response is required of the
       defendant. The defendant admits the allegations in the second sentence of paragraph 37.

38.    The police reports and trial testimony speak for themselves, and therefore no response is
       required of the defendant.

39.    The defendant is without sufficient information or knowledge to admit or deny the
       allegations contained in the first sentence of paragraph 39 of the plaintiff's Complaint. The
       defendant denies the allegations in the second sentence of paragraph 39, and calls upon
       plaintiff to prove the same.

40.    The defendant denies the allegations contained in paragraph 40 of the plaintiff's Complaint,
       and calls upon the plaintiff to prove the same.

41.    The defendant denies the allegations contained in paragraph 41 of the plaintiff's Complaint,
       and calls upon the plaintiff to prove the same.

42.    The defendant denies the allegations contained in paragraph 42 of the plaintiff's Complaint,
       and calls upon the plaintiff to prove the same.

43.    The defendant is without sufficient information or knowledge to admit or deny the
       allegations contained in paragraph 43 of the plaintiff's Complaint, and calls upon plaintiff
       to prove the same.

44.    The police reports referenced in paragraph 44 of the plaintiff's Complaint speak for
       themselves, and therefore no response is required of the defendant. In further answering the
       defendant is without sufficient information or knowledge to admit or deny the allegations
       contained in paragraph 44 of the plaintiff's Complaint, and calls upon plaintiff to prove the
       same.

45.    The police reports referenced in paragraph 45 of the plaintiff's Complaint speak for

6

themselves, and therefore no response is required of the defendant. In further answering, the defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 45 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

46. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 46 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

47. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 47 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

48. The defendant admits the allegations contained in paragraph 48 of the plaintiff's Complaint.

49. The defendant denies the allegations contained in paragraph 49 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

50. The defendant admits that the plaintiff was convicted of various offenses but is without sufficient information to admit or deny the remaining allegations in paragraph 50.

51. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 51 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

## Mr. Cowans' Exoneration

52. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 52 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

53. The defendant is without sufficient information or knowledge to admit or deny the

allegations contained in paragraph 53 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

54.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 54 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

55.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 55 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

56.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 56 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

The Internal Investigation of the Boston Police Department Identification Unit

57.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 57 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

58.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 58 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

59.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 59 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

60.    The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 60 of the plaintiff's Complaint, and calls upon plaintiff

8

to prove the same.

61. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 61 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

62. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 62 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

63. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 63 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

64. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 64 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

65. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 65 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

66. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 66 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

67. The defendant is without sufficient information or knowledge to admit or deny the allegations contained in paragraph 67 of the plaintiff's Complaint, and calls upon plaintiff to prove the same.

68. The defendant is without sufficient information or knowledge to admit or deny the

allegations contained in paragraph 68 of the plaintiff's Complaint, and calls upon p ai tiff

to prove the same.

69.     The defendant is without sufficient information or knowledge to admit or del y the

allegations contained in paragraph 69 of the plaintiff's Complaint, and calls upon plaintiff

to prove the same.

70.     The defendant is without sufficient information or knowledge to admit or der y he

allegations contained in paragraph 70 of the plaintiff's Complaint, and calls upon pla ir iff

to prove the same.

71.     The defendant is without sufficient information or knowledge to admit or deny the

allegations contained in paragraph 71 of the plaintiff's Complaint, and calls upon pla in iff

to prove the same.

### Damages

72.     The defendant is without sufficient information or knowledge to admit or deny the

allegations contained in paragraph 72 of the plaintiff's Complaint, and calls upon pla ntiff

to prove the same.

### CLAIMS

### Count I -- 42 U.S.C. §1983

Due Process Claims Against Defendants LeBlanc, McLaughlin, Foilb, McCarthy, McDonough,
Spellman, Gallagher and Doe Defendants for Failing to Disclose Evidence; Due Process Cla ms
Against Defendants LeBlanc, McLaughlin, Foilb, Gallagher and Doe Defendants for Fabricat in
Evidence; and Due Process Claims Against Defendants McCarthy, McDonough, Spellman a 1d
Doe Defendants for Failure to Investigate.

73.     The defendant repeats and realleges his responses to Paragraphs 1 through 72 above as if

each response was separately set forth herein.

10

A.    Fourteenth Amendment Brady Claims

74.    The defendant denies the allegations contained in paragraph 74 of the plaintiff's Comp aint, and calls upon the plaintiff to prove the same.

75.    The defendant denies the allegations contained in paragraph 75 of the plaintiff's Comp aint, and calls upon the plaintiff to prove the same.

76.    The defendant denies the allegations contained in paragraph 76 of the plaintiff's Comp aint, and calls upon the plaintiff to prove the same.

77.    The defendant denies the allegations contained in paragraph 77 of the plaintiff's Comp laint, and calls upon the plaintiff to prove the same.

B.    Fabricating False Inculpatory Evidence

78.    The defendant denies the allegations contained in paragraph 78 of the plaintiff's Comp laint, and calls upon the plaintiff to prove the same.

