**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHAN COWANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON; BOSTON POLICE ) <br> DEPARTMENT; DONALD L. DEVINE, Deputy ) <br> Superintendent of the Bureau of Investigative ) <br> Services of the Boston Police Department, in his ) <br> individual capacity; ROBERT FOILB, Supervisor ) <br> of the Boston Police Department Identification ) <br> Unit, in his individual capacity; GREGORY D. ) <br> GALLAGHER, in his individual capacity; DENNIS ) <br> LEBLANC, in his individual capacity; JOHN H. ) <br> MCCARTHY, in his individual capacity; PAUL T. ) <br> MCDONOUGH, in his individual capacity; ) <br> ROSEMARY MCLAUGHLIN, in her individual ) <br> capacity; HERBERT L. SPELLMAN, in his ) <br> individual capacity; and DOES 1–10; ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 05-11574 (RGS) |

**NOTICE OF APPEARANCE
OF ROBERT N. FELDMAN**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert N. Feldman of Birnbaum & Godkin, LLP as one of the counsel of record for plaintiff Stephan Cowans in the above-captioned matter.

Respectfully submitted,

STEPHAN COWANS
By his attorneys,


/s/ Robert N. Feldman
Robert N. Feldman (BBO# 630734)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Erin N. Jackson (BBO# 647375)
Sheryl A. Koval (BBO# 657795)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Dated: November 4, 2005