**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHAN COWANS, )<br>)<br>  Plaintiff, )<br>)<br> v. )<br>)<br>CITY OF BOSTON; BOSTON POLICE )<br>DEPARTMENT; DONALD L. DEVINE, Deputy )<br>Superintendent of the Bureau of Investigative )<br>Services of the Boston Police Department, in his )<br>individual capacity; ROBERT FOILB, Supervisor )<br>of the Boston Police Department Identification )<br>Unit, in his individual capacity; GREGORY D. )<br>GALLAGHER, in his individual capacity; DENNIS )<br>LEBLANC, in his individual capacity; JOHN H. )<br>MCCARTHY, in his individual capacity; PAUL T. )<br>MCDONOUGH, in his individual capacity; )<br>ROSEMARY MCLAUGHLIN, in her individual )<br>capacity; HERBERT L. SPELLMAN, in his )<br>individual capacity; and DOES 1–10; )<br>)<br>  Defendants. )<br>) | Civil Action No: 05-11574 (RGS) |

**NOTICE OF APPEARANCE
OF MELISSA M. LONGO**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Melissa M. Longo of Birnbaum & Godkin, LLP as one of the counsel of record for plaintiff Stephan Cowans in the above-captioned matter.

        Respectfully submitted,

        STEPHAN COWANS
        By his attorneys,


        /s/ Melissa M. Longo
        Melissa M. Longo (BBO# 647649)
        Birnbaum & Godkin, LLP
        280 Summer Street
        Boston, MA 02210
        (617) 307-6100

        Joseph Savage (BBO# 443030)
        R. David Hosp (BBO# 634091)
        Erin N. Jackson (BBO# 647375)
        Sheryl A. Koval (BBO# 657795)
        Goodwin Procter LLP
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 570-1000

Dated: November 4, 2005