UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 2005-11574 RGS

| | |
|---|---|
| STEPHAN COWANS,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>)<br>) |
| CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, DEPUTY SUPERINTENDENT OF THE BUREAU OF INVESTIGATIVE SERVICES OF THE BOSTON POLICE DEPARTMENT, IN HIS INDIVIDUAL CAPACITY, ROBERT FOILB, SUPERVISOR OF THE BOSTON POLICE DEPARTMENT IDENTIFICATION UNIT, IN HIS INDIVIDUAL CAPACITY, GREGORY D. GALLAGHER, IN HIS INDIVIDUAL CAPACITY, DENNIS LEBLANC, IN HIS INDIVIDUAL CAPACITY, JOHN H. MCCARTHY, IN HIS INDIVIDUAL CAPACITY, PAUL T. MCDONOUGH, IN HIS INDIVIDUAL CAPACITY, ROSEMARY MCLAUGHLIN, IN HER INDIVIDUAL CAPACITY, HERBERT L. SPELLMAN, IN HIS INDIVIDUAL CAPACITY; AND DOES 1-10,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT DENNIS LEBLANC'S CERTIFICATE
OF COMPLIANCE WITH L.R. 16.1(D)(3)**

The undersigned, as counsel and the defendant, Dennis LeBlanc, affirm that we have conferred regarding:

(a)      a budget for the approximate costs of conducting either the full course, or various alternative courses, of this litigation; and

(b)    the possibility of resolving this litigation through the use of alternative dispute

resolution programs as set forth in L.R. 16.4.

                            Respectfully submitted,

                            Defendant,
                            DENNIS LEBLANC
                            By his Attorneys,

                            _____
                            Thomas Drechsler, Esq.
                            B.B.O. # 134840
                            Kenneth H. Anderson, Esq.
                            B.B.O. #556844
                            FINNERAN, BYRNE & DRECHSLER, L.L.P.
                            Eastern Harbor Office Park
                            50 Redfield Street
                            Boston, MA 02122
                            (617) 265-3900

Dated:       November 28, 2005

                            _____
                            Dennis LeBlanc

Dated:       November 28, 2005

## CERTIFICATE OF SERVICE

I, Kenneth H. Anderson, attorney for the defendant hereby certify that I served **DEFENDANT DENNIS LEBLANC'S CERTIFICATE OF COMPLIANCE WITH L.R. 16.1(D)(3),** by facsimile and postage prepaid, first class mail, upon the following counsel of record on November 28, 2005:

Dave Hosp, Esq.
Goodwin, Procter LLP
Exchange Place
Boston, MA 02109

Thomas Donahue, Esq.
City of Boston Law Department
Room 615, Boston City Hall
1 City Hall Plaza
Boston, MA 02201

Leonard H. Kesten, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02210

_____
Kenneth H. Anderson, Esq.