UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

| |
|---|
| STEPHAN COWANS., <u>Plaintiffs,</u><br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLOUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10 <u>Defendants.</u> |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw the appearance of Attorney Stephen G. Cox as attorney for the Defendants City of Boston, Boston Police Department, Donald L. Devine, Robert Foilb, Gregory D. Gallagher, John H. McCarthy, Paul T. Mcdonough, Herbert L. Spellman.

Attorney Thomas Donohue will continue to represent these Defendants.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON,
BOSTON POLICE DEPARTMENT, DONALD L.
DEVINE, ROBERT FOILB, GREGORY D.
GALLAGHER, JOHN H. MCCARTHY, PAUL T.
MCDONOUGH, AND HERBERT L. SPELLMAN,
Merita A. Hopkins, Corporation Counsel
By their attorneys:

 /s/ Stephen G. Cox
Stephen G. Cox (BBO# 566943)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4064  (SGC)