UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574-RGS

| | |
|---|---|
| STEPHAN COWANS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF BOSTON; BOSTON POLICE DEPARTMENT; DONALD L. DEVINE; ROBERT FOILB; GREGORY D. GALLAGHER; DENNIS LEBLANC; JOHN H. MCCARTHY; PAUL T. MCDONOUGH; ROSEMARY MCLAUGHLIN; HERBERT L. SPELLMAN, and JOHN DOES I-10, | ) |
| | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE

To the Clerk of the above captioned Court:

Kindly enter the appearance of the undersigned as counsel for the defendants City of Boston, Boston Police Department, Donald L. Devine, Robert Foilb, Gregory D. Gallagher, John H. McCarthy, Paul T. McDonough, and Herbert L. Spellman.

Respectfully submitted,

Defendants City of Boston, Boston Police Department, Donald L. Devine, Robert Foilb, Gregory D. Gallagher, John H. McCarthy, Paul T. McDonough, and Herbert L. Spellman,

By their attorneys:

_____
Mary Jo Harris, BBO # 561484

                                                  Special Assistant Corporation Counsel
                                                  Morgan, Brown & Joy, LLP
                                                  200 State Street
                                                  Boston, MA 02109
                                                  (617) 523-6666

Dated: February 28, 2006