UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 APR -5 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STEPHAN COWANS,<br>       PLAINTIFF, | \* |
| | \* |
| V. | CIVIL ACTION |
| | \*   NO. 05-11574-RGS |
| CITY OF BOSTON, ET AL,<br>       DEFENDANTS. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

Please enter the appearance of Frances L. Robinson, on behalf of the Defendant, Rosemary McLaughlin, in the above-captioned matter.

ROSEMARY McLAUGHLIN

By Her Attorney,

*Frances L. Robinson*

FRANCES L. ROBINSON
BBO#: 422910
Davis, Robinson & White, LLP
One Faneuil Hall Marketplace, 3rd Fl
Boston, MA 02109
(617) 723-7339

## CERTIFICATE OF SERVICE

    I, Frances L. Robinson, attorney for the Defendant Rosemary McLaughlin in the above-entitled matter, hereby certify that I have, this 4TH day of April, 2006, served a true copy of the within documents upon the parties, by mailing copies thereof, postage prepaid, to: Joseph F. Savage, Jr., Esquire, Richard D. Hosp, Esquire, Attorney Sheryl A. Koval, Goodwin Procter, LLP, 53 State Street, Boston, MA 02109; Attorney Melissa M. Longo, Birnbaum & Associates, P.C., 268 Summer Street, Boston, MA 02210-1108; Robert Noah Feldman, Birnbaum & Associates, P.C., 268 Summer Street, Boston, MA 02210-1108; Attorney Mary Jo Harris, Boston Police Department, One Schroeder Plaza, Boston, MA 02120; Thomas R. Donohue, Esquire, City of Boston Law Department, One City Hall, Boston, MA 02201; Kenneth H. Anderson, Esquire, Finneran, Byrne & Drechsler, Eastern Harbor Office Pk., Neponset Circle, 50 Redfield Street, Suite 201, Boston, MA 02122; Leonard H. Kesten, Esquire and Jeremy I. Silverfine, Esquire, Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, 12th Floor, Boston, MA 02116.

_____
FRANCES L. ROBINSON