UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,<br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON; BOSTON POLICE DEPARTMENNT; DONALD L. DEVINE, Deputy Superintendent of the Bureau of Investigative Services for the Boston Police Department, in his individual capacity; ROBERT FOLIB, Supervisor of the Boston Police Department Identification Unit, in his Individual capacity; GREGORY D. GALLAGHER, in his individual capacity; DENNIS LEBLANC, in his individual capacity; JOHN H. MCCARTHY, in his individual capacity; PAUL T. MCDONOUGH, in his individual capacity; ROSEMARY MCLAUGHLIN, in her individual capacity; HERBERT L. SPELLMAN, in his individual capacity; and DOES 1-10;<br>Defendants. | C.A. 05 11574 RGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter my withdrawal of appearance on behalf of the Defendant, Rosemary McLaughlin, in the above-captioned matter.

Respectfully submitted,

*s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: April 7, 2006

1