UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHAN COWANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11574-RGS |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

[   ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On _____ April 10, 2006 _____, I held the following ADR proceeding:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

___X___ MEDIATION                       _____ SUMMARY BENCH/JURY TRIAL

_____ MINI-TRIAL                    _____ SETTLEMENT CONFERENCE

None of the parties were present, but they were all represented by counsel.

The case was:

[   ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]   There was progress.  The City of Boston is to report back to the court by April 19, 2006, at which time a further session will be scheduled if appropriate.

[   ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[   ]   Suggested strategy to facilitate settlement:

_____

_____



_____ / s / Judith Gail Dein _____
Judith Gail Dein, U.S. Magistrate Judge
DATED:  April 10, 2006                       ADR Provider