UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHAN COWANS,             )
                            )
          Plaintiff,        )     CIVIL ACTION
     v.                     )     NO. 05-11574-RGS
                            )
CITY OF BOSTON, et al.,     )
                            )
          Defendants.       )

**FURTHER REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE STEARNS

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On <u>    April 10, 2006    </u>, I held the following ADR proceeding:

    <u>        </u> SCREENING CONFERENCE     <u>        </u> EARLY NEUTRAL EVALUATION

    <u>  X  </u> MEDIATION     <u>        </u> SUMMARY BENCH/JURY TRIAL

    <u>        </u> MINI-TRIAL     <u>        </u> SETTLEMENT CONFERENCE

None of the parties were present, but they were all represented by counsel.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress.

[X]  This case should be restored to your trial list. Further efforts to settle this case at this time are unlikely to be productive. However, mediation may be appropriate after some discovery has been conducted.

[ ]  Suggested strategy to facilitate settlement:

<u>                                            </u>
<u>                                            </u>

                                                    <u>  / s / Judith Gail Dein  </u>
                                                     Judith Gail Dein, U.S. Magistrate Judge

DATED: April 19, 2006                                      ADR Provider