IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,                             )<br>                                             )<br>          Plaintiff,                        )<br>                                             )<br>     v.                                     )<br>                                             )<br>CITY OF BOSTON; BOSTON POLICE                )<br>DEPARTMENT; DONALD L. DEVINE, Deputy         )<br>Superintendent of the Bureau of Investigative)<br>Services of the Boston Police Department, in his )<br>individual capacity; ROBERT FOILB, Supervisor )<br>of the Boston Police Department Identification )<br>Unit, in his individual capacity; GREGORY D.  )<br>GALLAGHER, in his individual capacity; DENNIS )<br>LEBLANC, in his individual capacity; JOHN H.  )<br>MCCARTHY, in his individual capacity; PAUL T. )<br>MCDONOUGH, in his individual capacity;        )<br>ROSEMARY MCLAUGHLIN, in her individual        )<br>capacity; HERBERT L. SPELLMAN, in his         )<br>individual capacity; and DOES 1–10;           )<br>                                             )<br>          Defendants.                        )<br>                                             ) | Civil Action No: 05-11574 (RGS) |

## JOINT STATEMENT REGARDING DEPOSITIONS

Pursuant to this Court's order of November 30, 2005, the parties hereby submit this joint statement regarding the number of depositions.

**Plaintiff's Position/Request**

Plaintiff requests that this Court grant him leave to take depositions in excess of the limit contained in Local Rule 26.1(C). Plaintiff anticipates that he will need twenty-five (25) depositions to adequately conduct discovery in this matter.

There are ten named defendants in this action. All of the individual defendants have been noticed for deposition, along with the current and former Commissioners of the Boston Police

Department ("BPD").  In addition, Plaintiff intends to notice a 30(b)(6) deposition of the City of Boston (the "City"), the Massachusetts State Police Officers and the City's experts who reviewed Mr. Cowans fingerprint and concluded it did not match that of the perpetrator, and at least one other officer from the BPD who reviewed the fingerprints in 2004 and determined they were not a match.  This case involves a large number of individuals from the BPD, and experts hired by the BPD, who were involved in the original investigation into the shooting of Sergeant Gallagher in 1997 and in the events surrounding Mr. Cowans exoneration in 2004.  Additionally, there are civilian witnesses to the 1997 shooting who may hold relevant information.  Because of the nature of this case and the two investigations involved, Mr. Cowans cannot fully and adequately conduct discovery within the normal limit of ten (10) depositions prescribed by Local Rule 26.1(C).  Therefore, Plaintiff asks that this court grant him leave to conduct additional depositions over that limit.  Furthermore, while Mr. Cowans believes that twenty-five (25) depositions will be sufficient, he reserves his right to supplement this request should additional information be revealed during the course of discovery that implicates other individuals whom it is necessary to depose.

**Defendants' Position/Request**

Defendants City of Boston, Devine, Robert Foilb, Gregory D. Gallagher, Dennis LeBlanc, John H. McCarthy, Paul T. McDonough, Herbert Spellman, Dennis LeBlanc and Rosemary McLaughlin do not anticipate that the defense will require in excess of ten (10) depositions.  They reserve the right to request additional depositions should the need arise through discovery.

Respectfully Submitted,

| | |
|---|---|
| /s/ Sheryl A. Koval | /s/ Mary Jo Harris |
| Joseph Savage (BBO# 443030) | Mary Jo Harris (BBO # 561484) |
| R. David Hosp (BBO# 634091) | Morgan, Brown & Joy |
| Sheryl A. Koval (BBO# 657795) | 200 State Street |
| Goodwin | Procter LLP | Boston, MA 02109 |
| Exchange Place | (617) 788-5011 |
| 53 State Street | |
| Boston, MA 02109 | Thomas Donahue (BBO# 643483) |
| (617) 570-1000 | City of Boston Law Department |
| | City Hall Plaza |
| Robert N. Feldman (BBO# 630734) | Boston, MA 02201 |
| Melissa M. Longo (BBO# 647649) | (617) 635-4000 |
| Birnbaum & Godkin, LLP | |
| 280 Summer Street | *Attorneys for defendants City of Boston, Boston Police Department, Devine, Gallagher, McCarthy, McDonough and Spellman* |
| Boston, MA 02210 | |
| (617) 307-6100 | |

*Attorneys for Plaintiff, Stephan Cowans*

　　/s/ Kenneth H. Anderson
Kenneth H. Anderson (BBO # 556844)
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617) 265-3900

*Attorney for defendant LeBlanc*

　/s/ Frances Robinson
Frances Robinson, Esq. (BBO # 422910)
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109
(617) 723-7339

*Attorney for defendant McLaughlin*

Dated: June 2, 2006

3

4

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2006.

                                          /s/ Sheryl A. Koval_____
                                          Sheryl A. Koval

Case 1:05-cv-11574-RGS   Document 54   Filed 06/02/2006   Page 4 of 4