UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574 RGS

STEPHAN COWANS,
    Plaintiff,

v.

CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, DENNIS LEBLANC, JOHN H. MCCARTHY, PAUL T. MCDONOUGH, ROSEMARY MCLAUGHLIN, HERBERT L. SPELLMAN, and DOES 1-10,
    Defendants.

## CITY OF BOSTON'S MOTION FOR A PROTECTIVE ORDER

Now comes the City of Boston and respectfully requests that this Court issue a protective order, such that the City is excused from responding to the plaintiff's second set of interrogatories and certain of the plaintiff's third requests for documents and things. As grounds therefor, the City states that the objected-to discovery requests are overly broad, unduly burdensome, and are not reasonably calculated to lead to the discovery of admissible evidence and the protections of Fed.R.Civ.P. Rule 26(c) are appropriate.

Further support for this motion is provided in the accompanying Memorandum of Law.

Respectfully submitted:
DEFENDANT, CITY OF BOSTON
William F. Sinnott
Corporation Counsel


___/s/ Mary Jo Harris _____
Mary Jo Harris (BBO# 561484)
Special Assistant Corporation
Counsel
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666

Thomas R. Donohue, Esq.
BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039


**Certificate of Service**

I, Mary Jo Harris, hereby certify that this document was filed through the ECF system on June 23, 2006, and that a true paper copy of this document will be sent to those indicated as non registered participants on the Notice of Electronic Filing on June 23, 2006 by first class mail.


DATED:  June 23, 2006          _/s/  Mary Jo Harris_____