UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHAN COWANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11574-RGS |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AND ORDER REGARDING CONTINUED MEDIATION

In accordance with the Order of Reference for Alternative Dispute Resolution dated July 6, 2006, the parties are hereby notified that the court has scheduled a continued mediation conference for **Tuesday, July 18, 2006, at 10:00 A.M.** in Courtroom #15 on the 5th Floor.  Counsel are directed to be present with their respective clients or representatives thereof with full settlement authority.

If the parties wish to update their position statements, they may submit the update to Magistrate Judge Dein **no later than three (3) days before the conference**.  The memorandum should be marked **"Confidential - Not for Docketing"** and will be held in confidence by the court.

IT IS SO ORDERED

DATED: July 6, 2006

  / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge