**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHAN COWANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON; BOSTON POLICE ) <br> DEPARTMENT; DONALD L. DEVINE, Deputy ) <br> Superintendent of the Bureau of Investigative ) <br> Services of the Boston Police Department, in his ) <br> individual capacity; ROBERT FOILB, Supervisor ) <br> of the Boston Police Department Identification ) <br> Unit, in his individual capacity; GREGORY D. ) <br> GALLAGHER, in his individual capacity; DENNIS ) <br> LEBLANC, in his individual capacity; JOHN H. ) <br> MCCARTHY, in his individual capacity; PAUL T. ) <br> MCDONOUGH, in his individual capacity; ) <br> ROSEMARY MCLAUGHLIN, in her individual ) <br> capacity; HERBERT L. SPELLMAN, in his ) <br> individual capacity; and DOES 1–10; ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 05-11574 (RGS) |

**JOINT MOTION TO WITHDRAW PLAINTIFF'S OPPOSITION TO THE
CITY'S MOTION FOR A PROTECTIVE ORDER (DOCKET NO. 61) AND THE
CITY'S RESPONSE TO PLAINTIFF'S OPPOSITION (DOCKET NO. 62**

Plaintiff Stephan Cowans and Defendant the City of Boston (the "City") hereby move to withdraw Plaintiff's Opposition to the City's Motion for Protective Order (Docket No. 61) and the City's Response to Plaintiff's Opposition (Docket No. 62). As grounds therefore, the parties state that:

1. Due to an inadvertent electronic error, a version other than the final version of Plaintiff's Opposition to the City's Motion to Compel (Docket No. 61) was filed on Monday, July 10. Plaintiff became aware of this error on Tuesday, July 11.

2. The City responded to this incorrect version of Plaintiff's Opposition on Tuesday, July 11 (Docket No. 62).

3. The City agreed to Plaintiff's request to file the correct and final version of its Opposition.

4. Plaintiff will file the correct version of its Opposition immediately following the submission of this Motion. The City will file its response no later than July 20, 2006.

Therefore, the Plaintiff and the City jointly ask this court to withdraw docket entries 61 and 62.

Respectfully Submitted,

| PLAINTIFF STEPHAN COWANS | DEFENDANT CITY OF BOSTON |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ R. David Hosp | /s/ Mary Jo Harris |
| Joseph Savage (BBO# 443030) | Mary Jo Harris (BBO# 561484) |
| R. David Hosp (BBO# 634091) | Special Corporation Counsel |
| Sheryl A. Koval (BBO# 657795) | Morgan, Brown & Joy LLP |
| Goodwin \| Procter LLP | 200 State Street |
| Exchange Place | Boston, MA 02109 |
| 53 State Street | (617) 523-6666 |
| Boston, MA 02109 | |
| (617) 570-1000 | |

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated: July 13, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE
## AND CERTIFICATE OF SERVICE

I certify that counsel for Plaintiff conferred with counsel for the City in a good faith attempt to resolve or narrow the issues presented by this motion and the City has assented to this joint motion.

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2006.

/s/ R. David Hosp
R. David Hosp

LIBA/1713239.1