UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHAN COWANS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11574-RGS |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**FURTHER REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE STEARNS

[  ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On _____July 18, 2006_____, I held the following ADR proceeding:

| | |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| ___X___ CONTINUED MEDIATION | _____ SUMMARY BENCH/JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

None of the parties were present, except the defendant Rosemay McLaughlin, but they were all represented by counsel.

The case was:

[ X ]   Settled with the defendant City of Boston.  Your clerk should enter a 30-day order of dismissal as to that defendant.

[ X ]   Progress was made with the individual defendants.  The remaining parties are to report back to this court by 8/1/06, at which time a further session will be scheduled if appropriate.

[  ]   This case should be restored to your trial list.  Further efforts to settle this case at this time are unlikely to be productive.

[  ]   Suggested strategy to facilitate settlement:

_____

_____


_____/ s / Judith Gail Dein_____
Judith Gail Dein, U.S. Magistrate Judge
DATED:  July 18, 2006                                      ADR Provider