# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,           )<br>                           )<br>     Plaintiff,           )<br>                           )<br>     v.                    )<br>                           )<br>CITY OF BOSTON; BOSTON POLICE )<br>DEPARTMENT; DONALD L. DEVINE, Deputy )<br>Superintendent of the Bureau of Investigative )<br>Services of the Boston Police Department, in his )<br>individual capacity; ROBERT FOILB, Supervisor )<br>of the Boston Police Department Identification )<br>Unit, in his individual capacity; GREGORY D. )<br>GALLAGHER, in his individual capacity; DENNIS )<br>LEBLANC, in his individual capacity; JOHN H. )<br>MCCARTHY, in his individual capacity; PAUL T. )<br>MCDONOUGH, in his individual capacity; )<br>ROSEMARY MCLAUGHLIN, in her individual )<br>capacity; HERBERT L. SPELLMAN, in his )<br>individual capacity; and DOES 1–10; )<br>                           )<br>     Defendants.           )<br>                           ) | Civil Action No: 05-11574 (RGS) |

### STIPULATION OF DISMISSAL OF DEFENDANTS CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, JOHN H. MCCARTHY, PAUL T. MCDONOUGH AND HERBERT L. SPELLMAN

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Stephan Cowans hereby stipulates to the dismissal of defendants City of Boston, Boston Police Department, Donald L. Devine, Robert Foilb, Gregory D. Gallagher, John H. McCarthy, Paul T. McDonough, and Herbert L. Spellman from the above-referenced action with prejudice, with all rights of appeal waived and each party to bear its own costs and fees.

LIBA/1719164.1

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| STEPHAN COWANS | CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, ROBERT FOILB, GREGORY D. GALLAGHER, JOHN H. MCCARTHY, PAUL T. MCDONOUGH AND HERBERT L. SPELLMAN |
| By his attorneys, | |
| | By their attorneys, |
| __/s/ Sheryl A. Koval_____ | |
| Joseph Savage (BBO# 443030) | __/s/ Mary Jo Harris_____ |
| R. David Hosp (BBO# 634091) | Mary Jo Harris, Esq. (BBO#561484) |
| Sheryl A. Koval (BBO# 657795) | Morgan, Brown & Joy |
| Goodwin | Procter LLP | 200 State Street |
| Exchange Place | Boston, MA 02109 |
| 53 State Street | (617) 733-5011 |
| Boston, MA 02109 | |
| (617) 570-1000 | Thomas Donahue (BBO# 643483 ) |
| | City of Boston Law Department |
| Robert N. Feldman (BBO# 630734) | City Hall Plaza |
| Melissa M. Longo (BBO# 647649) | Boston, MA 02201 |
| Birnbaum & Godkin, LLP | |
| 280 Summer Street | |
| Boston, MA 02210 | |
| (617) 307-6100 | |

Dated: August 3, 2006

## CERTIFICATE OF SERVICE

　　I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mary Jo Harris_____
　　　　　　　　　　　　　　　　　　Mary Jo Harris