UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>)<br>      Defendants. ) | CIVIL ACTION<br>NO. 05-11574-RGS |

## FINAL REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE STEARNS

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   July 18, 2006  , I held the following ADR proceeding:

      \_\_\_\_\_  SCREENING CONFERENCE     \_\_\_\_\_  EARLY NEUTRAL EVALUATION

      \_\_X\_\_  CONTINUED MEDIATION     \_\_\_\_\_  SUMMARY BENCH/JURY TRIAL

      \_\_\_\_\_  MINI-TRIAL     \_\_\_\_\_  SETTLEMENT CONFERENCE

None of the parties were present, except the defendant Rosemay McLaughlin, but they were all represented by counsel.

The case was:

[ X ]   Settled with the defendant City of Boston and progress was made with the individual defendants. Since that time, a stipulation of dismissal has been filed with respect to all defendants, except Dennis LeBlanc and Rosemary McLaughlin. The plaintiff has requested that the case be restored to your trial list, and that a status conference be held to address impending deadlines.

                                          / s / Judith Gail Dein
                                        Judith Gail Dein, U.S. Magistrate Judge
DATED: August 23, 2006                               ADR Provider