IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ASSENTED-TO MOTION TO EXTEND DEADLINES

Plaintiff Stephan Cowans ("Plaintiff") hereby moves to extend the deadlines for fact and expert discovery, and for dispositive motions, by two months. According to the present scheduling order, Plaintiff's expert reports are due on August 29, 2006, defendant's expert reports are due on September 30, 2006, fact discovery is set to close on October 1, 2006, expert discovery shall close on October 30, 2007, and all dispositive motions must be filed by January 15, 2007, with oppositions due fourteen days later.

Because of preparation for and participation in protracted settlement negotiations and mediation by the parties, Plaintiff requests that all deadlines currently set in the scheduling order be extended two months.

The remaining defendants in this action, defendants LeBlanc and McLaughlin, have assented to the two month extension of deadlines set out in the Order accompanying this motion:  Plaintiff's expert reports due October 30, 2006; Defendants' expert reports due November 30, 2006; fact discovery to close on December 1, 2006; expert discovery to close on December 30, 2006 (tentatively, pending the number of experts Plaintiff designates); and, dispositive motions filed by March 15, 2007, with oppositions due fourteen days thereafter.

|  | RESPECTFULLY SUBMITTED, |
|---|---|

RESPECTFULLY SUBMITTED,

STEPHAN COWANS

By his attorneys,

 /s/ R. David Hosp            
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated: August 23, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

    I, R. David Hosp, hereby certify that counsel for Plaintiff has conferred with opposing counsel on the matter set forth herein and that opposing counsel has assented to the relief sought in this motion.

    I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 23, 2006.

 /s/ R. David Hosp                        
R. David Hosp

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Assented to Motion to Extend Deadlines, it is this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion is hereby granted, setting the following deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports Due: | October 30, 2006 |
| Defendant's Expert Reports Due: | November 30, 2006 |
| Close of Fact Discovery: | December 1, 2006 |
| Close of Expert Discovery: | December 30, 3006 (tentative) |
| Dispositive Motions Due: | March 15, 2007 |

_____       _____
Date                                                    The Honorable Richard G. Stearns,
                                                             United States District Court Judge

LIBA/1724853.1