IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ASSENTED-TO MOTION TO EXTEND DEADLINES

Plaintiff Stephan Cowans ("Plaintiff") hereby moves to extend the deadlines for fact and expert discovery, and for dispositive motions, by three months. According to the revised scheduling order, Plaintiff's expert reports are due October 30, 2006, Defendants' expert reports are due November 30, 2006, fact discovery is to close on December 1, 2006, expert discovery is to close on December 30, 2006 (tentatively, pending the number of experts Plaintiff designates), and dispostive motions are to be filed by March 15, 2007, with oppositions due fourteen days thereafter.

Because of preparation for and participation in protracted settlement negotiations and mediation by the parties, as well as issues with scheduling, Plaintiff requests that all deadlines currently set in the scheduling order be extended three months.

The remaining defendants in this action, defendants LeBlanc and McLaughlin, have assented to the three month extension of deadlines set out in the Order accompanying this motion: Plaintiff's expert reports due January 31, 2007; Defendants' expert reports due February 28, 2007; fact discovery to close on March 1, 2007; expert discovery to close on March 30, 2007 (tentatively, pending the number of experts

LIBA/1740348.1

Plaintiff designates); and, dispostive motions filed by May 15, 2007, with oppositions due fourteen days thereafter.

RESPECTFULLY SUBMITTED,

STEPHAN COWANS

By his attorneys,

 /s/ Sheryl A. Koval          
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated: October 27, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, Sheryl A. Koval, hereby certify that counsel for Plaintiff has conferred with opposing counsel on the matter set forth herein and that opposing counsel has assented to the relief sought in this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 27, 2006.

                                                    /s/ Sheryl A. Koval                   
                                                    Sheryl A. Koval

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Assented to Motion to Extend Deadlines, it is this _____ day of _____, 2006,

ORDERED, that Plaintiff's Motion is hereby granted, setting the following deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports Due: | January 31, 2007 |
| Defendant's Expert Reports Due: | February 28, 2007 |
| Close of Fact Discovery: | March 1, 2007 |
| Close of Expert Discovery: | March 30, 2007 (tentative) |
| Dispositive Motions Due: | May 15, 2007 |

_____          _____
Date                                                    The Honorable Richard G. Stearns,
                                                             United States District Court Judge

LIBA/1740348.1