IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEPHAN COWANS,               )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No: 05-11574 (RGS)
                              )
CITY OF BOSTON; BOSTON POLICE )
DEPARTMENT; DONALD L. DEVINE, Deputy )
Superintendent of the Bureau of Investigative )
Services of the Boston Police Department, in his )
individual capacity; ROBERT FOILB, Supervisor )
of the Boston Police Department Identification )
Unit, in his individual capacity; GREGORY D. )
GALLAGHER, in his individual capacity; DENNIS )
LEBLANC, in his individual capacity; JOHN H. )
MCCARTHY, in his individual capacity; PAUL T. )
MCDONOUGH, in his individual capacity; )
ROSEMARY MCLAUGHLIN, in her individual )
capacity; HERBERT L. SPELLMAN, in his )
individual capacity; and DOES 1–10; )
                              )
        Defendants.           )
                              )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DENNIS LEBLANC AND FOR COSTS**

Plaintiff Stephan Cowans ("Mr. Cowans") hereby requests leave to file a short reply pursuant to local rule 7.1(B)(3) in response to Defendant's Opposition to Plaintiff's Motion to Compel Deposition of Dennis LeBlanc ("LeBlanc") and For Costs. As grounds therefore, Plaintiff states as follows:

A very brief reply (shorter than three pages) would help present the Court with an accurate portrayal of the relevant case law entitling him to a response from LeBlanc to each and every question posed in deposition, allowing adverse inferences to be drawn against both

-2-

LeBlanc and co-defendant Rosemary McLaughlin as a result of LeBlanc's invocation of the Fifth Amendment privilege.

LIBA/1753948.1

Respectfully submitted,
STEPHAN COWANS

By his attorneys,

/s/ Sheryl A. Koval
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated:  December 28, 2006

LIBA/1753948.1

-4-

**CERTIFICATION PURSUANT TO
LOCAL RULE 7.1(A)(2)
AND CERTIFICATE OF SERVICE**

      I certify that I attempted to contact counsel for LeBlanc to confer with him in a good faith attempt to resolve or narrow the issues presented by this motion.

      I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2006.

      /s/ Sheryl A. Koval
      Sheryl A. Koval