UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-11574-RGS

STEPHAN COWANS

v.

CITY OF BOSTON; BOSTON POLICE DEPARTMENT;
DONALD L. DEVINE, Deputy Superintendent of the Bureau of
Investigative Services of the Boston Police Department, in his
individual capacity; ROBERT FOILB, Supervisor of the Boston Police Department
Identification Unit, in his individual capacity; GREGORY D. GALLAGHER, in his
individual capacity; DENNIS LEBLANC, in his individual capacity; JOHN H.
MCCARTHY, in his individual capacity; PAUL T. MCDONOUGH, in his individual
capacity; ROSEMARY MCLAUGHLIN, in her individual capacity;
HERBERT L. SPELLMAN, in his individual capacity, and DOES 1-10

SUA SPONTE RESPONSE TO
PLAINTIFF'S PROPOSED JURY INSTRUCTION
ON ADVERSE INFERENCES

January 26, 2007

STEARNS, D.J.

The court rejects the proposed instruction as overly argumentative and unnecessarily verbose. The court will not read an instruction to the jury that is a summation rather than a statement instructing jurors in the law. The court will give plaintiff another opportunity to submit a succinct and modulated instruction referencing only such facts as are material to an element of the plaintiff's case, such proposed instruction not to exceed two hundred and fifty (250) words.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE