IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### PLAINTIFF'S MOTION TO EXTEND DEADLINES

Plaintiff Stephan Cowans ("Plaintiff") hereby moves to extend the deadlines for fact and expert discovery, and for dispositive motions, by three months. According to the current scheduling order, Plaintiff's expert reports are due January 31, 2007; Defendants' expert reports are due February 28, 2007; fact discovery is to close on March 1, 2007; expert discovery is to close on March 30, 2007 (tentatively, pending the number of experts Plaintiff designates); and, dispositive motions are to be filed by May 15, 2007, with oppositions due fourteen days thereafter.

The parties have recently been engaged in motions practice regarding discovery matters, which has impeded the progress of discovery. The remaining Defendants in this action, Defendants LeBlanc and McLaughlin (collectively "Defendants"), have noticed the deposition of Mr. Cowans for February 1, 2007. Plaintiff's counsel has informed Defendants that Mr. Cowans is unable to appear for deposition on February 1, 2007, as he is due in court on a criminal matter that day. Since his release from his six and a half year wrongful incarceration, Mr. Cowans has been struggling with post-traumatic stress, which has lead to his recent arrests. In order to resolve some of the charges pending against him, and in light of Mr. Cowans' history of trauma, the Court has ordered that

Mr. Cowans attend a seven-month rehabilitation and psychological treatment facility in Arizona following the disposition of the matters on February 1. Plaintiff's counsel has informed Defendants of their intention to make Mr. Cowans available for his deposition as soon as possible; however, it is necessary to await approval from the facility he is attending. Due to Mr. Cowans' current unavailability for deposition, it is reasonable and necessary to extend the deadline for fact discovery. Further, because Mr. Cowans has not yet been deposed, the parties are unable to complete expert reports by the current deadlines of Wednesday, January 31, 2007, and February 28, 2007.

For the reasons set forth above, and as set out in the Order accompanying this motion, Plaintiff moves to extend the deadlines three months as follows: Plaintiff's expert reports due April 30, 2007; Defendants' expert reports due May 30, 2007; fact discovery to close on June 1, 2007; expert discovery to close on June 29, 2007 (tentatively, pending the number of experts Plaintiff designates); and, dispositive motions filed by August 16, 2007, with oppositions due fourteen days thereafter.

RESPECTFULLY SUBMITTED,

STEPHAN COWANS

By his attorneys,

 /s/ R. David Hosp
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated: January 30, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, R. David Hosp, hereby certify that counsel for Plaintiff has conferred with opposing counsel on the matter set forth herein and that opposing counsel has not assented to the relief sought in this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 30, 2007.

 /s/ R. David Hosp
 R. David Hosp

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF BOSTON, et al.; )<br><br>Defendants. ) | Civil Action No: 05-11574 (RGS) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend Deadlines, it is this _____ day of _____, 2007,

ORDERED, that Plaintiff's Motion is hereby granted, setting the following deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports Due: | April 30, 2007 |
| Defendant's Expert Reports Due: | May 30, 2007 |
| Close of Fact Discovery: | June 1, 2007 |
| Close of Expert Discovery: | June 29, 2007 (tentative) |
| Dispositive Motions Due: | August 16, 2007 |

_____  
Date

_____  
The Honorable Richard G. Stearns,  
United States District Court Judge

LIBA/1724853.1