UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * *

STEPHAN COWANS,                    *
         PLAINTIFF,
                          *

       V.                            CIVIL ACTION
                       *   NO. 05-11574-RGS
CITY OF BOSTON, ET AL,
            DEFENDANTS.         *

* * * * * * * * * * * * *

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINES

Now come the defendants, Dennis LeBlanc and Rosemary McLaughlin and submit this opposition to the Plaintiffs' Motion to Extend Deadlines. As reason therefore, defendants submit that the extension is not necessary and that the Plaintiff has caused undue delay in discovery as follows:

1. Following a partial settlement in July of 2006, remaining defendants LeBlanc and McLaughlin attempted to schedule the Plaintiffs' deposition. A date of October 17, 2006 was agreed to by the parties. (See Exhibit One, Affidavit of Attorney James Gaudette, annexed hereto).

2

2. On or about October 3rd, the defendant McLaughlin appeared for a deposition scheduled by Plaintiff's counsel. The deposition lasted six hours. At its conclusion, Attorney Koval informed Counsel for both defendants that Mr. Cowans would not be produced on the October 17th date because a scheduling conflict prevented any of his four attorneys from attending. (See Exhibit 2, Affidavit of Attorney Robinson). Counsel for the defendants accommodated this request and a date of November 14, 2006 was agreed to by all counsel. (See Exhibit Five).

3. In fact, counsel for defendants later discovered, the Plaintiff had been arrested for narcotics, assault and traffic charges (including leaving the scene after personal injury) on September 28, 2006. (Exhibit 3, attached hereto). Court records of the Roxbury District Court indicate that the Plaintiff was held without bail until the installation of an electronic monitoring device, which was apparently installed on October 3, 2006- the day of the McLaughlin deposition. (Exhibit 4, p.4, annexed hereto).

3

4. On or about October 30th, Attorney Koval again requested that the deposition scheduled for November 14th be postponed due to unavailability of Mr. Cowens' Attorneys. (Exhibit 5, attached) A new date of December 19, 2006 was selected. (Exhibit 1)

5. On December 18, 2006, Attorney Koval wrote to counsel for both defendants and informed them that Plaintiff would not appear for his scheduled deposition the following day because the defendants had withheld discovery. (See Exhibit 6, Koval letter). McLaughlin's counsel responded that she did not have any outstanding discovery and was scheduled to and would attend, a second deposition scheduled for December 21, 2006. (Exhibit 7, attached hereto).

6 .Records submitted by counsel for the Plaintiff in the Roxbury District Case indicate that in fact, on December 12, 2006, Attorney Koval had made arrangements for the Plaintiff to be admitted to a facility in Arizona for a long term residential treatment program. This admission was to take place upon the termination of his criminal cases in the Dorchester and Roxbury Courts. (See Exhibit 8, attached hereto).

4

7. In spite of the fact that, at least as early as December 12th, Attorney Koval was not only aware of, but had orchestrated the Plaintiffs' unavailability after his January 24th trial date in Roxbury, she made no attempt to contact either of the attorneys for the defendants and select a date for his deposition that would take place prior to his leaving for Arizona.

8. On January 25, 2007, Defendant LeBlanc's attorney wrote to Plaintiff's counsel and informed her that he was in possession of Plaintiff's criminal history and was aware that the Plaintiff was required to be in the Dorchester District Court on additional charges of Assault and Battery, Breaking and Entering in the Nighttime and others on the date he scheduled to be deposed. Attorney Anderson requested a firm date to depose the Plaintiff. (See Exhibit 9, annexed hereto)

9. Counsel for McLaughlin noticed Plaintiff's deposition for the fourth time. The deposition was scheduled for February 1, 2007. The Notice of Deposition was sent to Plaintiff's counsel on January 9, 2007. At no time after January 9, 2007 did Plaintiff's counsel make the defendants aware of his unavailability on February 1st, despite their

5

knowledge of a scheduled Court date. Nor were the defendants advised that they had made arrangements for him to depart the jurisdiction on February 1st.

10. It was only after learning that the defendants had obtained the information regarding the Plaintiff's criminal charges that Attorney Koval informed the defendants that her client was "unavailable" to be deposed. (Exhibit 10, Letter of Attorney Koval)

It is against this background that the Plaintiff seeks to extend the deadlines originally agreed to by the parties and the Court.

The defendants respectfully submit that the Plaintiff has, for all practical purposes, refused to be deposed. Federal Rule of Civil Procedure 37(d) allows this Court, in its discretion, to order any of the sanctions set forth in 37(b)(2)(A) through (D). Specifically, the Court can order that the Plaintiff be precluded from opposing certain defenses or supporting certain claims; the Court can order that designated facts be taken as established; or the Court can dismiss the action.

The defendants submit that dismissal of this action may be appropriate in this instance due to the Plaintiffs' actions. The defendants would specifically call to the Court's attention the fact that their counsel had to prepare for each of the three cancelled depositions

6

and that the prolonged litigation of this matter is one which has proceeded against two individuals who are presently unemployed.

Wherefore, the defendants submit that the Plaintiffs' Motion to Extend Discovery should be denied; and the instant Complaint should be dismissed.

Respectfully submitted,

Kenneth Anderson, Esq.
Attorney for Dennis LeBlanc
Finneran Byrne & Drechsler
50 Redfield Street
Boston, MA 02122
BBO#
(617)255-3900

Frances L. Robinson (JWF)
Frances L. Robinson
Attorney for Rosemary McLaughlin
Davis Robinson & White,LLP
One Fanueil Hall Market, 3rd Floor
Boston, MA 02110
BBO#422910
(617)723-7339

## CERTIFICATE OF SERVICE

I, Frances L. Robinson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing; and paper copies will be sent to those indicated as non resistered participants on February 1, 2007.

/s/ Frances L. Robinson

# EXHIBIT ONE

## AFFIDAVIT OF JAMES W. GAUDETTE, ESQ.

I, James W. Gaudette., do hereby depose and say the following:

1. My name is James W. Gaudette, Esq.. I am an Associate with the law firm Davis, Robinson & White, LLP. I am assisting Attorney Frances L. Robinson in the matter of *Cowans v. Rosemary McLauglin, et al*; docket number 05-15574.

2. Frances L. Robinson and I are counsel for the defendant, Rosemary McLaughlin. As part of our representation of Ms. McLaughlin we have been attempting to schedule the Plaintiff's deposition through his attorney, Attorney Sheryl Koval.

3. Our office initially scheduled the Plaintiff's deposition on October 17, 2006. At the request of Attorney Koval the Plaintiff's deposition was rescheduled sometime in December 2006.

4. Attorney Koval had agreed to make the Plaintiff available for his deposition on December 19, 2006. Attorney Koval, in her letter dated December 18, 2006 to Attorney Robinson and Attorney Kenneth Anderson, counsel for the Codefendant, Dennis LeBlanc, declined to produce the Plaintiff. Attorney Koval cites that both Codefendants in the claim have inhibited the Plaintiff in obtaining discovery in this matter.

5. Ms. McLaughlin produced all paper discovery and appeared for her deposition on October 31, 2006 and again on December 21, 2006, pursuant to Court Order. After Ms. McLaughlin completed her testimony on December 21, 2006, Attorney Koval made the representation that her discovery was completed.

6. Because Ms. McLaughlin complied with all of the Plaintiff's discovery requests, Attorney Robinson re-noticed the Plaintiff's deposition for Tuesday, February 1, 2007.


