IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINES**

Plaintiff Stephan Cowans ("Mr. Cowans") hereby moves to extend the deadlines for fact and expert discovery, and for dispositive motions, by two months. According to the current scheduling order: fact discovery shall be completed by June 1, 2007; expert discovery shall be completed by June 29, 2007; plaintiff's expert reports are due by July 27, 2007; defendants' expert reports are due by August 24, 2007; and dispositive motions shall be filed by September 7, 2007. (See Order entered: 02/05/2007 granting Motion to Extend Deadlines).

In early February 2007, Mr. Cowans was ordered by both the Dorchester and Roxbury District Courts to attend the Circle Tree Ranch rehabilitation program in Tuscon, Arizona as a condition of receiving probation on outstanding drug possession and related charges. In a sick confirmation of bureaucratic irony, however, although the conditions of Mr. Cowans' probation required him to attend the Circle Tree Ranch in Arizona for rehabilitation, Mr. Cowans was denied permission to leave Massachusetts until the Arizona Probation Office agreed to accept supervision of Mr. Cowans' probation.

Since early February, the Office of the Commissioner of Probation from Massachusetts worked to procure the required approvals from Arizona to have Mr. Cowans' probation transferred there. Unfortunately, Mr. Cowans' transfer was caught up in bureaucratic red tape for an extended period of time. Such a transfer is governed by an interstate compact and required extensive work and oversight by individuals in Massachusetts to facilitate the transfer. Although the paperwork was begun nearly immediately upon the issuance of the court order, remarkably, Arizona did not accept supervision until on or about May 7, 2007--two and a half months after the Court Order requiring Mr. Cowans to attend rehabilitation at Circle Tree. This notification did not come until Arizona's deadline to rule on Mr. Cowans' request for transfer had expired on April 29, 2007.

During that time, Mr. Cowans remained in Massachusetts without any effective counseling or rehabilitation, and without a permanent address or residence. Thankfully, as soon as Arizona accepted supervision of Mr. Cowans' probation, Mr. Cowans entered the Circle Tree Ranch program—on May 17, 2007. However, because Mr. Cowans has only just begun the rehabilitation process, any deposition of him currently would likely be fruitless and potentially detrimental to his rehabilitation program.

Counsel for Mr. Cowans had hoped and expected that this situation would be resolved in time for Mr. Cowans' deposition to occur before June 1, 2007. However, as a result of these developments and the fact that we did not receive notice of his approval to travel to Arizona until mid-May, Mr. Cowans will not be available for deposition prior to the June 1 deadline. Once Mr. Cowans has begun his recovery at Circle Tree Ranch and we are able to contact the persons overseeing his treatment, Mr. Cowans will be made available for deposition at the earliest date possible.

Due to Mr. Cowans' current unavailability for deposition, it is reasonable and necessary to extend the deadline for fact discovery. Further, because Mr. Cowans has not yet been deposed, the parties are unable to complete expert reports by the current deadlines of July 27, 2007, and August 24, 2007.

For the reasons set forth above, and as set out in the Order accompanying this motion, Plaintiff moves to extend the deadlines two months as follows: fact discovery shall be completed by August 1, 2007; expert discovery shall be completed by August 29, 2007; plaintiff's expert reports are due by September 27, 2007; defendants' expert reports are due by October 24, 2007; and dispositive motions shall be filed by November 7, 2007, with oppositions due fourteen days thereafter.

RESPECTFULLY SUBMITTED,

STEPHAN COWANS

By his attorneys,

 /s/ Sheryl A. Koval
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated: May 31, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

      I, Sheryl A. Koval, hereby certify that counsel for Plaintiff has conferred with counsel for defendant LeBlanc on the matter set forth herein and that opposing counsel has not assented to the relief sought in this motion. Plaintiff attempted to contact counsel for defendant McLaughlin prior to filing this motion but was unable to do so.

      I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 31, 2007.

                                                       /s/ Sheryl A. Koval
                                                       Sheryl A. Koval

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No: 05-11574 (RGS) ) |
| CITY OF BOSTON, et al.; | ) ) |
| Defendants. | ) ) ) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend Deadlines, it is this \_\_\_\_\_ day of _____, 2007,

ORDERED, that Plaintiff's Motion is hereby granted, setting the following deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports Due: | September 27, 2007 |
| Defendant's Expert Reports Due: | October 24, 2007 |
| Close of Fact Discovery: | August 1, 2007 |
| Close of Expert Discovery: | August 29, 2007 (tentative) |
| Dispositive Motions Due: | November 7, 2007 |

_____        _____
Date                                                                The Honorable Richard G. Stearns,
                                                                         United States District Court Judge

LIBA/1791440.1