IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SHERYL A. KOVAL, ESQ.

I, Sheryl A. Koval, hereby declare and state as follows:

(1) I am an attorney with the law firm Goodwin Procter, LLP and represent Mr. Cowans.

(2) In November 2006, counsel for Mr. Cowans at Goodwin Procter LLP and at Birnbaum & Godkin, P.C. began making arrangements for Mr. Cowans to enter a drug rehabilitation facility. Based on extensive research, counsel for Mr. Cowans determined that the facility best suited to Mr. Cowans' particularized needs was the Circle Tree Ranch rehabilitation center in Tucson, Arizona ("Circle Tree Ranch").

(3) In December 2006, Mr. Cowans was accepted at Circle Tree Ranch, however, Mr. Cowans was currently incarcerated on drug possession and related charges (Exhibit 1).

(4) In late January and early February, counsel for Mr. Cowans resolved all outstanding criminal matters pending against him in the Roxbury and Dorchester criminal courts. As part of the resolution of those matters, Mr. Cowans was ordered by both the Dorchester and Roxbury District Courts to attend the Circle Tree Ranch rehabilitation program in Tucson, Arizona.

(5) Because Circle Tree Ranch is located outside of the state of Massachusetts, a transfer of his probation under the governing Interstate Compact was required. A transfer is predicated upon the transferee state agreeing to supervise of the individual on probation.

(6) Mr. Cowans probation officer in Roxbury District Court, Donald Mumford, initiated the paperwork necessary to obtain a transfer. This request was made to the Office of the Commissioner of Probation in Massachusetts.

(7) In mid-February, John Craven at the Office of the Commissioner of Probation began working to secure Mr. Cowans' transfer to Arizona.

(8) The transfer application was sent to Arizona in mid-to-late February, at which time the Probation Commissioner in Arizona informed Massachusetts that it would make a decision on whether to accept Mr. Cowans into its probation program by April 29, 2007. During that time there was ongoing communication between Massachusetts Probation, Arizona Probation, counsel for Mr. Cowans and individuals at Circle Tree Ranch.

(9) The Arizona Probation Commissioner's Office did not issue a decision until on or about the week of May 7, 2007, when it finally agreed to accept Mr. Cowans.

(10) On May 17, 2007, all outstanding probation issues and warrants against Mr. Cowans for probation violations were cancelled by the Roxbury and Dorchester District Courts. (Exhibit 2).

(11) Mr. Cowans arrived at Circle Tree Ranch on May 17, 2007 and is currently attending the rehabilitation program at that facility.

-3-

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct. Executed this 30th day of May 2007 in Boston, Massachusetts.

*Sheryl A. Koval*
Sheryl A. Koval

# Exhibit 1



December 11th, 2006

R. David Hosp, Esq.
Goodwin Proctor
Exchange Place
Boston, MA 02109

VIA FACSIMILE: 617-523-1231

RE: Stephan Cowans

Dear Mr. Hosp,

Amity- Circle Tree Ranch is a teaching and therapeutic community with over 35 years in residential addiction services for men and women. Our Enrollment Team has spoken with your associate, Ms. Kovol and based on that conversation determined that Mr. Cowans is appropriate for our program and we are currently holding a bed for him. Financial arrangements have been made through your office. Based on Mr. Cowans' assessment and history, we believe that he would greatly benefit from long-term residential treatment.

If Mr. Cowans is afforded this opportunity, he will be provided with daily-formalized curriculum, peer groups, individual counseling, work experience, family groups, retreats, workshops, health care education, that includes HIV/AIDS awareness and recreational activity. These services focus on, but are not limited to, honesty, development of emotional literacy, factors that could contribute to drug/alcohol addiction, dual diagnosis, the importance of friendship and relapse-prevention skills.

During his treatment process at Amity, Mr. Cowans will be encouraged to address many of the issues that relate directly to his drug addiction, family conflict, and criminality, and learn to apply this knowledge to real life situations. Mr. Cowans' goal will be to overcome difficulties in perceiving how these factors impact his decision making process and interpersonal relationships.

*10500 E. Tanque Verde*
*Tucson, AZ 85749*
*Phone (520) 749-5980 Fax (520) 749-5569*
*www.circletreeranch.org*

Amity's approach and structure includes:

- Very structured and rigorous days. We are viewed as one of the more difficult and intensive programs nationwide.
- Accountability through visual counts every hour, on the hour, twenty-four hours a day. If we can not account for Mr. Cowans for a period of time, we will notify you and any courts in which he currently has matters pending, should they request we do so.
- Difficult and comprehensive curriculum; covering behavioral issues.
- Pre-vocational and work readiness training to prepare for employment or furthered education prior to discharge.
- Residents are not allowed off the property without supervision and visits and phone calls are restricted.

