UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 2005-11574 RGS

| | |
|---|---|
| STEPHAN COWANS, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF BOSTON, BOSTON POLICE DEPARTMENT, DONALD L. DEVINE, DEPUTY SUPERINTENDENT OF THE BUREAU OF INVESTIGATIVE SERVICES OF THE BOSTON POLICE DEPARTMENT, IN HIS INDIVIDUAL CAPACITY, ROBERT FOILB, SUPERVISOR OF THE BOSTON POLICE DEPARTMENT IDENTIFICATION UNIT, IN HIS INDIVIDUAL CAPACITY, GREGORY D. GALLAGHER, IN HIS INDIVIDUAL CAPACITY, DENNIS LEBLANC, IN HIS INDIVIDUAL CAPACITY, JOHN H. MCCARTHY, IN HIS INDIVIDUAL CAPACITY, PAUL T. MCDONOUGH, IN HIS INDIVIDUAL CAPACITY, ROSEMARY MCLAUGHLIN, IN HER INDIVIDUAL CAPACITY, HERBERT L. SPELLMAN, IN HIS INDIVIDUAL CAPACITY; AND DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendants | ) |

**DEFENDANT DENNIS LEBLANC'S MOTION TO JOIN DEFENDANT,
ROSEMARY MCLAUGHLIN'S MOTION TO DISMISS**

Now comes the defendant, Dennis LeBlanc, and hereby moves to join in on defendant Rosemary McLaughlin's Motion to Dismiss previously filed in this case. As reasons herefore, the defendant LeBlanc has also been prejudiced due to plaintiff's counsel's efforts to keep their client from being deposed in this matter by delaying the plaintiff's deposition and then by sending and

keeping the plaintiff out of state. The defendant LeBlanc contends that dismissal is the appropriate remedy, and hereby moves this Honorable Court to join in with the Motion to Dismiss previously filed by co-defendant, Rosemary McLaughlin.

Respectfully submitted,

Defendant,
DENNIS LEBLANC
By his Attorney,

*/s/ Kenneth H. Anderson*
Kenneth H. Anderson, Esq.
B.B.O. #556844
FINNERAN, BYRNE & DRECHSLER, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA  02122
(617) 265-3900

DATED: June 13, 2007

## Certificate of Service

I, Kenneth H. Anderson, Esq., hereby certify that a true copy of the foregoing document has been served the above date, electronically through the ECF system, upon:

Sheryl A. Koval, Esq.
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Frances Robinson, Esq.
Davis, Robinson & White
One Faneuil Hall Marketplace, 3rd Floor
Boston, MA 02109

*/s/ Kenneth H. Anderson, Esq.*
Kenneth H. Anderson, Esq.