UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11574-RGS

STEPHAN COWANS

v.

ROSEMARY McLAUGHLIN, et al.

ORDER ON DEFENDANT ROSEMARY MCLAUGHLIN'S
MOTION TO DISMISS

June 14, 2007

STEARNS, D.J.

Defendant Rosemary McLaughlin seeks a dismissal of plaintiff Stephan Cowans' claims against her. In July of 2006, Cowans settled this lawsuit with all defendants but for Dennis LeBlanc and McLaughlin. LeBlanc and McLaughlin were officers of the Boston Police Department assigned to the fingerprint laboratory. Cowans accuses McLaughlin of verifying a fingerprint misidentified by LeBlanc. The misidentification, according to Cowans, was responsible for his wrongful conviction and incarceration.

Between September of 2006 and February 1, 2007, the defendants noticed Cowans' deposition on four occasions. In December of 2006, Cowans was accepted at Circle Tree Ranch, a drug rehabilitation program located in Tucson, Arizona. As Cowans was then incarcerated on an unrelated conviction, his transfer into the program required approval by the Arizona Probation Commissioner. Cowans' transfer was approved on May 7, 2007. He arrived at Circle Tree Ranch on May 17, 2007. In light of Cowans' acceptance to the rehabilitation program, the court extended the fact discovery deadline in the case until

August 1, 2007. Accordingly, Cowans will have until July 31, 2007 to make himself available for a deposition. If Cowans fails to appear for an appropriately scheduled deposition prior to that date, McLaughlin's motion to dismiss will be allowed.

## ORDER

In light of the court's prior extension of the discovery deadline, McLaughlin's motion is <u>DENIED</u> without prejudice.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE