IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ASSENTED-TO MOTION TO EXTEND DEADLINES

Plaintiff Stephan Cowans ("Mr. Cowans") hereby moves, with the assent of defendants Rosemary McLaughlin and Dennis LeBlanc ("Defendants"), to extend the deadlines for fact and expert discovery, and for dispositive motions, by one month. At the suggestion of counsel for Defendant Rosemary McLaughlin, the parties agree that Mr. Cowans' deposition should take place during the month of August. According to the current scheduling order: fact discovery shall be completed by August 1, 2007; expert discovery shall be completed by August 29, 2007; plaintiff's expert reports are due by September 27, 2007; defendants' expert reports are due by October 24, 2007; and dispositive motions shall be filed by November 7, 2007, with oppositions due fourteen days thereafter.

In December of 2006, Mr. Cowans was accepted to the Circle Tree Ranch rehabilitation program in Tucson, Arizona. His travel to Arizona and participation in the rehabilitation program made Mr. Cowans unavailable for deposition. On June 13, 2007, this Court granted Mr. Cowans' motion to extend the scheduling order, explaining further in the June 14, 2007 Order on Defendant Rosemary McLaughlin's Motion to Dismiss that "Cowans will have until July 31, 2007 to make himself available for deposition."

Mr. Cowans made himself available for deposition in Arizona (or by teleconferenced video deposition) during July 2007, but counsel for McLaughlin was unavailable due to the fact that she would be traveling out of the country. Mr. Cowans has now returned to Massachusetts from his rehabilitation program at Circle Tree Ranch in Arizona, and is therefore available for deposition in Massachusetts.

As contemplated in the Court's June 14 Order, Mr. Cowans has made himself available for deposition prior to July 31, 2007. While Plaintiff's counsel has offered Mr. Cowans for deposition prior to the August 1, 2007 deadline, counsel for Defendant Rosemary McLaughlin is unavailable for any of the proposed dates at the end of July, as she will be traveling outside the country. Attorney Robinson suggested that the parties extend the scheduling order in the case by one month. *See* Letter dated [  ], attached hereto as Exhibit A. Counsel for Mr. LeBlanc has informed counsel for Mr. Cowans that he has no objection to Mr. Cowans' deposition taking place in August.

Although Mr. Cowans has made himself available for deposition in July 2007, Mr. Cowans' deposition cannot take place before August 1 as contemplated in the current scheduling order. To allow for the scheduling of Mr. Cowans deposition and to give adequate time for the close of fact and expert discovery, the parties have agreed that a one month extension of the deadline in the current scheduling order is necessary. Because Mr. Cowans has not yet been deposed, the parties are unable to complete expert reports by the current deadlines of September, 27 2007, and October 24, 2007.

For the reasons set forth above, and as set out in the Order accompanying this motion, Plaintiff moves to extend the deadlines two months as follows: fact discovery shall be completed by August 31, 2007; expert discovery shall be completed by September 28, 2007; plaintiff's expert reports are due by October 26, 2007; defendants'

expert reports are due by November 26, 2007; and dispositive motions shall be filed by December 7, 2007, with oppositions due fourteen days thereafter.

RESPECTFULLY SUBMITTED,

STEPHAN COWANS

By his attorneys,

 /s/ Sheryl A. Koval
Joseph Savage (BBO# 443030)
R. David Hosp (BBO# 634091)
Sheryl A. Koval (BBO# 657795)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

Robert N. Feldman (BBO# 630734)
Melissa M. Longo (BBO# 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100

Dated:  July 27, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, Sheryl A. Koval, hereby certify that counsel for Plaintiff has conferred with counsel for defendants Rosemary McLaughlin Dennis LeBlanc on the matter set forth herein and that opposing counsel have assented to the relief sought in this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 27, 2007.

 /s/ Sheryl A. Koval
Sheryl A. Koval

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 05-11574 (RGS) |
| ) | |
| CITY OF BOSTON, et al.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Extend Deadlines, it is this

_____ day of _____, 2007,

ORDERED, that Plaintiff's Motion is hereby granted, setting the following deadlines:

| | |
|---|---|
| Plaintiff's Expert Reports Due: | October 26, 2007 |
| Defendant's Expert Reports Due: | November 26, 2007 |
| Close of Fact Discovery: | August 31, 2007 |
| Close of Expert Discovery: | September 28, 2007 (tentative) |
| Dispositive Motions Due: | December 7, 2007 |

_____       _____
Date                         The Honorable Richard G. Stearns,
                             United States District Court Judge

LIBA/1817321.1

# DAVIS, ROBINSON & MOLLOY, L.L.P.
Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
Paul J. Molloy

July 19, 2007

Attorney Sheryl A. Koval
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

     *RE: STEPHAN COWANS v. CITY OF BOSTON, ET AL*
      *CIVIL ACTION NO. 05-11574-RGS*

Dear Attorney Koval:

  This letter is in response to your letter dated July 18, 2007 in which you stated that as Mr. Cowans is not allowed to travel back to Massachusetts, that he would not be able to be deposed prior to the August 1, discovery deadline. Suggestions for a video deposition or a deposition to be held in Arizona were made and Mr. Cowans' dates of availability - July 27, 30 or 31 - given.

  Please be advised that I am not going to be available on July 27, 30 or 31, as I will be out of the country. In addition, your previous correspondence indicated that Mr. Cowans' stay at the Circle Tree Ranch would last approximately three months. Therefore, in order to reduce costs to both of our clients, I would be willing to agree to an extension of the August 1 discovery deadline, if you can provide me with a date certain that Mr. Cowans can be available to be deposed in Massachusetts.

Attorney Sheryl A. Koval
Page Two
July 19, 2007

Please respond to my office as soon as possible.

Very truly yours,

*Frances L. Robinson*

FRANCES L. ROBINSON

FLR:s

cc: Attorney Kenneth Anderson
    Robert N. Feldman, Esquire