UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11574-RGS |

## NOTICE OF APPEARANCE

Please enter Daniel J. Gleason's appearance as lead counsel for The Boston Phoenix Trust in the above-captioned action.

Respectfully submitted,

/s/ Daniel J. Gleason
Daniel J. Gleason (BBO # 194900)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

## CERTIFICATE OF SERVICE

I, Daniel J. Gleason, hereby certify that on  August 9, 2007  I caused a true copy of this document to be electronically served on all counsel of record.

/s/ Daniel J. Gleason
Daniel J. Gleason

1656241.1