UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,<br><br>       Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, et al.,<br><br>       Defendants. | Civil Action No. 05-11574-RGS |

## THE BOSTON PHOENIX TRUST'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, The Boston Phoenix Trust (the "Phoenix") hereby submits the following corporate disclosure statement by stating that the Phoenix is wholly-owned by BPHX Associates LLC, which is wholly-owned by Mr. Stephen M. Mindich.

                                                Respectfully submitted,

                                                THE BOSTON PHOENIX TRUST,

                                                By its attorneys,

                                                /s/ Young Paik
                                                Daniel J. Gleason (BBO # 194900)
                                                Young Paik (BBO # 660896)
                                                Nutter, McClennen & Fish, LLP
                                                World Trade Center West
                                                155 Seaport Boulevard
                                                Boston, MA 02210
Dated: August 9, 2007                         (617) 439-2000

- 2 -

## CERTIFICATE OF SERVICE

    I, Young Paik, hereby certify that on  August 9, 2007  I caused a true copy of this document to be electronically served on all counsel of record.

                              /s/ Young Paik
                              Young Paik

1656245.1