UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, et al.,<br><br>　　　　Defendants. | Civil Action No. 05-11574-RGS |

## MOTION OF THE BOSTON PHOENIX TRUST TO INTERVENE AND FOR MODIFICATION OF PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 24(b), The Boston Phoenix Trust ("Boston Phoenix") moves to intervene for the purpose of seeking a modification of the current Protective Order issued on December 2, 2005 ("Protective Order") and to modify same.

As grounds therefor, the Boston Phoenix states:

1.　Fed. R. Civ. P. 24 provides the mechanism for third parties to seek modification of protective orders. *See, e.g., Public Citizen v. Liggett Group, Inc.*, 858 F.2d 775, 783 (1st Cir. 1988) ("Rule 24 . . . is the procedurally correct course for third-party challenges to protective orders.") (internal quotations and citations omitted).

2.　The Protective Order was entered, with assent of all parties, styled "Stipulation of the Parties Regarding Protective Order." A simple reason is given for the Protective Order:

> Documents in the possession, custody or control of the Defendants relevant to Plaintiff's claims concern the Boston Police Department's investigation into the shooting of Gregory Gallagher. This investigation is currently ongoing, and thus related documents contain confidential information protected by M.G.L. ch. 4, s. 7, clause 26(f).

3. The grounds for the Protective Order under M.G.L. c. 4, § 7, clause 26(f) no longer exist.

4. Counsel for the Boston Police Department ("BPD") has confirmed that since then, the statute of limitations has expired for the crimes connected to the shooting of Gregory Gallagher, and the BPD's investigation into the Gallagher shooting is no longer active.

5. The BPD's investigatory file relating to the shooting of Gregory Gallagher ("Investigatory File") is "public record" as defined in clause 26 of M.G.L. c. 4 § 7.

6. The Boston Phoenix seeks modification of the Protective Order by removing the order's coverage of the Investigatory File with the exception of the personnel and medical files of Dennis LeBlanc, Rosemary McLaughlin (and any other current or former BPD personnel that may be included therein).

7. The public has a right to access the Investigatory File under M.G.L. c. 66, § 10. In addition, the public has a substantial interest in such public records, given circumstances surrounding the conviction, and ultimate exoneration, of Stephen Cowans for a crime he did not commit. The matter has received considerable news coverage and other public commentary and scrutiny.

8. The Court has inherent power to modify the Protective Order. *United States v. Parke-Davis*, 210 F.R.D. 257, 258 (D. Mass. 2002).

9. Plaintiff Stephan Cowans assents to this motion.

10. Former Defendants City of Boston, Boston Police Department, Robert Foilb, Gregory Gallagher, Donald Levine, John McCarthy, Paul McDonough, and Herbert Spellman assent to this motion.

11. Defendant Dennis LeBlanc assents to the intervention of the Boston Phoenix, and takes no position as to the modification of the Protective Order.

12. Defendant Rosemary McLaughlin assents to the intervention of the Boston Phoenix, and opposes the modification of the Protective Order.

WHEREFORE, the Boston Phoenix respectfully requests that the Court grant its motion to intervene and for modification of the Protective Order so as to cover only the personnel and medical files of current or former BPD personnel that may be included in the Investigatory File.

Respectfully submitted,

THE BOSTON PHOENIX TRUST,

By its attorneys,

/s/ Young Paik
Daniel J. Gleason (BBO # 194900)
Young Paik (BBO # 660896)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: August 9, 2007

Assented to:

/s/ Sheryl A. Koval
R. David Hosp (BBO # 634091)
Joseph Savage (BBO # 443030)
Erin N. Jackson (BBO # 647375)
Sheryl A. Koval (BBO # 657795)
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
*Attorneys for Plaintiff*

/s/ Mary Jo Harris
Mary Jo Harris (BBO # 561484)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 788-5011
*Attorneys for defendants City of Boston, Boston Police Department, Foilb, Gallagher, Levine, McCarthy, McDonough, and Spellman*

*(cont'd)*
Robert N. Feldman (BBO # 630734)
Melissa M. Longo (BBO # 647649)
Birnbaum & Godkin, LLP
280 Summer Street
Boston, MA 02210
(617) 307-6100
*Attorneys for Plaintiff*


Assented to as to intervention only:

| | |
|---|---|
| /s/ Kenneth Anderson | /s/ Frances L. Robinson |
| Kenneth Anderson (BBO # 556844) | Frances L. Robinson (BBO # 422910) |
| Finneran, Byrne, Drechsler LLP | Davis Robinson & White, LLP |
| 50 Redfield Street | One Faneuil Hall Market Place |
| Boston, MA 02122 | Boston, MA 02108 |
| (617) 265-3900 | (617) 723-7339 |
| *Attorneys for defendant Dennis LeBlanc* | *Attorneys for defendant Rosemary McLaughlin* |


## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, Young Paik, hereby certify that counsel for the Boston Phoenix has conferred with counsel for all parties to this action on the matter set forth herein and that not all counsel has assented to the relief sought in this motion.

I further certify that on __August 9, 2007__ I caused a true copy of this document to be electronically served on all counsel of record.

/s/ Young Paik
Young Paik


1650651.2

- 4 -