UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHAN COWANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11574-RGS |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter Daniel J. Gleason's appearance as lead counsel for The Boston Phoenix Trust in the above-captioned action.

Respectfully submitted,

/s/ Daniel J. Gleason
Daniel J. Gleason (BBO # 194900)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
Dated: August 13, 2007        (617) 439-2000

**CERTIFICATE OF SERVICE**

I, Daniel J. Gleason, hereby certify that on  August 13, 2007  I caused a true copy of this document to be electronically served on all counsel of record.

/s/ Daniel J. Gleason
Daniel J. Gleason

1656241.1