UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHAN COWANS, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BOSTON, et al., <br><br> Defendants. | Civil Action No. 05-11574-RGS |

## NOTICE OF APPEARANCE

Please enter Young Paik's appearance as counsel for The Boston Phoenix Trust in the above-captioned action.

Respectfully submitted,

/s/ Young Paik
Young Paik (BBO # 660896)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated : August 13, 2007

## CERTIFICATE OF SERVICE

I, Young Paik, hereby certify that on  August 13, 2007  I caused a true copy of this document to be electronically served on all counsel of record.

/s/ Young Paik
Young Paik

1656220.1