UNITED STATES DISTRICCT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \*

STEPHAN COWANS,       \*
       PLAINTIFF,

                  \*

      V.                      CIVIL ACTION
                         \*     NO. 05-11574-RGS

ROSEMARY McLAUGHLIN, ET AL,
            DEFENDANTS.  \*

\* \* \* \* \* \* \* \* \* \* \* \*

### RENEWED MOTION TO DISMISS
### OF DEFENDANTS LEBLANC AND MCLAUGHLIN

Now come Rosemary McLaughlin and Dennis LeBlanc, and,
pursuant to Federal Rule of Civil Procedure (b)(2)(A)-(D) move that the
action against them be dismissed.   As reason therefore, the defendants
state that the Plaintiff has, again, failed to make himself available for a
deposition.

**Factual Background**

On May 29, 2007, after the Plaintiff failed to appear at properly
scheduled depositions over the course of ten months on at least eight
occasions, defendant Rosemary McLaughlin moved to dismiss the
remaining portions of this civil rights suit. [1]

---

[1] The factual underpinnings of Cowans' failure to appear at depositions between
September and June of 2006-2007 are set forth in the Motion to Dismiss filed by

On June 14, 2007, this Court entered an order allowing an extension of the deadlines for discovery to allow Cowans to "make himself available" for a deposition on or before July 31, 2007. (See Order, Exhibit One, annexed hereto) In so doing, the Court noted that should Cowans fail to appear for a properly scheduled deposition before that date, the defendant's motion to dismiss would be allowed. The following is a summary of the events that have taken place since the Court's order of June 14, 2007:

| | |
|---|---|
| June 15, 2007 | Defendant McLaughlin Notices Plaintiff's deposition for July 16, 2007 (Exhibit 2, attached) |
| July 5, 2007 | Plaintiff's counsel writes defense counsel informing them that "it is too early in the Plaintiff's program of rehabilitation to have him leave the Circle Tree Ranch and attend a deposition in Massachusetts." He can only be available by telephone conference in Arizona on July 26th, 27th, 30th or 31st. (Exhibit 3, attached) In the alternative, defense counsel must travel to Arizona at the expense of their clients to depose Mr. Cowans on those dates. |
| July 12, 2007 | Counsel for Defendant LaBlanc writes Plaintiff's counsel and informs that it is inappropriate to force defense counsel to travel to Arizona at the |

McLaughlin on May 29, 2007. (Document No. 87) For the sake of brevity, those facts will not be repeated herein. Should the court require further detailing, the defendant will be happy to provide the same.

|  | expense of their clients; he requests a date that Cowans will be available in Massachusetts.  (Exhibit 4) |
|---|---|
| July 18, 2007 | Plaintiff's counsel responds that travel to Massachusetts " would be extremely detrimental to his recovery at the Circle Tree Ranch"; insists that the deposition take place in Arizona at the expense of the defendants; and informs that the July 26th date is "no longer available" (Exhibit 5) |
| July 19, 2007 | Counsel for McLaughlin writes Plaintiff's counsel and informs that she will be leaving the country and will not be available on July 27, 30, or 31st.  She further states that because the Plaintiff's stay in Arizona is not permanent, she "would be willing to agree to an extension of the August 1st discovery deadline **if (Plaintiff's counsel) can provide (defense counsel) with a date certain that Mr. Cowans can be available to be deposed in Massachusetts".** (Exhibit 6)[2] |
| July 25, 2007 | Six days after representing that travel to Massachusetts would be detrimental to the Plaintiff, Plaintiff's counsel writes to defense counsel and informs that he is, in fact returning to Massachusetts and that he will be available to be deposed in Massachusetts in August.  No confirmed date is given. (Exhibit 7) |

---

[2] The letter informing Plaintiff's counsel of Attorney Robinson's planned trip out of the country was dated August 19th and requested that Plaintiff's counsel respond as soon as possible.

