UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-11574-RGS

STEPHAN COWANS

v.

ROSEMARY McLAUGHLIN, et al.

ORDER ON DEFENDANTS'
MOTION TO DISMISS

September 19, 2007

STEARNS, D.J.

The Motion to Dismiss is ALLOWED. Plaintiff has repeatedly failed to appear for a deposition (eight times by defendant McLaughlin's count). After giving plaintiff several extensions, on June 14, 2007, the court warned plaintiff that failure to appear for the deposition noticed by McLaughlin on or before July 31, 2007, would result in a dismissal. Plaintiff did not appear as ordered and has for whatever reason chosen not to prosecute his case. Consequently, an Order of Dismissal will enter as to all remaining claims and defendants. The dismissal is entered with prejudice. See Cintron-Lorenzo v. Departmento de Asuntos del Consumidor, 312 F.3d 522, 525-526 (1st Cir. 2002). The case may now be closed.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE