UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STEPHEN COWANS

    V.                                    CIVIL ACTION NO. 05-11574-RGS

ROSEMARY MC LAUGHLIN and
DENNIS LE BLANC

## ORDER OF DISMISSAL

STEARNS, DJ.                                            SEPTEMBER 20, 2007

THIS COURT HAVING ALLOWED THE JOINT MOTION TO DISMISS OF DEFENDANTS ROSEMARY MC LAUGHLIN AND DENNIS LE BLANC,

IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
**Deputy Clerk**