79.    The defendant denies the allegations contained in paragraph 79 of the plaintiff's Comp laint, and calls upon the plaintiff to prove the same.

80.    The defendant denies the allegations contained in paragraph 80 of the plaintiff's Comp laint, and calls upon the plaintiff to prove the same.

C.    Failure to Investigate

81.    The defendant denies the allegations contained in paragraph 81 of the plaintiff's Comp laint, and calls upon the plaintiff to prove the same.

### Count II -- 42 U.S.C. §1983

Claims Against Defendants LeBlanc, McLaughlin, Foilb, McCarthy, McDonough, Spellman, Gallagher and Doe Defendants for Malicious Prosecution

82.    The defendant repeats and realleges his responses to Paragraphs 1 through 82 above as if each response was separately set forth herein.

11

83.    The defendant denies the allegations contained in paragraph 83 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

84.    The defendant denies the allegations contained in paragraph 84 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

85.    The defendant denies the allegations contained in paragraph 85 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

86.    The defendant denies the allegations contained in paragraph 86 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

87.    The defendant denies the allegations contained in paragraph 87 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

88.    The defendant denies the allegations contained in paragraph 88 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

## Count III -- 42 U.S.C. §1983

Monell Claim Against the City of Boston and the Boston Police Department

89. - 92.    Paragraphs 89-92 of the plaintiff's Complaint do not pertain to defendant Dennis LeBlanc and therefore no response is required. To the extent these paragraphs could be construed as pertaining to defendant LeBlanc, all allegations are denied.

## Count IV -- 42 U.S.C. §1983

Supervisory Liability Claims Against Defendants Foilb, Spellman and Doe Defendants, Supervisors in the Boston Police Department

93. - 95.    Paragraphs 93-95 of the plaintiff's Complaint do not pertain to defendant Dennis LeBlanc and therefore no response is required. To the extent these paragraphs could be construed as pertaining to defendant LeBlanc, all allegations are denied.

12

## Count V -- 42 U.S.C. §1983

Conspiracy Claims Against Defendants, LeBlanc, McLaughlin, Foilb, McCarthy, McDonough Spellman, Gallagher and Doe Defendants

96. The defendant denies the allegations contained in paragraph 96 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

97. The defendant denies the allegations contained in paragraph 97 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

98. The defendant denies the allegations contained in paragraph 98 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

99. The defendant denies the allegations contained in paragraph 99 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

    A.    The defendant denies the allegations contained in subpart A of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

    B.    The defendant denies the allegations contained in subpart B of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

    C.    The defendant denies the allegations contained in subpart C of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

100. The defendant denies the allegations contained in paragraph 100 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

## Count VI -- State Tort Law

Claims Against Defendants LeBlanc, McLaughlin, Foilb, McCarthy, McDonough, Spellman Gallagher and Doe Defendants for Malicious Prosecution and Abuse of Process

101. The defendant repeats and realleges his responses to Paragraphs 1 through 100 above as if each response was separately set forth herein.

13

102.  The defendant denies the allegations contained in paragraph 102 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

103.  The defendant denies the allegations contained in paragraph 103 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

104.  The defendant denies the allegations contained in paragraph 104 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

105.  The defendant denies the allegations contained in paragraph 105 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

## Count VIII(sic) -- State Tort Law

Claims Against Defendants LeBlanc, McLaughlin, Foilb, McCarthy, McDonough, Spellman Gallagher and Doe Defendants for Negligent Infliction of Emotional Distress

106.  The defendant repeats and realleges his responses to Paragraphs 1 through 105 above as if each response was separately set forth herein.

107.  The defendant denies the allegations contained in paragraph 107 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

108.  The defendant denies the allegations contained in paragraph 108 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

109.  The defendant denies the allegations contained in paragraph 109 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

110.  The defendant denies the allegations contained in paragraph 110 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

111.  The defendant denies the allegations contained in paragraph 111 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

112.  The defendant denies the allegations contained in paragraph 112 of the plaintiff's Complaint,

and calls upon the plaintiff to prove the same.

113.   The defendant denies the allegations contained in paragraph 113 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

## Count IX -- State Tort Law

Claims Against Defendants LeBlanc, McLaughlin, Foilb, McCarthy, McDonough, Spellman, Gallagher and Doe Defendants for Intentional Infliction of Emotional Distress

114.   The defendant repeats and realleges his responses to Paragraphs 1 through 113 above as if each response was separately set forth herein.

115.   The defendant denies the allegations contained in paragraph 115 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

116.   The defendant denies the allegations contained in paragraph 116 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

117.   The defendant denies the allegations contained in paragraph 117 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

118.   The defendant denies the allegations contained in paragraph 118 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

119.   The defendant denies the allegations contained in paragraph 119 of the plaintiff's Complaint, and calls upon the plaintiff to prove the same.