Signed under the penalties of perjury this 1st day of February, 2007.

James W. Gaudette

# EXHIBIT TWO

## Affidavit of Counsel

I, Frances L. Robinson, hereby aver to the truth of the following statements:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts as well as all levels of the Federal Court System. My office is located at One Faneuil Hall Market, 3rd Floor, Boston, Massachusetts 02110.

2. I am also the attorney of record in the matter of Cowens v. McGlaughlin, which is presently pending in the United States District Court for the District of Massachusetts. I represent Rosemary McLaughlin.

3. On October 3, 2006, Ms. McLaughlin appeared at the offices of Plaintiff's counsel and was deposed for six hours.

4. At the end of the October 3, 2006 deposition, Attorney Koval informed me that the deposition of the plaintiff which had been scheduled for October 17, 2006 would not go forward. Attorney Koval represented to me that none of the lawyers representing Mr. Cowans were available on that date. I accommodated her request for a re-scheduling of the Plaintiff's deposition.

*Frances L. Robinson*

Frances L. Robinson, Esc.

# EXHIBIT THREE

JAN-25-2007  11:19    FINNERAN, BYRNE                                    617 265 3627    P.02
NAME: COWANS, STEPHEN                    PCF: 00000873257    DOB: 09/07/1970    Page:01

* * * * * * W A R N I N G * * * * * *

THIS INFORMATION MAY CONTAIN CORI. IT IS NOT SUPPORTED BY FINGERPRINTS. PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH OF THE PERSON.



**COMMONWEALTH OF MASSACHUSETTS**
**CRIMINAL HISTORY SYSTEMS BOARD**



\*\*\* PERSONS COURT SUMMARY \*\*\*

NAME: COWANS, STEPHEN          FORMAL NAME: STEPHEN                    PCF: 00000873257
DOB: 09/07/1970  SEX: M  RACE: B    POB: MA                              SSN: 017583769
MOTHER: OPHELIA                 FATHER: ROBERT
ADDRESS: 12 WESTMINISTER STREET, ROXBURY, MA


ALIAS:
    NAME:    HARTFIELD, TYRONNE
    FORMAL NAME:   TYRONE
    DOB:    09/16/1971        SEX:  M    RACE:


ALIAS:
    NAME:    MARSHALL, TYRONE
    FORMAL NAME:   TYRONE
    DOB:    09/07/1970        SEX:  M    RACE:


ALIAS:
    NAME:    BOSTIC, RALPH
    FORMAL NAME:   RALPH
    DOB:    09/07/1973        SEX:  M    RACE:


ALIAS:
    NAME:    BOSTIC, RALPH
    FORMAL NAME:   RALPH
    DOB:    09/16/1972        SEX:  M    RACE:


ALIAS:
    NAME:    MEDLEY, SEAN
    FORMAL NAME    JOHN
    DOB:    09/06/1972        SEX:  M    RACE:


ALIAS:
    NAME:    MEDLEY, JASON
    FORMAL NAME:   JASON
    DOB:    09/06/1972        SEX:  M    RACE:

ALIAS:
  NAME:   COWANS, STEPHAN
  FORMAL NAME:  STEPHEN
  DOB:    09/16/1971        SEX: M     RACE: U

### ADULT APPEARANCES

ARRAIGNMENT:
  ARG DATE: 11/27/2006  PD: BOS   COURT: DORCHESTER DISTRICT
  OFF: OPERATING AFTER
  DISP: C 02/01/07
DKT#: 0607CR007868A
114B
STATUS: O   WPD:
99/99/9999

ARRAIGNMENT:
  ARG DATE: 10/30/2006  PD: BOS   COURT: ROXBURY DISTRICT
  OFF: LEAVING SCENE:PERSON INJURED
  DISP: C 1/24/07 VN 11/24/06 VTPW 11/30/06 DR C 1/24/07
DKT#: 0602CR005172A
113B
STATUS: O   WPD:
99/99/9999

ARRAIGNMENT:
  ARG DATE: 10/30/2006  PD: BOS   COURT: ROXBURY DISTRICT
  OFF: OPERATING RECKLESSLY
  DISP: C 1/24/07 VN 11/24/06 VTPW 11/30/06 DR C1/24/07
DKT#: 0602CR005172B
MV OP RECKLESS
STATUS: O   WPD:
99/99/9999

ARRAIGNMENT:
  ARG DATE: 10/30/2006  PD: BOS   COURT: ROXBURY DISTRICT
  OFF: LEAVING SCENE:PERSON INJURED
  DISP: C 1/24/07 VN 11/24/06 VTPW 11/30/06 DR C 1/24/07
DKT#: 0602CR005172C
113B
STATUS: O   WPD:
99/99/9999

ARRAIGNMENT:
  ARG DATE: 10/10/2006  PD: BOS   COURT: DORCHESTER DISTRICT
  OFF: POSS CLASS B CONT SUB
  DISP: C 02/01/07 JT
DKT#: 0607CR006716A
CSA POSS B
STATUS: O   WPD:
99/99/9999

ARRAIGNMENT:
  ARG DATE: 09/20/2006  PD: BOS   COURT: ROXBURY DISTRICT
  OFF: OPERATING AFTER
  DISP: % C 11/20/06 C 1/24/07 VN 11/24/06 VTPW 11/30/06 D
       R C 1/24/06
DKT#: 0602CR004751A
114B
STATUS: O   WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 09/28/2006   PD: BOS   COURT: ROXBURY DISTRICT
OFF: COMPULSORY INSURANCE VIOLATIC
DISP: % C 11/20/6 C 1/24/06 VN 11/24/06 VTPW 11/30/6 DR
    C 1/24/07

DKT#:  0602CR004751B
118A
STATUS: O       WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 09/28/2006   PD: BOS   COURT: ROXBURY DISTRICT
OFF: POSS CLASS B CONT SUB
DISP: % C 11/20/6 C 1/24/06 VN 11/24/06 VTPW 11/30/06
    DR C 1/24/07

DKT#:  0602CR004751C
CSA POSS B
STATUS: O       WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 09/28/2006   PD: BOS   COURT: ROXBURY DISTRICT
OFF: NUM PLT OBSCR/NOT DISP/CONC ID
DISP: % C 11/20/6 C 1/24/07 VN 11/24/06 VTPW 11/30/06 DR
    C 1/24/07

DKT#:  0602CR004751D
MV OBSCR/CONC PL
STATUS: O       WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 08/11/2006   PD: 664   COURT: ROXBURY DISTRICT
OFF: A&B DANGEROUS WEAPON
DISP: WARR 9/28/6 D/R C 1/24/07 VN 11/24/06 VTPW 11/30/6
    DR C1/24/07

DKT#:  0602CR003776A
A&B DW
STATUS: O       WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 08/11/2006   PD: 664   COURT: ROXBURY DISTRICT
OFF: A&B DANGEROUS WEAPON
DISP: WARR 9/28/06 D/R C 1/24/07 VN 11/24/06 VTPW 11/30/
    06 DR C 1/24/07

DKT#:  0602CR003776B
A&B DW
STATUS: O       WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 08/11/2006   PD: 664   COURT: ROXBURY DISTRICT
OFF: ASSAULT DANGEROUS WEAPON
DISP: C 1/24/07 VN 11/24/06 VTPW 11/30/06 DR C 1/24/07

DKT#:  0602CR003776C
ASLT DW
STATUS: O       WPD:
99/99/9999

ARRAIGNMENT:
ARG DATE: 08/02/2006   PD: DED   COURT: DEDHAM DISTRICT
OFF: A&B DANGEROUS WEAPON        BOTTLE
DISP: % C 1/22/07