If you have any questions please contact me directly at: (520) 749-5980 ext. 216 or (520) 668-3286

Sincerely,

Kari Ann Smith, BSW
Enrollment Coordinator

# Exhibit 2

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER 0602CR004751 | Trial Court of Massachusetts BMC Department |
|---|---|---|
| **DEFENDANT NAME & ADDRESS**<br>Stephan Cowans<br>144 Woodbole Ave.<br>Mattapan, MA 02126 | | **COURT NAME & ADDRESS**<br>BMC Roxbury<br>85 Warren Street<br>Roxbury, MA 02119-3208<br>(617)427-7000 |

| | | | DATE & TIME<br>01/11/2008 9:00 am | <<<<<<<br>DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME<br><<<<<<< |
|---|---|---|---|---|
| **DEFENDANT DOB**<br>09/07/1970 | **DATE WARRANT ISSUED**<br>03/16/2007 | **DATE WARRANT CANCELLED**<br>05/17/2007 | **SCHEDULED EVENT**<br>Probation Surrender Hearing | |
| **WARRANT TYPE**<br>Straight Warrant | **CANCELLATION REASON**<br>Default Removed; Case Continued | | **ROOM/SESSION**<br>Probation Surrender Session | |

TO THE DEFENDANT NAMED ABOVE:

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

AUTHORIZED COURT SIGNATURE
X  *[signature: Jill Edwards]*

Date/Time Printed: 05-17-2007 16:05:05                Version 2 - 11/06

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER 0607CR001268 | Trial Court of Massachusetts BMC Department |
|---|---|---|
| **DEFENDANT NAME & ADDRESS** <br> Stephan Cowans <br> 3 Chamblet Street <br> Boston, MA 02121 | | **COURT NAME & ADDRESS** <br> BMC Dorchester <br> 510 Washington Street <br> Dorchester, MA 02124- <br> (617)288-9500 |

| | | | DATE & TIME <br> 05/17/2007 9:00 am | <<<<<<< <br> DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME <br> <<<<<<< |
|---|---|---|---|---|
| **DEFENDANT DOB** <br> 09/07/1970 | **DATE WARRANT ISSUED** <br> 03/28/2007 | **DATE WARRANT CANCELLED** <br> 05/17/2007 | **SCHEDULED EVENT** <br> Default Removal Hearing | |
| **WARRANT TYPE** <br> Default Warrant | **CANCELLATION REASON** <br> Default Removed; Case Continued | | **ROOM/SESSION** <br> Arraignment (1st) Session | |

TO THE DEFENDANT NAMED ABOVE:                      *1-8-08  FSH*

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

5/17/07    AUTHORIZED COURT SIGNATURE    X  *John J Cleary*

Date/Time Printed: 05-17-2007 11:05:04                                        Version 2 - 11/06

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER<br>0707CR000961 | Trial Court of Massachusetts<br>BMC Department |
|---|---|---|

| DEFENDANT NAME & ADDRESS | COURT NAME & ADDRESS |
|---|---|
| Stephan Cowans<br>144 Woodbole Ave.#147<br>Mattapan, MA 02126 | BMC Dorchester<br>510 Washington Street<br>Dorchester, MA 02124-<br>(617)288-9500 |

| | DATE & TIME<br>05/17/2007 9:00 am | <<<<<<<br>DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME<br><<<<<<< |
|---|---|---|

| DEFENDANT DOB | DATE WARRANT ISSUED | DATE WARRANT CANCELLED | SCHEDULED EVENT |
|---|---|---|---|
| 09/07/1970 | 03/28/2007 | 05/17/2007 | Default Removal Hearing |

| WARRANT TYPE | CANCELLATION REASON | ROOM/SESSION |
|---|---|---|
| Default Warrant | Default Removed; Case Continued | Arraignment (1st) Session |

TO THE DEFENDANT NAMED ABOVE:

*1-8-08 FSH*

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

| 5/17/07 | AUTHORIZED COURT SIGNATURE<br>X  *John J Clergy* |
|---|---|

Date/Time Printed: 05-17-2007 11:02:03

Version 2 - 11/06

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER 0607CR001792 | Trial Court of Massachusetts BMC Department |
|---|---|---|

| DEFENDANT NAME & ADDRESS | COURT NAME & ADDRESS |
|---|---|
| Stephan Cowans<br>144 Woodbole Avenue<br>BOSTON, MA 02126 | BMC Dorchester<br>510 Washington Street<br>Dorchester, MA 02124-<br>(617)288-9500 |

| | DATE & TIME<br>05/17/2007 9:00 am | <<<<<<<br>DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME<br><<<<<<< |
|---|---|---|

| DEFENDANT DOB | DATE WARRANT ISSUED | DATE WARRANT CANCELLED | SCHEDULED EVENT |
|---|---|---|---|
| 09/07/1970 | 03/28/2007 | 05/17/2007 | Default Removal Hearing |

| WARRANT TYPE | CANCELLATION REASON | ROOM/SESSION |
|---|---|---|
| Default Warrant | Default Removed; Case Continued | Arraignment (1st) Session |