| | |
|---|---|
| July 27, 2007 | Plaintiff's counsel files an "assented to" Motion to Extend the Discovery Deadlines[3] (Paper No. 94)  The Motion is allowed. |
| August 1-6, 2007 | Defendant's counsel attempts to obtain a date from Plaintiff's counsel for the Plaintiff to be deposed.  Plaintiff's counsel does not respond to these attempts. (Exhibit 9) |
| August 7, 2007 | Defendant's counsel notices Plaintiff's deposition for August 16, 2007. (Exhibit 10) |
| August 10, 2007 | Plaintiff's counsel writes to defense counsel and informs that the Plaintiff is "unavailable" for his deposition on August 16th.  No date is given for his availability. (Exhibit 11) |
| August 17, 2007 | Counsel for Defendant McLaughlin writes to Plaintiff's counsel and notices Plaintiffs' deposition for August 30, 2007. (Exhibit 12) |

---

[3] Counsel for McLaughlin did not assent to this Motion; nor did anyone in her office. Because the August 19th letter informed Cowans' counsel that Attorney Robinson would be out of the country on July 27th, 30th and 31st, and requested that Plaintiff's counsel respond as soon as possible, an inference can be made that Plaintiff's counsel waited until Attorney Robinson was out of the country to send the July 25th letter which stated that she was filing an assented to motion based upon accommodating attorney Robinson's schedule. This disquieting observation was made in the August 17th letter sent to Plaintiff's counsel. No denial or other response has yet been received. This set of facts leads to the conclusion that Cowans did not, in fact, "make himself available in Arizona" on the 27th, 30th or 31st of July. Instead, he opportunistically manipulated dates that he knew defense counsel was not available.

August 29, 2007                Counsel for Plaintiff telephones defense
                               counsel and informs that he will not be
                               attending the August 30, 2007 deposition.
                               (Exhibit 13)

In short, the Plaintiff has failed to appear at several properly noticed depositions.

As this Court is well aware, the Plaintiff in this case has been given ample opportunity to avoid the sanction of dismissal. He has been forewarned that dismissal would occur if he continued to deprive the defendants of the discovery to which they are entitled. He has still failed to appear at properly noticed depositions. See *HMG Property Investors, Inc. v. Parque Indus. Rio Canas, Inc.* 847 F.2d 908 (1st Cir. 1988).

Accordingly, the defendants submit that the within Motion to Dismiss should be allowed.

Respectfully submitted


/s/ Frances L. Robinson

Frances L. Robinson
Attorney for Rosemary Mclaughlin
Davis Robinson & Molloy
One Faneuil Hall Marketplace
Third Floor
South Market Building
Boston, MA 02109
(617)723-7339
BBO#422910

/s/ Kenneth Anderson
Attorney for Dennis LeBlanc
Byrne & Drechsler, LLP
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122
(617)265-3900
BBO#134840


## Local Rule 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I, Frances L. Robinson, hereby certify that I have conferred with counsel for all parties to this action on the matter set forth herein and that counsel for the Plaintiff has not assented to the Motion.

I further certify that on September 3, 2007, I caused a true copy of this document to be electronically served on all counsel of record.

/s/ Frances L. Robinson
Frances L. Robinson

# EXHIBIT ONE

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO. 05-11574-RGS

### STEPHAN COWANS

v.

### ROSEMARY McLAUGHLIN, et al.

### ORDER ON DEFENDANT ROSEMARY MCLAUGHLIN'S MOTION TO DISMISS

June 14, 2007

STEARNS, D.J.

Defendant Rosemary McLaughlin seeks a dismissal of plaintiff Stephan Cowans' claims against her. In July of 2006, Cowans settled this lawsuit with all defendants but for Dennis LeBlanc and McLaughlin. LeBlanc and McLaughlin were officers of the Boston Police Department assigned to the fingerprint laboratory. Cowans accuses McLaughlin of verifying a fingerprint misidentified by LeBlanc. The misidentification, according to Cowans, was responsible for his wrongful conviction and incarceration.

Between September of 2006 and February 1, 2007, the defendants noticed Cowans' deposition on four occasions. In December of 2006, Cowans was accepted at Circle Tree Ranch, a drug rehabilitation program located in Tucson, Arizona. As Cowans was then incarcerated on an unrelated conviction, his transfer into the program required approval by the Arizona Probation Commissioner. Cowans' transfer was approved on May 7, 2007. He arrived at Circle Tree Ranch on May 17, 2007. In light of Cowans' acceptance to the rehabilitation program, the court extended the fact discovery deadline in the case until

August 1, 2007. Accordingly, Cowans will have until July 31, 2007 to make himself available for a deposition. If Cowans fails to appear for an appropriately scheduled deposition prior to that date, McLaughlin's motion to dismiss will be allowed.