## Count X -- State Tort Law

Claims Against Defendants LeBlanc, McLaughlin, Foilb, McCarthy, McDonough, Spellman, Gallagher, Doe Defendants, the City of Boston and the Boston Police Department for False Imprisonment

120.   The defendant repeats and realleges his responses to Paragraphs 1 through 119 above as if each response was separately set forth herein.

121.   The defendant denies the allegations contained in paragraph 121 of the plaintiff's Complaint,

15

and calls upon the plaintiff to prove the same.

122.    The defendant denies the allegations contained in paragraph 122 of the plaintiff's Complaint,

and calls upon the plaintiff to prove the same.

## Count XI -- State Tort Law

Claims Against Defendant City of Boston and the Boston Police Department for Negligent
Training and Supervision

123. - 126.    Paragraphs 123-126 of the plaintiff's Complaint do not pertain to defendant Dennis

LeBlanc and therefore no response is required. To the extent these paragraphs could

be construed as pertaining to defendant LeBlanc, all allegations are denied.

## CLAIMS FOR DAMAGES

127.    The defendant denies the allegations contained in paragraph 127 of the plaintiff's Complaint,
and calls upon the plaintiff to prove the same.

128.    The defendant denies the allegations contained in paragraph 128 of the plaintiff's Complaint,
and calls upon the plaintiff to prove the same.

129.    The defendant denies the allegations contained in paragraph 129 of the plaintiff's Complaint,
and calls upon the plaintiff to prove the same.

WHEREFORE, defendant Dennis LeBlanc demands a judgment of dismissal of this action

together with all damages, costs and expenses as may be incurred by the defendant including without

limitation, attorney's fees and such other relief as the Court deems to be proper.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that any alleged injury to the plaintiff was caused

by persons or entities for whom the defendant is not responsible.

16

## SECOND AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant denies that the acts were committed as alleged in plaintiff's Complaint, but if any said acts were committed as the plaintiff alleges, defendant states that he acted at all times in good faith and a reasonable belief that his actions were in compliance with all relevant laws and circumstances.

## THIRD AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that to the extent that he acted, at all times relevant to the plaintiff's Complaint, he acted upon probable cause and based upon reasonable grounds that circumstances justified his conduct.

## FOURTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's Complaint fails to state a claim upon which relief can be granted against the defendant because a police officer is entitled to qualified immunity as a matter of law.

## FIFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the defendant is not liable or is immune from liability under M.G.L., c.258.

## SIXTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that any alleged injury to the plaintiff was caused by alleged intentional and criminal acts of individuals for which the defendant is in any case not responsible regardless of the truth or untruth of said allegations.

## SEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's Complaint fails to state a claim upon which relief can be granted as to the charge of conspiracy because it fails to state sufficient

17

facts to constitute a conspiracy claim.

## EIGHTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that any alleged injury was caused by plaintiff's own negligent, intentional, willful, reckless and/or criminal conduct.

## NINTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, is estopped to recover any judgement against the defendant.

## TENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that at the time of the alleged incident, the plaintiff was guilty of a violation of the law which contributed to the alleged incident, if any such incident occurred.

## ELEVENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that if the plaintiff was detained by anyone the plaintiff was rightly detained, and with the use of no more force than was necessary.

## TWELFTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that his acts and conduct were performed according to, and protected by, law and/or legal process, and that therefore the plaintiff cannot recover.

## THIRTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that, if the plaintiff is entitled to recover from the defendant, his recovery is limited pursuant to M.G.L., c. 258.

18

### FOURTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that if the plaintiff suffered injuries or damages as alleged, such injuries or damages were caused by the unforeseeable, intentional, willful, reckless and/or knowing behavior and action of a third party or co-defendant for whose conduct the defendant was not and is not legally responsible.

### FIFTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that his actions and conduct did not violate any clearly established constitutional or statutory rights of which the defendant reasonably should have been aware, and therefore he is entitled to qualified immunity.

### SIXTEENTH AFFIRMATIVE DEFENSE

By way of affirmative defense, the defendant states that as to some or all of the claims under state law, the plaintiff has failed to comply with mandatory statutory prerequisites to the maintenance of their cause of action, and their action is therefore barred and this Court lacks subject matter jurisdiction over such claims.

## JURY CLAIM

The Defendant hereby demands a trial by jury on all claims and defenses.

Respectfully submitted,

Defendant,
DENNIS LEBLANC
By his Attorneys,

Thomas Drechsler, Esq.
B.B.O. #134840
Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.I .F'
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617) 265-3900

DATED: October 5, 2005

## CERTIFICATE OF SERVICE

I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **ANSWER AND JURY CLAIM OF DEFENDANT DENNIS LEBLANC,** by first class mail upon the following counsel of record on October 5, 2005.

Joseph F. Savage, Esq.
Goodwin, Procter LLP
Exchange Place
Boston, MA 02109

Stephen G. Cox, Esq.
City of Boston Law Department
Room 615, Boston City Hall
1 City Hall Plaza
Boston, MA 02201

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten
1 Exeter Plaza
Boston, MA 02116

Kenneth H. Anderson, Esq.