DKT#:  0654CR1787A
A&B DW
STATUS: O       WPD:

**ARRAIGNMENT:**
ARG DATE: 07/24/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: COMPULSORY INSURANCE VIOLATIC
DISP: C 02/01/07T

DKT#:   0607CR4922B
118A
STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 07/24/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: A&B ON POLICE OFFICER
DISP: C 02/01/07

DKT#:   0607CR4922C
A&B PO
STATUS: O      WPD:

**ARRAIGNMENT:**
ARG DATE: 07/24/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: POSS CLASS B CONT SUB         CRACK COCAINE
DISP: C 02/01/07

DKT#:   0607CR4922D
CSA POSS B
STATUS: O      WPD:

**ARRAIGNMENT:**
ARG DATE: 07/24/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: ATTACHING WRONG MV PLATES
DISP: C 02/01/07

DKT#:   0607CR4922E
124P
STATUS: O      WPD:

**ARRAIGNMENT:**
ARG DATE: 04/18/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: MAL DESTRUCTION OF PROPERTY     OVER $250
DISP: C 02/01/07

DKT#:   0607CR1792A
PROP MAL DES
STATUS: O      WPD:
99/99/9999

**ARRAIGNMENT:**
ARG DATE: 04/10/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: OPERATING AFTER
DISP: C 02/01/07 CC

DKT#:   0607CR2290A
114B
STATUS: O      WPD:
99/99/9999

**ARRAIGNMENT:**
ARG DATE: 02/24/2006   PD: BOS   COURT: DORCHESTER DISTRICT
OFF: A&B DANGEROUS WEAPON         BOOT
DISP: WAR WAR/ WD C 02/01/07

DKT#:   0607CR1268A
A&B DW
STATUS: O      WPD:

ARRAIGNMENT:
  ARG DATE: 02/24/2006   PD: BOS    COURT: DORCHESTER DISTRICT          DKT#:    0607CR1268B
  OFF: ASSAULT AND BATTERY                                               A&B
  DISP: WAR WAR V/D C 02/01/07                                           STATUS: O        WPD:


ARRAIGNMENT:
  ARG DATE: 02/24/2006   PD: BOS    COURT: DORCHESTER DISTRICT          DKT#:    0607CR1268C
  OFF: B&E NT W/I COM FEL                                                B&E NT W/I FEL
  DISP: WAR WAR/WD C 02/01/07                                           STATUS: O        WPD:


ARRAIGNMENT:
  ARG DATE: 02/24/2006   PD: BOS    COURT: DORCHESTER DISTRICT          DKT#:    0607CR1268D
  OFF: MAL DESTRUCTION OF PROPERTY                                      PROP MAL DES
  DISP: WAR WAR/WD C 02/01/07                                           STATUS: O        WPD:


ARRAIGNMENT:
  ARG DATE: 01/18/2005   PD: BOS    COURT: DORCHESTER DISTRICT          DKT#:    0407CR7414A
  OFF: ASSAULT AND BATTERY                                              A&B
  DISP: DF 1/31/05 D/R C 5/24/05 JT DISM                                STATUS: C        WPD:


ARRAIGNMENT:
  ARG DATE: 03/15/2004   PD: BOS    COURT: ROXBURY DISTRICT             DKT#: 0402CR001116A
  OFF: ASSAULT AND BATTERY                                              A&B
  DISP: C 11/30/04 DF D/R 12/31/04 DISM                                 STATUS: C        WPD:
                                                                            12/31/2004


ARRAIGNMENT:
  ARG DATE: 07/16/1997   PD: BOS    COURT: SUFFOLK SUPERIOR            DKT#:    9711231001
  OFF: ASSAULT TO KILL                                                  ASLT KILL
  DISP: G C 7/7/98 12-20YR MCICJ CMTD VWF 1/23/04 SENT                  STATUS: C        WPD:
      VACATED C 2/2/04 NP


ARRAIGNMENT:
  ARG DATE: 07/16/1997   PD: BOS    COURT: SUFFOLK SUPERIOR            DKT#:    9711231002
  OFF: HOME INVASION                                                    HOME INVASION
  DISP: G C 7/7/98 20-25YRS MCICJ F&A 1/23/04 SENT VACATED              STATUS: C        WPD:
      C 2/2/04 NP

ARRAIGNMENT:
    ARG DATE: 07/16/1997  PD: BOS   COURT: SUFFOLK SUPERIOR        DKT#:    9711231003
    OFF: A&B DANGEROUS WEAPON                                      A&B DW
    DISP: G C 7/7/98 9-10YRS MCICJ 1/23/04 SENT VACATED C          STATUS: C      WPD:
        2/2/04 NP

ARRAIGNMENT:
    ARG DATE: 07/16/1997  PD: BOS   COURT: SUFFOLK SUPERIOR        DKT#:    9711231004
    OFF: ARMED ROBBERY                                             ROB ARM
    DISP: G C 7/7/98 18-20YRS CONC 1/23/04 SENT VACATED C          STATUS: C      WPD:
        2/2/04 NP

ARRAIGNMENT:
    ARG DATE: 07/16/1997  PD: BOS   COURT: SUFFOLK SUPERIOR        DKT#:    9711231005
    OFF: A&B ON POLICE OFFICER                                     A&B PO
    DISP: G C 7/7/98 FILED                                         STATUS: C      WPD:

ARRAIGNMENT:
    ARG DATE: 07/16/1997  PD: BOS   COURT: SUFFOLK SUPERIOR        DKT#:    9711231006
    OFF: A&B DANGEROUS WEAPON                                      A&B DW
    DISP: G C 7/7/98 MCICJ CMTD F&A 1/23/04 SENT FNT               STATUS: C      WPD:
        VACATED C 2/2/04 NP

ARRAIGNMENT:
    ARG DATE: 07/16/1997  PD: BOS   COURT: SUFFOLK SUPERIOR        DKT#:    9711231007
    OFF: POSS OF F REARM             NOT HME/WRK, NO LIC           FIR POSS
    DISP: G C 7/7/98 4.5-5YRS CONC 1/23/04 SENT VACATED C          STATUS: C      WPD:
        2/2/04 NP

ARRAIGNMENT:
    ARG DATE: 06/19/1997  PD: BOS   COURT: WEST ROXBURY DISTRICT   DKT#:    9706CR2667A
    OFF: HOME INVASION               ARMED                         HOME INVASION
    DISP: C 7/17/97 DISM INDICT                                    STATUS: C      WPD:

ARRAIGNMENT:
    ARG DATE: 06/19/1997  PD: BOS   COURT: WEST ROXBURY DISTRICT   DKT#:    9706CR2667B
    OFF: POSS FIREARM W/O PERMIT                                   FIR POSS WO PERM
    DISP: C 7/17/97 DISM INDICT                                    STATUS: C      WPD:

ARRAIGNMENT:
  ARG DATE: 06/19/1997   PD: BOS    COURT: WEST ROXBURY DISTRICT    DKT#:  9706CR2668A
  OFF: A&B ON POLICE OFFICER                                       A&B PO
  DISP: C 7/17/97 DISM INDICT                                      STATUS: C      WPD:


ARRAIGNMENT:
  ARG DATE: 06/19/1997   PD: BOS    COURT: WEST ROXBURY DISTRICT    DKT#:  9706CR2668B
  OFF: A&B DANGEROUS WEAPON                HANDGUN                  A&B DW
  DISP: C 7/17/97 DISM INDICT                                      STATUS: C      WPD:


ARRAIGNMENT:
  ARG DATE: 06/19/1997   PD: BOS    COURT: WEST ROXBURY DISTRICT    DKT#:  9706CR2668C
  OFF: ASSAULT TO KILL                                             ASLT KILL
  DISP: C 7/17/97 DISM INDICT                                      STATUS: C      WPD:


ARRAIGNMENT:
  ARG DATE: 06/19/1997   PD: BOS    COURT: WEST ROXBURY DISTRICT    DKT#:  9706CR2668D
  OFF: ARMED ROBBERY                                               ROB ARM
  DISP: C 7/17/97 DISM INDICT                                      STATUS: C      WPD:


ARRAIGNMENT:
  ARG DATE: 06/19/1997   PD: BOS   COURT: WEST ROXBURY DISTRICT    DKT#:  9706CR2668E
  OFF: ASSAULT DANGEROUS WEAPON            HANDGUN                  ASLT DW
  DISP: C 7/17/97 DISM INDICT                                      STATUS: C      WPD:


ARRAIGNMENT:
  ARG DATE: 01/13/1997   PD: WAO  COURT: WALTHAM DISTRICT          DKT#:  9751CR0084A
  OFF: SHOPLIFTIN                                                  SHOPLIFT
  DISP: 2/4/97 DF 9/17/97 G 90 DA CMTD                             STATUS: C      WPD:


ARRAIGNMENT:
  ARG DATE: 05/15/1996   PD: CAM   COURT: CAMBRIDGE DISTRICT       DKT#:  9652CR1658A
  OFF: SHOPLIFTIN                          3RD OFF                 SHOPLIFT
  DISP: C 6/14/96 (JT) 7/16/96 G 1YR SPS 6MO CMTD 7/17/98          STATUS: C      WPD:
       VN 2/26/97 DF 7/2/97 D/R 9/3/97 G 6MO CMTD

**ARRAIGNMENT:**
ARG DATE: 05/15/1996  PD: CAM   COURT: CAMBRIDGE DISTRICT
OFF: ASSAULT AND BATTERY                ON PUBLIC EMP
DISP: C 6/14/96 (JT) 7/16/96 G 1YR SPS 6MO CMTD 7/17/98
     VN 2/26/97 DF 7/2/97 D/R 9/3/97 G 6MO CMTD

DKT#:  9652CR1658B
A&B
STATUS: C    WPD:

**ARRAIGNMENT:**
ARG DATE: 05/15/1996  PD: CAM   COURT: CAMBRIDGE DISTRICT
OFF: ASSAULT AND BATTERY                ON PUB EMPLOYEE
DISP: C 6/14/96 (JT) 7/16/96 G 1YR SPS 6MO CMTD 7/17/98
     VN 2/26/97 DF 7/2/97 D/R 9/3/97 G 6MO CMTD

DKT#:  9652CR1658C
A&B
STATUS: C    WPD:

**ARRAIGNMENT:**
ARG DATE: 03/18/1996  PD: WAO  COURT: WALTHAM DISTRICT
OFF: SHOPLIFTIN
DISP: DF WAR BRT FWD 8/7/96 G 6 MO CMTD

DKT#:  9651CR0794A
SHOPLIFT
STATUS: C    WPD:

**ARRAIGNMENT:**
ARG DATE: 08/10/1995  PD: BOS   COURT: DORCHESTER DISTRICT
OFF: DISTRIBUTE/DISPENSE CLASS B
DISP: C 8/21/95 DISM

DKT#:  9507CR5811A
CSA DIST B
STATUS: C    WPD:

**ARRAIGNMENT:**
ARG DATE: 10/06/1994  PD: CAM   COURT: CAMBRIDGE DISTRICT
OFF: ASSAULT AND BATTERY                PO
DISP: C 10/25/94 G 3MO CMTD

DKT#:  9452CR3848A
A&B
STATUS: C    WPD:

**ARRAIGNMENT:**
ARG DATE: 10/06/1994  PD: CAM   COURT: CAMBRIDGE DISTRICT
OFF: ASSAULT AND BATTERY
DISP: C 10/25/94 G 3MO CMTD

DKT#:  9452CR3848B
A&B
STATUS: C    WPD:

**ARRAIGNMENT:**
ARG DATE: 10/06/1994  PD: CAM   COURT: CAMBRIDGE DISTRICT
OFF: ASSAULT AND BATTERY
DISP: C 10/25/94 G 3MO CMTD

DKT#:  9452CR3848C
A&B
STATUS: C    WPD:

ARRAIGNMENT:
    ARG DATE: 10/06/1994   PD: CAM   COURT: CAMBRIDGE DISTRICT       DKT#:   9452CR3848D
    OFF: ASSAULT AND BATTERY                                        A&B
    DISP: C 10/25/94 DISM                                           STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 10/06/1994   PD: CAM   COURT: CAMBRIDGE DISTRICT       DKT#:   9452CR3848E
    OFF: SHOPLIFTIN                                                 SHOPLIFT
    DISP: C 10/25/94 G 3MO CMTD                                     STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 09/22/1994   PD: BOS   COURT: DORCHESTER DISTRICT      DKT#:   9407CR5981A
    OFF: ASSAULT AND BATTERY              FAMILY ABUSE              A&B
    DISP: WAR 10/19/94 WAR/WD C 11/16/94 DISM                       STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 04/28/1993   PD:       COURT: BRIGHTON DISTRICT        DKT#:   9308CR0915A
    OFF: BREAKING AND ENTERING DT                                   B&E DT
    DISP: C 5/6/93 5/12/93 G 1 YR HC 14 DA DEEM SERV 6/18/93        STATUS: C    WPD:
         DF 2/7/95 D/R PC 1MO HC ON&AFT SERV


ARRAIGNMENT:
    ARG DATE: 04/23/1993   PD:       COURT: WALTHAM DISTRICT         DKT#:   9351CR1312A
    OFF: KNOWINGLY REC STOLEN PROP                                  RSG
    DISP: 4/30/93 DF WAR 11/16/94 DR 6 MO CMTD                      STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 02/12/1993   PD:       COURT: BOSTON DISTRICT          DKT#:   9301CR1181A
    OFF: POSS CLASS B CONT SUB            CRACK COCAINE             CSA POSS B
    DISP: C 3/26/93 WAR 12/19/94 WAR W/D 7/5/95 FILE                STATUS: C    WPD:


ARRAIGNMENT:
    ARG DATE: 06/30/1992   PD:       COURT: CAMBRIDGE DISTRICT       DKT#:   9252CR2418A
    OFF: LARCENY MORE                                               LAR MORE
    DISP: WAR 10/25/94 WAR/WD FILE                                  STATUS: C    WPD:

ARRAIGNMENT:
    ARG DATE: 06/30/1992   PD:        COURT: CAMBRIDGE DISTRICT          DKT#:   9252CR2418B
    OFF: ASSAULT DANGEROUS WEAPON                                       ASLT DW
    DISP: WAR 10/25/94 WAR/WD FILE                                      STATUS: C        WPD:

ARRAIGNMENT:
    ARG DATE: 06/30/1992   PD:        COURT: CAMBRIDGE DISTRICT          DKT#:   9252CR2418C
    OFF: MAL DESTRUCTION OF PROPERTY       MORE                         PROP MAL DES
    DISP: WAR 10/25/94 WAR/WD FILE                                      STATUS: C        WPD:

ARRAIGNMENT:
    ARG DATE: 06/22/1992   PD:        COURT: WALTHAM DISTRICT            DKT#:   9251CR2307A
    OFF: SHOPLIFTIN                                                     SHOPLIFT
    DISP: 7/6/92 DF 4/23/93 DR 4/30/93 DF 11/16/94 DR 6 MO              STATUS: C        WPD:
        CMTD

ARRAIGNMENT:
    ARG DATE: 01/08/1992   PD:        COURT: CAMBRIDGE DISTRICT          DKT#:   9252CR0121A
    OFF: SHOPLIFTIN                                                     SHOPLIFT
    DISP: C 1/17/92 DISM                                                STATUS: C        WPD:

ARRAIGNMENT:
    ARG DATE: 01/08/1992   PD:        COURT: CAMBRIDGE DISTRICT          DKT#:   9252CR0139A
    OFF: LARCENY LESS                                                   LAR LESS
    DISP: C 1/17/92 G 90DA SPS 10DA CMTD 1/15/93 VOP 2/11/92            STATUS: C        WPD:
        DF 10/25/94 D/R FILE

ARRAIGNMENT:
    ARG DATE: 11/21/1991   PD:        COURT: BRIGHTON DISTRICT           DKT#:   9108CR3094A
    OFF: LARCENY FROM A PERSON                                          LAR PERS
    DISP: C 1/17/92 DF D/R 3/19/93 G 6MO HC SS PROB 3/18/94             STATUS: C        WPD:
        6/18/93 DF 2/6/95 D/R PC 1MO HC ON & AFT SENT SERV

ARRAIGNMENT:
    ARG DATE: 08/30/1991   PD:        COURT: DEDHAM JURY OF SIX          DKT#:    91JC1157A
    OFF: B&E NT W/I COM FEL                                             B&E NT W/I FEL
    DISP: C 9/4/91 1YR SPS 30DA CMTD BAL SS 3/4/93 REST ($89)           STATUS: C        WPD:
        DF D/R(2) VOP G 1YR CMTD STAY DF 10/6/94 D/R CMTD

**ARRAIGNMENT:**
ARG DATE: 08/30/1991   PD:        COURT: DEDHAM JURY OF SIX        CKT#:   91JC1157B
OFF: ATTEMPT TO COMMIT CRIME                                      ATT COM CRIME
DISP: C 9/4/91 1YR SPS 30DA CMTD BAL SS 3/4/93 (@9)DF             STATUS: C      WPD:
   D/R (2) VOP G 1YR CMTD STAY DF 10/6/94 D/R CMTD

**ARRAIGNMENT:**
ARG DATE: 08/19/1991   PD:        COURT: BROOKLINE DISTRICT        CKT#:   9109CR1156A
OFF: B&E DT W/I COM FEL                                           B&E DT W/I FEL
DISP: C 8/27/91 FJ                                                STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 08/19/1991   PD:        COURT: BROOKLINE DISTRICT        CKT#:   9109CR1156B
OFF: ATTEMPT TO COMMIT CRIME         B&E DT                       ATT COM CRIME
DISP: C 8/27/91 FJ                                                STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 07/01/1991   PD:        COURT: BRIGHTON DISTRICT         CKT#:   9108CR1688A
OFF: ATTEMPT TO COMMIT CRIME                                      ATT COM CRIME
DISP: C 8/30/91 DF 11/7/91 DR C 3/19/93 DISM                      STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 06/17/1991   PD:        COURT: CAMBRIDGE DISTRICT        DKT#:   9152CR2310A
OFF: LARCENY LESS                                                 LAR LESS
DISP: C 6/28/91 G 12DA CMTD                                       STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 06/11/1991   PD: BOS   COURT: DORCHESTER DISTRICT       DKT#:   9107CR4228A
OFF: MAL DESTRUCTION OF PROPERTY                                 PROP MAL DES
DISP: DF D/R DF (3) 8/28/96 D/R C 12/5/96 DF 1/15/97 D/R         STATUS: C      WPD:
   C 5/29/97 CC: DF 7/23/97 D/R C 9/10/97 G FILED

**ARRAIGNMENT:**
ARG DATE: 11/13/1990   PD:        COURT: ROXBURY DISTRICT          DKT#:   9002CR11888A
OFF: ASSAULT AND BATTERY                                          A&B
DISP: C 2/1/91 DF WAR D/R C 9/17/91 DISM                          STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 06/27/1990   PD:        COURT: BOSTON DISTRICT          DKT#:     259345A
OFF: A&B DANGEROUS WEAPON                KNIFE                    A&B DW
DISP: WAR 11/14/90 WAR/WD DISM                                   STATUS: C      WPD:


**ARRAIGNMENT:**
ARG DATE: 06/27/1990   PD:        COURT: BOSTON DISTRICT          DKT#:     259345B
OFF: ASSAULT AND BATTERY                                         A&B
DISP: DF 11/14/90 D/R DISM                                       STATUS: C      WPD:


**ARRAIGNMENT:**
ARG DATE: 08/14/1989   PD:        COURT: QUINCY DISTRICT          DKT#:   8956CR4078A
OFF: SHOPLIFTIN                                                  SHOPLIFT
DISP: WAR 11/14/89 D/R NP                                        STATUS: C      WPD:


**ARRAIGNMENT:**
ARG DATE: 05/19/1989   PD:        COURT: DEDHAM DISTRICT          DKT#:   8954CR1168A
OFF: SHOPLIFTIN                                                  SHOPLIFT
DISP: C 2/28/90 G FILE                                           STATUS: C      WPD:


**ARRAIGNMENT:**
ARG DATE: 04/07/1989   PD:        COURT: DORCHESTER DISTRICT      DKT#:   8907CR2972A
OFF: ATTEMPT BREAKING & ENTERING D1                             ATT B&E DT
DISP: C 5/8/89 DISM                                              STATUS: C      WPD:


**ARRAIGNMENT:**
ARG DATE: 04/07/1989   PD:        COURT: DORCHESTER DISTRICT      DKT#:   8907CR2972B
OFF: MAL DESTRUCTION OF PROPERTY                                PROP MAL DES
DISP: C 5/8/89 DISM                                              STATUS: C      WPD:


**ARRAIGNMENT:**
ARG DATE: 03/20/1989   PD:        COURT: BOSTON DISTRICT          DKT#:     244570A
OFF: SHOPLIFTIN                                                  SHOPLIFT
DISP: DF 11/27/89 D/R FILE                                       STATUS: C      WPD:

**ARRAIGNMENT:**
ARG DATE: 02/13/1989   PD:        COURT: BOSTON DISTRICT              DKT#:    243685A
OFF: SHOPLIFTIN                                                       SHOPLIFT
DISP: WAR 3/20/39 WAR/WD WAR WAR/WD C 11/27/89 FILE                   STATUS: C     WPD:


**ARRAIGNMENT:**
ARG DATE: 02/10/1989   PD:        COURT: BOSTON DISTRICT              DKT#:    243617A
OFF: SHOPLIFTIN                                                       SHOPLIFT
DISP: DF 3/20/89 D/R DF C 11/27/89 FILE                              STATUS: C     WPD:


**ARRAIGNMENT:**
ARG DATE: 10/11/1988   PD:        COURT: DORCHESTER DISTRICT          DKT#:    8807CR9093A
OFF: B&E DT W/I COM FEL                                               B&E DT W/I FEL
DISP: 5/5/89 D/R G 1YR CMTD C 6/12/89 DF 9/8/89 D/R                  STATUS: C     WPD:
     1YR CMTD