TO THE DEFENDANT NAMED ABOVE:    *1-8-08  FSH*

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

5/17/07

AUTHORIZED COURT SIGNATURE
X    *John Clough*

Date/Time Printed: 05-17-2007 11:06:26                                                     Version 2 - 11/06

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER 0607CR004922 | Trial Court of Massachusetts BMC Department |
|---|---|---|
| **DEFENDANT NAME & ADDRESS** Stephan Cowans 144 Woodbole Ave. Mattapan, MA 02126 | | **COURT NAME & ADDRESS** BMC Dorchester 510 Washington Street Dorchester, MA 02124- (617)288-9500 |

| | | | DATE & TIME 05/17/2007 9:00 am | <<<<<<< DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME <<<<<<< |
|---|---|---|---|---|
| **DEFENDANT DOB** 09/07/1970 | **DATE WARRANT ISSUED** 03/29/2007 | **DATE WARRANT CANCELLED** 05/17/2007 | **SCHEDULED EVENT** Default Removal Hearing | |
| **WARRANT TYPE** Default Warrant | **CANCELLATION REASON** Default Removed; Case Continued | | **ROOM/SESSION** Arraignment (1st) Session | |

TO THE DEFENDANT NAMED ABOVE:

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

5/17/07    AUTHORIZED COURT SIGNATURE  X  *John J Clory*

Date/Time Printed: 05-17-2007 11:08:57                                                                 Version 2 - 11/06

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER<br>0607CR006716 | Trial Court of Massachusetts<br>BMC Department |
|---|---|---|
| **DEFENDANT NAME & ADDRESS**<br>Stephan Cowans<br>12 Westminister Avenue<br>Boston, MA 02119 | | **COURT NAME & ADDRESS**<br>BMC Dorchester<br>510 Washington Street<br>Dorchester, MA 02124-<br>(617)288-9500 |

| | | | DATE & TIME<br>05/17/2007 9:00 am | <<<<<<<br>DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME<br><<<<<<< |
|---|---|---|---|---|
| DEFENDANT DOB<br>09/07/1970 | DATE WARRANT ISSUED<br>03/28/2007 | DATE WARRANT CANCELLED<br>05/17/2007 | SCHEDULED EVENT<br>Default Removal Hearing | |
| WARRANT TYPE<br>Default Warrant | CANCELLATION REASON<br>Default Removed; Case Continued | | ROOM/SESSION<br>Arraignment (1st) Session | |

TO THE DEFENDANT NAMED ABOVE:

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

5/17/07 | AUTHORIZED COURT SIGNATURE<br>X  *John J Cloof* (signature)

Date/Time Printed: 05-17-2007 11:11:34                                                                 Version 2 - 11/06

| NOTICE OF WARRANT CANCELLATION | DOCKET NUMBER 0607CR007868 | Trial Court of Massachusetts BMC Department |
|---|---|---|

| DEFENDANT NAME & ADDRESS | COURT NAME & ADDRESS |
|---|---|
| Stephan Cowans<br>12 Westminister Street<br>Roxbury, MA 02119-3208 | BMC Dorchester<br>510 Washington Street<br>Dorchester, MA 02124-<br>(617)288-9500 |

| | | | DATE & TIME<br>05/17/2007 9:00 am | <<<<<<<<br>DEFENDANT MUST APPEAR AT ABOVE COURT ON THIS DATE AND TIME<br><<<<<<< |
|---|---|---|---|---|
| DEFENDANT DOB<br>09/07/1970 | DATE WARRANT ISSUED<br>03/28/2007 | DATE WARRANT CANCELLED<br>05/17/2007 | SCHEDULED EVENT<br>Default Removal Hearing | |
| WARRANT TYPE<br>Default Warrant | CANCELLATION REASON<br>Default Removed; Case Continued | | ROOM/SESSION<br>Arraignment (1st) Session | |

TO THE DEFENDANT NAMED ABOVE:

You are hereby notified that this court has cancelled the warrant against you that is listed above. This cancellation notice applies ONLY to the warrant which was issued and cancelled on the dates listed above under this docket number. It does NOT apply to any subsequent warrants issued under the same docket number.

**KEEP THIS NOTICE ON YOUR PERSON AS EVIDENCE OF THE CANCELLATION** in the event that a law enforcement officer questions you about this warrant.

If your case has not been fully disposed of, you must appear on all future court dates as required. If you fail to appear, you will be found in default, another warrant for your immediate arrest will be issued, the Registry of Motor Vehicles will suspend your driver's license or right to operate, and you may be required to pay substantial court costs and warrant removal fees. The court may also issue a new criminal complaint against you for failing to appear (G. L. c.276, §82A), which is separately punishable by up to $50,000 in fines and up to 5 years imprisonment (if you are charged with a felony) or up to $10,000 in fines and up to 1 year imprisonment (if you are charged with a misdemeanor).

5/17/07   AUTHORIZED COURT SIGNATURE   X   *John J Clough*

Date/Time Printed: 05-17-2007 11:12:51                             Version 2 - 11/06