ORDER

In light of the court's prior extension of the discovery deadline, McLaughlin's motion is <u>DENIED</u> without prejudice.


SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE

# EXHIBIT TWO

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

STEPHAN COWANS,                    \*
              PLAINTIFF,
                                   \*

        V.                              CIVIL ACTION
                                   \*    NO. 05-11574-RGS

CITY OF BOSTON, ET AL,
              DEFENDANTS.          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **NOTICE OF DEPOSITION**

Notice is hereby given that the Defendant, Rosemary McLaughlin, pursuant to Local Rule 30(a) and Rule 30(a) and Rule 45 of the Federal Rules of Civil Procedure, shall take the deposition of **STEPHAN COWANS,** at the law offices of Attorney Frances L. Robinson; Davis, Robinson & Molloy, LLP; One Faneuil Hall Marketplace, Third Floor; Boston, MA  02108 on **MONDAY, JULY 16, 2007 at 10:00 A.M.** before an officer authorized to administer oath.  Kindly bring picture identification to the Deposition. The oral examination will continue from day to day until completed.

2

You are invited to attend and cross-examine.

ROSEMARY McGLAUGHLIN

By Her Attorney,


FRANCES L. ROBINSON
BBO#: 422910
Davis, Robinson & Molloy, LLP
One Faneuil Hall Marketplace, 3rd Fl.
Boston, MA  02109
(617) 723-7339

## CERTIFICATE OF SERVICE

I, Frances L. Robinson, attorney for Rosemary McGlaughlin in the above-entitled matter, hereby certify that I have, this 15th day of June, 2007,  served a true copy of the within document upon the parties, by mailing copies thereof, postage prepaid, to:  Joseph Savage, Esquire, R. David Hosp, Esquire, Attorney Sheryl A. Koval; Goodwin Procter LLP; 53 State Street; Boston, MA  02109; Robert N. Feldman, Esquire, Attorney Melissa M. Longo, 280 Summer Street, Boston, MA  02210 and to Kenneth H. Anderson, Esquire, Finneran, Byrne & Drechsler, LLP, Eastern Harbor Office Park, 50 Redfield Street, Boston, MA 02122.


_____

FRANCES L. ROBINSON

# EXHIBIT THREE

GOODWIN | PROCTER

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 5, 2007

*Via Facsimile*

Frances Robinson, Esq.
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109

Kenneth H. Anderson, Esq.
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

**Re:**    *Cowans v. City of Boston*, et al., Civ. A. No. 05-15574 (RGS)

Dear Ken and Fran:

We are in receipt of the deposition notice for Mr. Cowans. Because of the conditions of his probation Mr. Cowans is not able to travel to Boston for his deposition. Mr. Cowans' probation has been transferred to Arizona and he is required to remain in Arizona and complete the Circle Tree Ranch rehabilitation program. Furthermore, it is still very early in Mr. Cowans' rehabilitation and the individuals working with Mr. Cowans at the Ranch have advised us that it is not appropriate from him to leave the program, even for a short period of time.

As a result, in order to comply with the Court's Order dated June 14, 2007, Mr. Cowans can be available for deposition by teleconference on either July 26, 27, 30 or 31. In the alternative, if you feel that you need to take Mr. Cowans deposition in person, you are welcome to travel to Arizona, at the expense of your clients, for his deposition on any of those four dates.

Please let us know how you would to proceed.

Very Truly Yours,

Sheryl A. Koval

cc:    Robert N. Feldman, Esq.