**ARRAIGNMENT:**
ARG DATE: 10/11/1988   PD:        COURT: DORCHESTER DISTRICT          DKT#:    8807CR9093B
OFF: LARCENY FROM A PERSON                                            LAR PERS
DISP: 5/5/89 D/R G 1YR CMTD C 6/12/89 DF 9/8/89 D/R                  STATUS: C     WPD:
     1YR CMTD


**ARRAIGNMENT:**
ARG DATE: 10/02/1987   PD:        COURT: ROXBURY DISTRICT             DKT#:    789187A
OFF: POSS TO DISTRIBUTE CLASS D                                       CSA POSS DIST D
DISP: C 12/26/89 DISM                                                STATUS: C     WPD:


**ARRAIGNMENT:**
ARG DATE: 10/02/1987   PD:        COURT: ROXBURY DISTRICT             DKT#:    789187B
OFF: CONSPIRACY TO VIO CONT SUB ACT                                  CSA CONSP
DISP: C 12/26/89 DISM                                                STATUS: C     WPD:


END OF ADULT ARRAIGNMENTS


REQUESTED BY: COURT
COMPLETED BY: I#CORI-KRC 0081-KRC

# EXHIBIT FOUR

| CRIMINAL DOCKET | DOCKET NUMBER 0602CR004751 | NO. OF COUNTS 5 | Trial Court of Massachusetts BMC Department |
|---|---|---|---|

| DEFENDANT NAME AND ADDRESS | DOB 09/07/1970 | GENDER Male | COURT NAME & ADDRESS |
|---|---|---|---|
| Stephen Cowans 144 Woodbole Ave. Mattapan, MA 02126 | DATE COMPLAINT ISSUED 09/28/2006 | | BMC Roxbury 85 Warren Street Roxbury, MA 02119-3208 (617)427-7000 |
| | PRECOMPLAINT ARREST DATE 09/28/2006 | INTERPRETER REQUIRED | |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/23/D | LICENSE SUSPENDED, OP MV WITH c90 §23 | 09/28/2006 |
| 2 | 90/34J | UNINSURED MOTOR VEHICLE c90 §34J | 09/28/2006 |
| 3 | 94C/34/C | DRUG, POSSESS CLASS B c94C §34 | 09/28/2006 |
| 4 | 90/23/G | NUMBER PLATE VIOLATION TO CONCEAL ID c90 §23 | 09/28/2006 |
| 5 | 89/9 | STOP/YIELD, FAIL TO * c89 §9 | 09/28/2006 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN Boston | POLICE DEPARTMENT Boston PD - Area B-2 |
|---|---|---|

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| SEP 2 8 2006 | ☑ Attorney appointed (SJC R. 3:10) ☐ Atty denied & Deft. Advised per 211 D §2A ☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2½) $ ☑ WAIVED |
| | | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| SEP 2 8 2006 | Terms of release set: ☐ PR ☑ Bail W/0 Bail ☐ See Docket for special condition ☐ Held (276 §58A) | | Default Warrant Fee (276 § 30½) ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ½) ☐ WAIVED |
| SEP 2 8 2006 SEP 2 8 2006 | Arraigned and advised: ☑ Potential of bail revocation (276 §58) ☑ Right to bail to review (276 §58) ☐ Right to drug exam (111E § 10) | | Probation Supervision (276 § 87A) ☐ WAIVED |
| | | | Bail Order Forfeited |
| | Advised of right to jury trial ☐ Waiver of jury found after colloquy ☐ Does not waive | | |
| | Advised of trial rights no pro se (Dist. Ct. Supp.R.4) | | |
| | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | | |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/ STOP |
|---|---|---|---|---|---|
| 1 | 09/28/2006 | Arraignment | ☐ Held ☐ Cont'd SEP 2 8 2006 | Hold J | 932 1585 a |
| 2 | 10-3-06 | PT | ☐ Held ☐ Cont'd | | |
| 3 | 11-14-06 | PT | ☐ Held ☐ Cont'd Continued | | |
| 4 | 11/20/06 | PT | ☐ Held ☐ Cont'd | Osmun 06/91/610 | 1610 |
| 5 | 1/29/07 | Trial | ☐ Held ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
BRP = Strous review of payments   FAT = first appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 2006-09-28 07:22:2

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Stephen Cowans | DOCKET NUMBER<br>0602CR004751 |
|---|---|---|

**COUNT / OFFENSE**
**1 LICENSE SUSPENDED, OP MV WITH c90 §23**

DISPOSITION DATE AND JUDGE *Mongalo I 1/24/07*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI $40 FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §:9D warning | HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |

☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
☒ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

*Counts 1,2,3 4*
*CWOF 2 years*
*To Jan 23, 2009*

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty  ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible  ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause  ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**
**2 UNINSURED MOTOR VEHICLE c90 §34J**

DISPOSITION DATE AND JUDGE *Mongalo I 1/24/07*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI $240 FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §:9D warning | HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |

☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
☒ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty  ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible  ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause  ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**
**3 DRUG, POSSESS CLASS B c94C §34**

DISPOSITION DATE AND JUDGE *Mongalo, I 1/24/07*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI $240 FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |

☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty  ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible  ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause  ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Stephen Cowans | DOCKET NUMBER<br>060 CR004751 |
|---|---|---|

**COUNT / OFFENSE**
4  NUMBER PLATE VIOLATION TO CONCEAL ID c90 §23

DISPOSITION DATE AND JUDGE *Gonzales, J 1/24/07*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI $24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| □ Guilty Plea or □ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |
| □ Bench Trial | | | | | |
| □ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION
□ Dismissed upon:
- □ Request of Commonwealth □ Request of Victim
- □ Request of Defendant □ Failure to prosecute
- □ Other:
□ Filed with Defendant's consent
□ Nolle Prosequi
□ Decriminalized (277 §70 C)

☑ Sufficient facts found but continued without a finding until:
□ Defendant placed on probation until:
□ Defendant placed on pretrial probation (276 §87) until:
□ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| □ Guilty | □ Not Guilty | □ Dismissed on recommendation of Probation Dept. | | |
| □ Responsible | □ Not Responsible | □ Probation terminated: defendant discharged | | |
| □ Probable Cause | □ No Probable Cause | □ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**
5  STOP/YIELD, FAIL TO * c89 §9

DISPOSITION DATE AND JUDGE *Gonzales, J 1/24/07*

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI $24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| □ Guilty Plea or □ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |
| □ Bench Trial | | | | | |
| □ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION
□ Dismissed upon:
- □ Request of Commonwealth □ Request of Victim
- □ Request of Defendant □ Failure to prosecute
- □ Other:
□ Filed with Defendant's consent
□ Nolle Prosequi
□ Decriminalized (277 §70 C)

□ Sufficient facts found but continued without a finding until:
□ Defendant placed on probation until:
□ Defendant placed on pretrial probation (276 §87) until:
□ To be dismissed if court costs / restitution paid by:

*Responsible FILED*

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| □ Guilty | □ Not Guilty | □ Dismissed on recommendation of Probation Dept. | | |
| □ Responsible | □ Not Responsible | □ Probation terminated: defendant discharged | | |
| □ Probable Cause | □ No Probable Cause | □ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI $24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| □ Guilty Plea or □ Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | HEAD INJURY ASMT | RESTITUTION | VW ASSESSMENT | BATTERER'S FEE | OTHER |
| □ Bench Trial | | | | | |
| □ Jury Trial | | | | | |