**EXHIBIT FOUR**

# Byrne & Drechsler, L.L.P.

Attorneys at Law

James E. Byrne
Thomas Drechsler
~~~~~~~~
Kenneth H. Anderson
Richard P. Mazzocca
Eric S. Goldman
Jonathan E. Tobin
Susan E. Devlin

Eastern Harbor Office Park
50 Redfield Street
Boston, Massachusetts 02122

Telephone (617) 265-3900
Telefax (617) 265-3627

July 12, 2007

*Via Fax To: (617) 523 - 1231*

Sheryl A. Koval, Esq.
Goodwin, Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

RE:    Stephan Cowans
VS:    City of Boston, Dennis LeBlanc, Rosemary McLaughlin, et al.
       United States District Court, Docket No. 2005 - 11574 RGS
       Our File No. 04-5668

Dear Attorney Koval:

This correspondence is in response to your letter of July 5, 2007, wherein you advised Attorney Robinson and myself that your client was unable to attend his properly noticed deposition in Massachusetts, and wherein you offered us the alternative of taking his deposition telephonically on three dates in late July or traveling, at our client's expense, to Arizona to take this deposition. Your proposals are completely inadequate. It is unacceptable for the defendants to take your client's deposition telephonically since that deprives us of the opportunity to view his demeanor and to formulate opinions as to how he answers questions and projects as a witness. Even more unacceptable is your proposal that we pay our own expenses in traveling to Arizona for this deposition. It was your client who chose to initiate these proceedings, and it is your client who continues to pursue these matters despite receiving a large settlement from the City of Boston. Moreover, you are fully aware that my client, Dennis LeBlanc, is judgment proof and is not in a financial situation to pay expenses in traveling to Arizona. You are also fully aware that Ms. McLaughlin is also very close to being judgment proof, and your client's persistence in his claims against Mr. LeBlanc and Ms. McLaughlin seem quite pointless at this juncture.

Having said this, kindly advise Attorney Robinson and I when the earliest possible day your client will be available for a deposition in Massachusetts would be so we can clear our calendars for that date.

If your client will not be returning to Massachusetts in the near future, I would entertain the possibility of traveling to Arizona at your client's expense to take his deposition.

Thank you for your understanding.

Very truly yours,

Kenneth H. Anderson

KHA: kk

cc:    Frances Robinson, Esq.
       *Via Fax To: (617) 723 - 7731*

# EXHIBIT FIVE

GOODWIN | PROCTER

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 18, 2007

*Via Facsimile*

Frances Robinson, Esq.                Kenneth H. Anderson, Esq.
Davis, Robinson & White, L.L.P.       Finneran, Byrne & Drechler, L.L.P.
One Faneuil Hall Market Place         Eastern Harbor Office Park
Boston, MA 02109                      50 Redfield Street
                                      Boston, MA 02122

**Re:    *Cowans v. City of Boston*, et al., Civ. A. No. 05-15574 (RGS)**

Dear Ken and Fran:

We are in receipt of your letter of July 12, 2007 concerning the scheduling of Mr. Cowans's deposition. You state you are not satisfied with taking Mr. Cowans's deposition via telephone since you will not be able to "view his demeanor and to formulate opinions as to how he answers questions and projects as a witness." In light of your concerns, we are willing to arrange for a video deposition of Mr. Cowans, which should address the issues that you raise. If this still is not acceptable to you, we maintain that you are welcome to depose Mr. Cowans in Arizona at the expense of your clients. In terms of scheduling, July 26 is no longer available for Mr. Cowans's deposition. Mr. Cowans's is still available for deposition on July 27, 30 or 31.

We reiterate that Mr. Cowans cannot be deposed in Massachusetts prior to the August 1, 2007 discovery deadline. He is not permitted to travel back to Massachusetts by either the conditions of his parole and his counselors believe that such a trip would be extremely detrimental to his recovery at Circle Tree Ranch.