SENTENCE OR OTHER DISPOSITION
□ Dismissed upon:
- □ Request of Commonwealth □ Request of Victim
- □ Request of Defendant □ Failure to prosecute
- Other:
□ Filed with Defendant's consent
□ Nolle Prosequi
□ Decriminalized (277 §70 C)

□ Sufficient facts found but continued without a finding until:
□ Defendant placed on probation until:
□ Defendant placed on pretrial probation (276 §87) until:
□ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| □ Guilty | □ Not Guilty | □ Dismissed on recommendation of Probation Dept. | | |
| □ Responsible | □ Not Responsible | □ Probation terminated: defendant discharged | | |
| □ Probable Cause | □ No Probable Cause | □ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed: 2006-09-28 07:32:34

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Stephen Cowans | DOCKET NUMBER 0602CR004751 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 9-28-06 | Redd, J. W. G plea entered |
| 9-28-06 | Redd, J Court Defendant held W/O bail until the GPS system in in place, & Cont to 10-3-06 PT. Comm's reserved right to argue bail on 10-3-06 |
| 10-3-06 | Redd, J. With. Bail Vacated + Defendant bail reduced to Personal |
| 10-10-06 | ass VTR Warrant at the request of P.O. Gorman |
| 10-11-06 | Redd, J. Cont to 11-14-06 PT Defendant Remain on personal Bail on this docket |
| 1/30/06 | Connolly, J out of Court Complaint 1/3/07 |
| 11-24-06 | ANDERSON J. P.O. Connelly, P.O. Connelly asked and got a PROB. Vio. WARRANT, warrant To issue per ANDERSON J. |
| 11 24 06 | ELECTRONIC WARRANT ISSUED |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

DateTime Printed: 2006-09-26 07:07:31

| DOCKET<br>CONTINUATION | | NAME OF CASE<br>*Stephen Cowan* | DOCKET NUMBER<br>*2602 CR 5172* |
|---|---|---|---|
| **NO.** | **DATE:** | **DOCKET ENTRIES** | |
| | 11-29-06 | Recall Warrant | |
| | 11-30-06 | Warrant Recalled | |
| | 12-12-06 | Defendant Motion for Reconsideration | |
| | | of Bail Status filed | |
| | 12-12-06 | Case scheduled for Motion hear- | |
| | | on Thursday 12-14-06 in 4th | |
| | | Session | |
| | | | |
| | | 1/04/07 Anguilla, J Glennon/Abelman | |
| | | Commonwealth Motion: | |
| | | Destruct of Evidence / Flex | |
| | | Allowed | |
| | | Conditions: none | |
| | | | |
| | | | |

DC-CR 14 (12/89)

| TENDER OF PLEA OR ADMISSION & WAIVER OF RIGHTS | DOCKET NO. 6 - 4751 | Trial Court of Massachusetts District Court Department |
|---|---|---|

NAME OF DEFENDANT    Stephon Cowans

COURT DIVISION **Boston Municipal Court Roxbury Division 85 Warren Street**

SECTION I          CONDITIONAL TENDER OF PLEA OR ADMISSION

Defendant tenders the following: ☐ PLEA OF GUILTY   ☐ ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY

| COUNT NO. | DEFENDANT'S RECOMMENDATION(s) *(include all fees, costs and conditions of probation)* | PROSECUTOR'S RECOMMENDATION(s) *(Required when Prosecutor disagrees with Defendant's recommendations)* | JUDGE'S DISPOSITION WHEN DEFENDANT'S RECOMMENDATION IS REJECTED |
|---|---|---|---|
| 1 | C WOF 1 YR - released - order fees - random urine | G - fcb | C WOF 2 yrs. - supervised - drug free - random urine |
| 2 | C WOF 1 YR | G - 18 months prob | ② - enter + complete Circle Tree Program - report to prob. w/in 24 hr of completion of program |
| 3 | C WOF 1 YR def to enter + remain IN 7 month Circle TREE PROGRAM, REMAIN DRUG FREE | G - 1 yr HOC susp 18 months DE entered complete 7 month Circle Tree Program, no drugs/alcohol, additional treatment deemed necessary by prob | ③ - Continue if mental health counseling " |
| 4 | G. Filed | agreed | ④ " |
| 5 | RESP. Filed | agreed | ⑤ Resp. filed |

DIST. / MUN. CTS. R. CRIM. P. 4(c) REQUIRES COUNSEL TO CONSULT WITH THE PROBATION DEPARTMENT REGARDING PROBATIONARY TERMS.

SIGNATURE OF DEFENSE COUNSEL OR PRO SE DEFENDANT   X Barry Abelson   DATE 1/24/07

SIGNATURE OF PROSECUTOR   X _____   DATE 1/24/07

THE COURT ☐ ACCEPTS DEFENDANT'S TENDER   ☑ REJECTS DEFENDANT'S TENDER

SIGNATURE OF JUDGE   X _____   DATE 1-24-7

DEFENDANT'S DECISION WHEN COURT REJECTS DEFENDANT'S RECOMMENDATION

☐ Defendant WITHDRAWS the tendered plea or admission.   ☑ Defendant ACCEPTS judge's disposition set forth above.

SIGNATURE OF DEFENSE COUNSEL   X Barry Abelson   DATE 1/24/07

SIGNATURE OF DEFENDANT   X _____   DATE 1/24/07

DC-CR 22 (12/05)