Please let us know how you would to proceed.

Very Truly Yours,

Sheryl A. Koval

Sheryl A. Koval

cc:    Robert N. Feldman, Esq.

# EXHIBIT SIX

## DAVIS, ROBINSON & MOLLOY, L.L.P.

Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
Paul J. Molloy

_____

July 19, 2007

Attorney Sheryl A. Koval
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

RE: *STEPHAN COWANS v. CITY OF BOSTON, ET AL*
    *CIVIL ACTION NO. 05-11574-RGS*_____

Dear Attorney Koval:

This letter is in response to your letter dated July 18, 2007 in which you stated that as Mr. Cowans is not allowed to travel back to Massachusetts, that he would not be able to be deposed prior to the August 1, discovery deadline. Suggestions for a video deposition or a deposition to be held in Arizona were made and Mr. Cowans' dates of availability - July 27, 30 or 31 - given.

Please be advised that I am not going to be available on July 27, 30 or 31, as I will be out of the country. In addition, your previous correspondence indicated that Mr. Cowans' stay at the Circle Tree Ranch would last approximately three months. Therefore, in order to reduce costs to both of our clients, I would be willing to agree to an extension of the August 1 discovery deadline, if you can provide me with a date certain that Mr. Cowans can be available to be deposed in Massachusetts.

Attorney Sheryl A. Koval
Page Two
July 19, 2007


Please respond to my office as soon as possible.


Very truly yours,

*Frances L. Robinson*

FRANCES L. ROBINSON

FLR:s

cc: Attorney Kenneth Anderson
    Robert N. Feldman, Esquire

# EXHIBIT SEVEN

GOODWIN | PROCTER

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 25, 2007

*Via Facsimile*

Frances Robinson, Esq.
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109

Kenneth H. Anderson, Esq.
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

Re:    Cowans v. City of Boston, et al., Civ. A. No. 05-15574 (RGS)

Dear Ken and Fran:

We are in receipt of your letter of July 19, 2007 concerning the scheduling of Mr. Cowans's deposition. I understand that Ms. Robinson will not be available on the dates proposed for Mr. Cowans's deposition because she will be traveling out of the country.

We were informed yesterday that Mr. Cowans is returning from his rehabilitation program at Circle Tree Ranch in Arizona and is returning to Massachusetts. Therefore, we will be able to make him available for deposition in Massachusetts in August.

Pursuant to Ms. Robinson's suggestion, we will to file a motion to extend the deadline for Mr. Cowans's deposition until September 1, 2007 so as to accommodate Ms. Robinson's schedule.

Please let us know how you would like to proceed.

Very Truly Yours,

Sheryl A. Koval

cc:    Robert N. Feldman, Esq.

# EXHIBIT EIGHT

GOODWIN | PROCTER

AUG 1 5 2007

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

August 10, 2007

*Via Facsimile and First Class Mail*

Frances Robinson, Esq.
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109

Kenneth H. Anderson, Esq.
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

**Re:** *Cowans v. City of Boston*, **et al., Civ. A. No. 05-15574 (RGS)**

Dear Ken and Fran:

We are in receipt of your deposition notice for Mr. Cowans setting his deposition for August 16, 2007. Mr. Cowans is not available for deposition on that date. We are currently in the process of ascertaining his availability and will be in contact with you as soon as we have proposed dates.

Thank you for your attention to this matter.

Very Truly Yours,

Sheryl A. Koval

cc:    Robert N. Feldman, Esq.

# EXHIBIT NINE

# DAVIS, ROBINSON & MOLLOY, L.L.P.
## Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
Paul J. Molloy

_____

**_VIA FACSIMILE & FIRST-CLASS MAIL_**

August 6, 2007

Attorney Sheryl A. Koval
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

   RE: _STEPHAN COWANS v. CITY OF BOSTON, ET AL_
    _CIVIL ACTION NO. 05-11574-RGS_

Dear Attorney Koval:

  This letter is to confirm our telephone conversation of August 1, 2007 concerning the taking of the deposition of your client, Stephan Cowans.