# EXHIBIT FIVE

# Finneran, Byrne & Drechsler, L.L.P.

### Attorneys at Law



Eastern Harbor Office Park
50 Redfield Street
Boston, Massachusetts 02122

James E. Byrne
Thomas Drechsler

~~~~~~

Of Counsel:
Thomas M. Finneran

Telephone (617) 265-3900
Telefax (617) 265-3627

Kenneth H. Anderson
Richard P. Mazzocca
Eric S. Goldman
Jonathan E. Tobin

October 30, 2006

Sheryl A. Koval, Esq.
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

RE:     Stephan Cowans
VS:     City of Boston, Dennis LeBlanc, Rosemary McLaughlin, et al.
        United States District Court, Docket No. 2005 - 11574 RGS
        Our File No. 04-5668

Dear Attorney Koval:

This correspondence is to confirm that we are rescheduling the deposition of Dennis LeBlanc to Monday, December 4, 2006. This deposition will take place at 10:00 a.m at your office.

I also understand that your office is unable to accommodate the deposition of the plaintiff which is now scheduled for November 14, 2006. I will confer with Attorney Robinson and we will get back to you with mutually convenient dates to reschedule the deposition of your client.

Thank you for your attention to this correspondence.

Very truly yours,

Kenneth H. Anderson

KHA: kk
cc:     Frances Robinson, Esq.

# EXHIBIT SIX

GOODWIN | PROCTER

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

December 18, 2006

Kenneth H. Anderson, Esq.
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

Frances Robinson, Esq.
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109

**Re:**   *Cowans v. City of Boston, et al.,* **Civ. A. No. 05-15574 (RGS)**

Dear Ken and Fran:

This letter is to inform you that we will not be producing Stephan Cowans for deposition on December 19, 2006. As you have seen it fit to inhibit Mr. Cowans ability to conduct discovery as provided for under the Federal Rules of Civil Procedure by instructing your respective clients not to answer relevant and necessary questions during their depositions, we will not be producing Mr. Cowans until you again produce your clients for deposition, at your cost, and direct them to answer all questions posed. As you are aware, the Court has already ordered that defendant McLaughlin be produced for deposition by December 23.

Please contact me if you have proposed dates on which you can make your respective clients available for deposition. I apologize for any delay in sending this letter. I was unavailable much of last week due to a family emergency.

Very Truly Yours,

Sheryl A. Koval

cc:   Robert N. Feldman, Esq.

# EXHIBIT SEVEN

# DAVIS, ROBINSON & WHITE, L.L.P.
### Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
William M. White, Jr.

December 18, 2006

### BY FACSIMILE & FIRST CLASS MAIL

Sheryl A. Koval, Esq.
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

RE: *STEPHAN COWANS v. CITY OF BOSTON, ET AL*
    *CIVIL ACTION NO. 05-11574-RGS*

Dear Sheryl:

I write in response to your letter dated December 18, 2006.
Although there may be discovery disputes with your client and Dennis
LeBlanc, I do not believe there is any outstanding discovery owed by Ms.
McLaughlin. According to our records, our client has responded to all
written discovery your office has propounded.

I also wanted to make clear that Fran Robinson will be producing
Ms. McLaughlin for her continued deposition on ***Thursday, December
21, 2006 at 10:00 a.m.*** at your office. Ms. McLaughlin is to be
questioned only on those issues addressed in your motion to compel and
allowed by Justice Stearns' order thereof. Specifically, these are
questions geared to Ms. McLaughlin's financial records that she was
instructed not to answer in her prior deposition.

Please do not hesitate to contact me directly should you have any
further questions or concerns.

Very truly yours,

FRANCES L. ROBINSON
JAMES W. GAUCETTE

JWG:s

# EXHIBIT EIGHT



Decet11th, 2006

R. David Hosp, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109

VIA FACSIMILE: 617-523-1231

RE: Stephan Cowans

Dear Mr. Hosp,

Amity · Circle Tree Ranch is a teaching and therapeutic community with over 35 years in residential addiction services for men and women. Our Enrollment Team has spoken with your associate, Ms. Koval and based on that conversation determined that Mr. Cowans is appropriate for our program and we are currently holding a bed for him. Financial arrangements have been made through your office. Based on Mr. Cowans' assessment and history, we believe that he would greatly benefit from long-term residential treatment.

If Mr. Cowans is afforded this opportunity, he will be provided with daily-formalized curriculum, peer groups, individual counseling, work experience, family groups, retreats, workshops, health care education, that includes HIV/AIDS awareness and recreational activity.' These services focus on, but are not limited to, honesty, development of emotional literacy, factors that could contribute to drug/alcohol addiction, dual diagnosis, the importance of friendship and relapse-prevention skills.

During his treatment process at Amity, Mr. Cowans will be encouraged to address many of the issues that relate directly to his drug addiction, family conflict, and criminality, and learn to apply this knowledge to real life situations. Mr. Cowans' goal will be to overcome difficulties in perceiving how these factors impact his decision making, process and interpersonal relationships.

*10500 E. Tanque Verde*
*Tucson, AZ 85749*
*Phone (520) 749-5980 Fax (520) 749-5569*
*www.circletreeranch.org*

Amity's approach and structure includes:

* Very structured and rigorous days. We are viewed as one of the more difficult and intensive programs nationwide.
* Accountability through visual counts every hour, on the hour, twenty-four hours a day. ~~this is the deterrent they have shown they have~~ ~~difficulty with~~ ~~they have~~ ~~attend~~ spending, should they request we do so.
* Difficult and comprehensive curriculum; covering behavioral issues.
* Pre-vocational and work readiness training to prepare for employment or furthered education prior to discharge.
* Residents are not allowed off the property without supervision and visits and phone calls are restricted.

If you have any questions please contact me directly at: (520) 749-5980 ext. 216 or (520) 668-3286.

Sincerely,

Kari Ann Smith, BSW
Enrollment Coordinator

# EXHIBIT NINE

# Finneran, Byrne & Drechsler, L.L.P.

### Attorneys at Law

Eastern Harbor Office Park
50 Redfield Street
Boston, Massachusetts 02122

James E. Byrne
Thomas Drechsler
~~~~~~~
Of Counsel
Thomas M. Finneran

Kenneth H. Anderson
Richard P. Mazzocca
Eric S. Goldman
Jonathan E. Tobin
Susan E. Devlin

Telephone (617) 265-3900
Telefax (617) 265-3627

January 25, 2007

*Via Fax To: (617) 523 - 1231*

Sheryl A. Koval, Esq.
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

RE:    Stephan Cowans
VS:    City of Boston, Dennis LeBlanc, Rosemary McLaughlin, et al.
       United States District Court, Docket No. 2005 - 11574 RGS
       <u>Our File No. 04-5668</u>

Dear Attorney Koval:

      Enclosed please find a copy of the Criminal History System Board record I received for your client in the above referenced case. In reviewing this, I note that Mr. Cowans is due in the Dorchester District Court on February 1, 2007 on Docket Number 06 07 CR 1268A-D (assault & battery by means of a dangerous weapon - boot; assault and battery, breaking & entering with intent to commit a felony, and malicious destruction of property), Docket Number 06 07 CR 1792A (malicious destruction of property), Docket Number 06 07 CR 4922 (compulsory insurance violation, assault & battery on a police officer, possession of Class B and attaching plates) and Docket Number 06 07 CR 6716 (possession of Class B). Given these court appearances, I assume that the 10:00 deposition scheduled for that same date will not go forward as noticed.

      Could you kindly notify Attorney Robinson and I of a firm date when we can finally get the plaintiff's deposition taken. I appreciate your cooperation in this matter.

Very truly yours,

Kenneth H. Anderson

KHA: kk
enc.
cc:    Frances Robinson, Esq.
       w/enclosures
       *Via Fax To: (617) 723 - 7731*

# EXHIBIT TEN

# GOODWIN | PROCTER

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

January 26, 2007

*Via Facsimile*

Kenneth H. Anderson, Esq.
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

Frances Robinson, Esq.
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109

**Re:**   *Cowans v. City of Boston, et al., Civ. A. No. 05-15574 (RGS)*

Dear Ken and Fran:

This letter is to inform you that we will not be producing Stephan Cowans for deposition on February 1, 2007. As you are aware from the Criminal History Systems Board, Mr. Cowans is due in court on a criminal matter that day.

Since his release from his six and a half year wrongful incarceration, Mr. Cowans has been struggling with post-traumatic stress, which has lead to his recent arrests. In order to resolve some of the charges pending against him, and in light of Mr. Cowans' history of trauma, the Court has ordered that Mr. Cowans attend a seven-month rehabilitation and psychological treatment facility in Arizona following the disposition of the matters on February 1.

Because of this, we will not be able to produce Mr. Cowans for deposition in the immediate future. We do intend to make Mr. Cowan's available for his deposition as soon as possible; however, we will need to await approval from the facility he is attending. Therefore, we propose extending all currently scheduled deadlines in this matter by three months; fact discovery is currently set to close next Wednesday, January 31. As soon as we advised that Mr. Cowans is able to be deposed, we will contact you to set up a deposition in accordance with the Federal Rules of Civil Procedure.

GOODWIN | PROCTER

Kenneth H. Anderson, Esq.
Frances Robinson, Esq.
January 26, 2007
Page 2

Please contact me as soon as possible as to whether you will assent to the extension of deadlines in this matter.

Very Truly Yours,

*Sheryl Koval*

Sheryl A. Koval

cc:    Robert N. Feldman, Esq.