  As you will recall, during our conversation I suggested a date during the week of August 13 through 17, 2007. You informed me that you would get back to me with a date, once you had an opportunity to speak with your boss and client regarding their availability. To date, I have not received any further response from you. Would you kindly confirm a date.

  I look forward to hearing from you soon. Thank you for your cooperation and courtesy in this matter.

     Very truly yours,

     FRANCES L. ROBINSON
     JOSHUA D. SULLIVAN

JDS:s
cc: Kenneth Anderson, Esquire
  Robert N. Feldman, Esquire

# EXHIBIT TEN

UNITED STATES DISTRICCT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

STEPHAN COWANS,                          \*
                    PLAINTIFF,
                                         \*

            V.                                   CIVIL ACTION
                                         \*       NO. 05-11574-RGS

CITY OF BOSTON, ET AL,
                    DEFENDANTS.          \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>NOTICE OF DEPOSITION</u>

Notice is hereby given that the Defendant, Rosemary McLaughlin, pursuant to Local Rule 30(a) and Rule 30(a) and Rule 45 of the Federal Rules of Civil Procedure, shall take the deposition of **STEPHAN COWANS,** at the law offices of **ATTORNEY KENNETH ANDERSON; BYRNE & DRECHSLER, LLP; EASTERN HARBOR OFFICE PARK; 50 REDFIELD STREET; BOSTON, MA 02122** on **THURSDAY, AUGUST 16, 2007 at 10:00 A.M.** before an officer authorized to administer oath.  Kindly bring picture identification to the Deposition. The oral examination will continue from day to day until completed.

2

You are invited to attend and cross-examine.

ROSEMARY McGLAUGHLIN

By Her Attorney,


FRANCES L. ROBINSON
BBO#: 422910
Davis, Robinson & Molloy, LLP
One Faneuil Hall Marketplace, 3rd Fl.
Boston, MA  02109
(617) 723-7339

### CERTIFICATE OF SERVICE

I, Frances L. Robinson, attorney for Rosemary McGlaughlin in the above-entitled matter, hereby certify that I have, this 7th day of August, 2007, served a true copy of the within document upon the parties, by mailing copies thereof, postage prepaid, to:  Joseph Savage, Esquire, R. David Hosp, Esquire, Attorney Sheryl A. Koval; Goodwin Procter LLP; 53 State Street; Boston, MA  02109; Robert N. Feldman, Esquire, and Melissa M. Longo, 280 Summer Street, Boston, MA  02210 and to Kenneth H. Anderson, Esquire; Byrne & Drechsler, LLP; Eastern Harbor Office Park, 50 Redfield Street, Boston, MA  02122.


_____
FRANCES L. ROBINSON

# EXHIBIT ELEVEN

# GOODWIN | PROCTER

Sheryl A. Koval
617 570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T. 617.570.1000
F: 617.523.1231

August 10, 2007

*Via Facsimile and First Class Mail*

Frances Robinson, Esq.
Davis, Robinson & White, L.L.P.
One Faneuil Hall Market Place
Boston, MA 02109

Kenneth H. Anderson, Esq.
Finneran, Byrne & Drechler, L.L.P.
Eastern Harbor Office Park
50 Redfield Street
Boston, MA 02122

**Re:**    *Cowans v. City of Boston*, et al., Civ. A. No. 05-15574 (RGS)

Dear Ken and Fran:

We are in receipt of your deposition notice for Mr. Cowans setting his deposition for August 16, 2007. Mr. Cowans is not available for deposition on that date. We are currently in the process of ascertaining his availability and will be in contact with you as soon as we have proposed dates.

Thank you for your attention to this matter.

Very Truly Yours,

Sheryl A. Koval

Sheryl A. Koval

cc:    Robert N. Feldman, Esq.

# EXHIBIT TWELVE

## DAVIS, ROBINSON & MOLLOY, L.L.P.
Attorneys at Law
One Faneuil Hall Marketplace, Third Floor
South Market Building
Boston, Massachusetts 02109
Telephone (617) 723-7339
Fax (617) 723-7731

Willie J. Davis
Frances L. Robinson
Paul J. Molloy

_____

### VIA FACSIMILE – (617) 523-1231 &
### FIRST-CLASS MAIL

August 17, 2007

Attorney Sheryl A. Koval
Goodwin Proctor, LLP
Exchange Place
Boston, MA 02109

RE: *STEPHAN COWANS v. CITY OF BOSTON, ET AL*
    *CIVIL ACTION NO. 05-11574-RGS*

Dear Attorney Koval:

I am in receipt of your letter dated August 10, 2007 in which you represented that Mr. Cowans would not be available for his Deposition scheduled for August 16th and that you would be in touch with us regarding available dates. Let me be clear about the situation.

My letter to you of July 19, 2007 indicated that I would "consider" an extension of the deadlines for discovery in this matter if you communicated a date certain for Mr. Cowans' Deposition in August. I did not assent to the motion that you filed after you knew I had left the country. No one from my office assented to that motion. The motion was allowed, prior to my return – probably because you represented that you had the assent of counsel. You have now failed to produce Mr. Cowans for the August 16, 2007 Deposition and you have failed to indicate a date on which he "will be available."

I have noticed Mr. Cowans' Deposition for August 30, 2007.

Attorney Sheryl A. Koval
Page Two
August 17, 2007

     Should you wish to discuss this matter, feel free to contact me or my Associate, Joshua Sullivan.

Very truly yours,

*Frances L. Robinson*

FRANCES L. ROBINSON

FLR:s
Enclosure

cc:  Kenneth Anderson, Esquire
     Robert N. Feldman, Esquire
     Maureen Trickett, Court Reporter

UNITED STATES DISTRICCT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

STEPHAN COWANS,                          \*
          PLAINTIFF,
                            \*

        V.                              CIVIL ACTION
                           \*  NO. 05-11574-RGS

CITY OF BOSTON, ET AL,
          DEFENDANTS.          \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## **NOTICE OF DEPOSITION**

Notice is hereby given that the Defendant, Rosemary McLaughlin,

pursuant to Local Rule 30(a) and Rule 30(a) and Rule 45 of the Federal Rules of

Civil Procedure, shall take the deposition of **STEPHAN COWANS,** at the law

offices of ATTORNEY FRANCES L. ROBINSON; DAVIS, ROBINSON & MOLLOY,

LLP; ONE FANEUIL HALL MARKETPLACE, THIRD FLOOR; BOSTON,

MASSACHUSETTS 02109 on **THURSDAY, AUGUST 30, 2007 at 10:00 A.M.**

before an officer authorized to administer oath. Kindly bring picture

identification to the Deposition. The oral examination will continue from day to

day until completed.

2

You are invited to attend and cross-examine.

ROSEMARY McGLAUGHLIN

By Her Attorney,

*Frances L. Robinson*

FRANCES L. ROBINSON
BBO#: 422910
Davis, Robinson & Molloy, LLP
One Faneuil Hall Marketplace, 3rd Fl.
Boston, MA 02109
(617) 723-7339

## CERTIFICATE OF SERVICE

I, Frances L. Robinson, attorney for Rosemary McGlaughlin in the above-entitled matter, hereby certify that I have, this 17th day of August, 2007, served a true copy of the within document upon the parties, *via facsimile* and by mailing copies thereof, postage prepaid, to: Joseph Savage, Esquire, R. David Hosp, Esquire, Attorney Sheryl A. Koval; Goodwin Procter LLP; 53 State Street; Boston, MA 02109 – facsimile number (617) 523-1231; Robert N. Feldman, Esquire, Birnbaum & Godkin, LLP; 280 Summer Street, Boston, MA 02210 – facsimile number (617) 307-6101 and to Kenneth H. Anderson, Esquire; Byrne & Drechsler, LLP; Eastern Harbor Office Park, 50 Redfield Street, Boston, MA 02122 – facsimile number (617) 265-3627.

_____
FRANCES L. ROBINSON

# EXHIBIT THIRTEEN

# AFFIDAVIT

I, Frances L. Robinson, after being first duly sworn, hereby aver to the truth of the following statements:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts. My offices are located at One Faneuil Hall, Third Floor, South Market Building, Boston, Massachusetts.

2. I am also counsel for the defendant Rosemary McLaughlin in the matter of Cowans v. Rosemary McLaughlin, et al. , civil case number 05-11574-RGS which is presently pending in the United States District Court for the District of Massachusetts.

3. As the annexed documents attest, I noticed the deposition of the Plaintiff Stephan Cowans for August 30, 2007 at my office at 10 a.m.

4. On August 29, 2007, I had a telephone conversation with an attorney for Stephan Cowans in which I was informed that the Plaintiff would not be appearing for the deposition as scheduled and that no date for his deposition could be set.

Subscribed to under the pains and penalties of perjury this 4th, 2007

Frances L. Robinson, Esq.